EXHIBIT "B"



600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114

P 216.348.5400
F 216.348.5474

July 22, 2009

VIA EXPRESS MAIL

Dr. Green's
Matt Green
4901 Morena Blvd., Suite 1106
San Diego, CA 92117

Re:  Spectrum Laboratories' U.S. Patent No. 7,192,776

Dear Mr. Green:

For nearly two decades Spectrum Laboratories has prided itself on creating and having innovative and original products were an original idea to the market. Spectrum has spent significant resources on the research and development of such products.

Consistent with this, Spectrum owns U.S. Patent No. 7,192,776, a copy of which is enclosed. Spectrum believes that your Agent X product likely infringes the '776 patent. Please review the '776 patent and let us know by *Monday, August 3, 2009* any basis for which you do not believe that you infringe.

Sincerely,

David B. Cupar

{1783186:}

Chicago  |  Cleveland  |  Columbus  |  Detroit  |  West Palm Beach
www.mcdonaldhopkins.com