1

EXHIBIT "E"

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Legal Action Notification

Dear Valued Retailer,

We wanted to make you aware of legal actions Spectrum Labs is in the process of taking against all synthetic urine manufacturers who are potentially violating our patent. As you know, Spectrum Labs' "Quick Fix" synthetic urine is the only patented product of its kind in the market. Other companies have brought similar products into the marketplace. It has come to our attention that these products potentially violate Spectrum's U.S. Patent No. 7,192,776.

According to our attorneys, patent laws are very clear on protecting the patent holder against "*whoever*", without authority, makes, uses, *offers to sell, or sell* any patented invention, within the United States, or imports into the United States any patented invention during the term of the patent therefor." 35 U.S.C. § 271. Violator whether the manufacture *or* seller – can be held legally and financially responsible for any losses to Spectrum due to infringement.

While we do not wish to place any financial hardships on our customers, we must take action to protect our patented products. Due to the number of companies flooding the market with inferior products, knock-offs and potentially infringing formulas we have no option but to consider moving forward with legal action.

To avoid potential liability, please avoid offering for sale, or selling, any potentially infringing products. If you have any questions regarding this matter please contact us.

