EXHIBIT "I"

COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT, PATENT INVALIDITY, MISUSE OF PATENT, FEDERAL STATUTORY UNFAIR COMPETITION, COMMON LAW UNFAIR COMPETITION, INTERFERENCE WITH BUSINESS RELATIONS, INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE AND DEMAND FOR JURY TRIAL

- 26

# GARY L. EASTMAN, APLC

Focusing on Start-Up and
Emerging Company Counseling
Patent, Trademark, Copyright
and Related Litigation

401 West "A" Street, Suite 1785
San Diego, California 92101
Telephone (619) 230-1144
Facsimile (619) 230-1194

GARY L. EASTMAN, Esq.
Registered Patent Attorney

garyeastman@sbcglobal.net

October 23, 2009

David B. Cupar, Esq.
McDonald Hopkins, LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114

RE: Spectrum Laboratories adv. Dr. Greens, Inc.
United States Patent No. 7,192,776

Dear Mr. Cupar:

It has been a month since my letter to you dated September 23, 2009, and I have yet to receive any meaningful response from your office regarding to the allegations of patent invalidity, and the request for information concerning the dissemination of the misleading "Legal Action Notification" sent from your clients, Spectrum Labs.

I find it extraordinarily unprofessional, and in fact wholly irresponsible, to flatly ignore our requests for information regarding the "Legal Action Notification", particularly since our request is based primarily on the highly misleading propaganda campaign by your client that is resulting in actual lost sales and undoubtedly cause additional future harm to Dr. Greens' business ventures.

I wish that I could genuinely thank you for your cooperation; however, there has been none. Please provide us with the information requested in our earlier correspondence, not the least of which is the identity of all recipients of the "Legal Action Notification" letters.

Meanwhile, please note that Dr. Greens and Matt Green specifically reserve all rights and remedies, and this letter shall not be construed as a waiver of any kind.

Very truly yours,

Gary L. Eastman

GLE: