EXHIBIT "J"



600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114

p 216.348.5400
f 216.348.5474

Direct Dial: 216.430.2036
E-mail: dcupar@mcdonaldhopkins.com

February 11, 2011

Gary L. Eastman
401 West "A" Street, Suite 1785
San Diego, CA 92101

Re: U.S. Patent No. 7,192,776
Titled: SYNTHETIC URINE AND METHOD FOR MANUFACTURING SAME

Dear Mr. Eastman:

We represent Spectrum Laboratories, LLC, which owns U.S. Patent No. 7,192,776 ("the '776 patent"), which claims a synthetic urine and a method for manufacturing synthetic urine. A copy of the '776 patent is enclosed for your reference.

I previously wrote to your client, Dr. Greens, Inc., on July 22, 2009, expressing Spectrum's belief that Dr. Greens' Agent X product potentially infringes the '776 patent. My letter asked that Dr. Greens provide to us any basis for its believing that it does not infringe the '776 patent. Although you responded on behalf of Dr. Greens with a letter dated August 3, 2009, generally denying infringement, neither you nor Dr. Greens have ever provided any specific information identifying why it believes it does not infringe.

While a rash of counterfeiting in California has continued to occupy Spectrum's litigation and business resources, Spectrum remains committed to ensuring there is no infringement of its '776 patent. Consequently, Spectrum again asks that Dr. Greens identify any reasons why it does not believe it is infringing. Specifically, if Dr. Greens contends that its Agent X product does not infringe, please provide the formula and method used to manufacture that product so we can test the accuracy of that contention in accordance with 35 U.S.C. § 295.

Sincerely,

David B. Cupar

Enclosure