J. CHRISTOPHER JACZKO (149317)
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 404-9205
Facsimile:    (858) 225-3500
cjaczko@jaczkogoddard.com

DAVID B. CUPAR (to be admitted Pro Hac Vice)
MATTHEW J. CAVANAGH (to be admitted Pro Hac Vice)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:    (216)348-5730
Facsimile:    (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>　　　　Defendant.<br>―――――――――――――――――<br>SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>DR. GREENS, INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | No.   11cv0638 JAH (CAB)<br><br>**DEFENDANT AND COUNTERCLAIMANT SPECTRUM LABORATORIES, LLC'S NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>DATE:  October 24, 2011<br>TIME:   2:30 p.m.<br>COURTROOM:  11<br><br><br><br><br><br><br>JUDGE: Hon. John A. Houston<br>FILED: March 29, 2011<br>TRIAL: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on October 24, 2011, at 2:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court located at 940 Front Street, San Diego, California 92101, in Courtroom 11 before the Honorable John A. Houston,, Defendant Spectrum Laboratories, LLC ("Spectrum") will and hereby does move the Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss, in part, Plaintiff Dr. Greens' ("Dr. Greens") Complaint against Spectrum.

Specifically, the Court should dismiss the claims against Spectrum as follows:

1. The Court should dismiss Dr. Greens' money damage claims (Counts III-VI) because the infringement warning on which Dr. Greens bases those claims are judicially privileged, and the Complaint does not adequately plead the "bad faith" element needed to overcome that privilege.

2. The Court should dismiss Dr. Greens' claims for unfair competition under California common law (Count IV) because Dr. Greens does not allege, as it must, that Spectrum passed off a Dr. Greens' product as its own.

3. The Court should dismiss Dr. Greens claims for declaratory judgment (Counts 1.b. and II) to the extent they seek money damages because, as a matter of law, money damages are not available under a claim for declaratory relief.

Spectrum's Motion is based on this Notice of Motion and Motion to Dismiss, on the accompanying Memorandum of Points and Authorities filed concurrently herewith in support, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of the hearing on this Motion.

Dated: August 15, 2011                    JACZKO GODDARD LLP

                                          MCDONALD HOPKINS LLC


                                          By:    /s/ J. Christopher Jaczko
                                                 J. Christopher Jaczko

                                          Attorneys for Defendant and
                                          Counterclaimant
                                          SPECTRUM LABORATORIES, LLC and
                                          Defendant JAMES MATTHEW STEPHENS