J. CHRISTOPHER JACZKO (149317)
JACZKO LAW GROUP, APC
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 404-9205
Facsimile:    (858) 225-3500
chris@jaczkolaw.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:    (216)348-5730
Facsimile:    (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC and
Defendant JAMES MATTHEW STEPHENS

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>            Defendant.<br><br>SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>            Counterclaimant,<br><br>v.<br><br>DR. GREENS, INC., a California corporation,<br><br>            Counterclaim-Defendant. | No.   11cv0638 JAH (CAB)<br><br>**JAMES MATTHEW STEPHENS' NOTICE OF MOTION AND MOTION FOR RULE 11 SANCTIONS**<br><br>DATE:  December 12, 2011<br>TIME:  2:30 p.m.<br>COURTOOM:  11<br><br><br>JUDGE: Hon. John A. Houston<br>FILED: March 29, 2011<br>TRIAL: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 12, 2011, at 2:30 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court located at 940 Front Street, San Diego, California 92101, in Courtroom 11 before the Honorable John A. Houston, Defendant James Matthew Stephens ("Stephens") will and hereby does move the Court under Rule 11 of the Federal Rules of Civil Procedure to rule that Plaintiff Dr. Greens, Inc. ("Dr. Greens") Complaint against Stephens is factually and legally baseless and, as such, violates Rule 11. Stephens further moves that the Court sanction Dr. Greens for violating Rule 11 by ordering it and its attorney to compensate Stephens for the reasonable attorneys fees that he has incurred in moving for sanctions and moving to dismiss Dr. Greens' complaint against him.

Stephens' Motion is based on this Notice of Motion and Motion for Rule 11 Sanctions, on the accompanying Memorandum of Points and Authorities filed concurrently herewith in support, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of the hearing on this Motion.

DATED:   November 1, 2011          JACZKO GODDARD LLP

MCDONALD HOPKINS LLC

By:     /s/ Matthew J. Cavanagh
        Matthew J. Cavanagh

        Attorneys for Defendant and
        Counterclaimant
        SPECTRUM LABORATORIES, LLC and
        Defendant JAMES MATTHEW STEPHENS