```
 1  Gary L. Eastman, Esq. (SBN 182518)
    GARY L. EASTMAN, APLC
 2  401 West A. Street, Ste. 1785
    San Diego, CA 92101
 3  Telephone: 619-230-1144
    Facsimile: 619-230-1194
 4
    Attorney for Plaintiff Dr. Greens, Inc.
 5
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No.: 11cv0638 JAH (CAB)<br><br>**EX PARTE APPLICATION TO REQUEST A TELEPHONIC DISCOVERY HEARING ON DR. GREENS' MOTION FOR PROTECTIVE ORDER**<br><br>Date:<br>Time:<br>Courtroom: E<br>Judge: Hon. Cathy Ann Bencivengo |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff Dr. Greens, Inc. hereby applies to this Court ex parte pursuant to the Chamber Rules of the Honorable Cathy Ann Bencivengo in order to request a telephonic discovery hearing on Dr. Greens, Inc.'s motion for a protective order.

This application is brought pursuant to Fed. R. Civ. P. 26(c) on the grounds that the identity of Dr. Greens, Inc.'s supplier is a closely guarded trade secret and that good cause exists to entitle Dr. Greens, Inc. to a protective order preventing Dr. Greens, Inc.

from disclosing the trade secret identity of its supplier to defendants or defendants' attorneys.

The motion for a protective order is based on this ex parte application, on the accompanying Memorandum of Points and Authorities filed concurrently herewith and in support thereof, the declaration of Gary L. Eastman in support thereof, the declaration of Matthew Green in support thereto, on the papers and records on file herein, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of the telephonic hearing on this Motion.

Dated: November 23, 2011

Gary L. Eastman, APLC

By _____
Gary L. Eastman, Esq.
Attorney for Plaintiff

Case No. 11cv0638 JAH (CAB)
Ex Parte Application to Request a Telephonic Discovery Hearing on Dr. Greens, Inc.'s
Motion for a Protective Order
- 2 -

# PROOF OF SERVICE

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

**EX PARTE APPLICATOIN TO REQUEST A TELEPHONIC DISCOVERY HEARING ON DR. GREENS' MOTION FOR PROTECTIVE ORDER**

in the following manner: (check one)

1. \_\_\_\_ By personally delivering copies to the person served.

2. \_\_\_\_ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3. \_\_\_\_ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4. \_\_\_\_ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at _____ on _____, 2011.

5. \_XX\_ By ECF Filing Service by filing the above-identified documents with the Court via ECF electronic filing to attorneys of record in the case.

David B. Cupar
McDonald Hopkins, LLP
600 Superior Avenue East
Cleveland, OH 44114

Matthew J. Cavanagh
McDonald Hopkins, LLP
600 Superior Avenue East
Cleveland, OH 44114

Executed on November 23, 2011, 2011 at San Diego, California.

/s/ Gary L. Eastman

Gary L. Eastman