J. CHRISTOPHER JACZKO (149317)
JACZKO LAW GROUP, APC
4401 Eastgate Mall
San Diego, CA 92121
Telephone:	(858) 404-9205
Facsimile:	(858) 225-3500
chris@jaczkolaw.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:	(216)348-5730
Facsimile:	(216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC and
Defendant JAMES MATTHEW STEPHENS

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>    Defendant.<br><br>AND RELATED CROSS ACTION | No.   11cv0638 JAH (CAB)<br><br>**SPECTRUM LABORATORIES' EX PARTE APPLICATION TO STAY CLAIM CONSTRUCTION**<br><br>Date:<br>Time:<br>Courtroom: E<br><br>Judge: Hon. John A. Houston<br>Mag. Judge: Hon. Cathy Ann Bencivengo<br>Filed: March 29, 2011<br>Trial: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Spectrum Laboratories, LLC hereby applies to this Court ex parte, in accordance with the Court's standing orders, to request a telephonic discovery

hearing on Spectrum's request to stay claim construction proceedings until after Spectrum receives Dr. Greens' formulations in discovery.

Spectrum seeks a stay in the claim construction proceedings pending its discovery of the formulas to Dr. Greens' synthetic urine products. Despite Spectrum's request for the formulas three months ago, Dr. Greens has not produced them. In fact, the Court denied Dr. Greens' motion for protective order seeking to stop their discovery. Now that Dr. Greens says it does not have the formulas, Spectrum must obtain them by subpoena from Dr. Greens' suppliers. Spectrum needs those formulas to determine what claim terms are at issue.

While Dr. Greens proposes to have the Court construe all 22 of the biocides claimed by Spectrum's '776 patent, that is an extremely inefficient approach. Once the formulas are discovered, the construction of only one or a few biocide terms at most should be needed, if at all. To conserve the Court's and parties' resources, the Court should grant this motion and stay claim construction proceedings pending the production of the formulas.

This motion is based on this ex parte application, on the accompanying Memorandum of Points and Authorities filed concurrently herewith in support, the declaration of Matthew J. Cavanagh in support thereof, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of the telephonic hearing on this Motion.

DATED: January 24, 2012         JACZKO GODDARD LLP

                                MCDONALD HOPKINS LLC

                                By:     /s/ Matthew J. Cavanagh
                                        Matthew J. Cavanagh

                                Attorneys for Defendant and
                                Counterclaimant
                                SPECTRUM LABORATORIES, LLC and
                                Defendant JAMES MATTHEW STEPHENS