FILED

12 DEC -4 PM 4:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

 DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MATTHEW STEPHENS, et. al., <br><br> Defendant. | CASE NO. 11cv638-JAH (KSC) <br><br> **ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS AND SETTING CASE MANAGEMENT CONFERENCE** |

On December 3, 2012, the Court held a telephonic Status Conference for the purpose of re-scheduling pre-trial deadlines that had been previously vacated by the District Court to allow for third party discovery. [Doc. No. 53]. After consulting with the attorneys of record for the parties and being advised of the status of the case, **IT IS HEREBY ORDERED**:

1. **Exchange of Responsive Claim Construction Charts**: On or before **January 7, 2013**, parties shall simultaneously exchange "Responsive Claim Constructions" identifying whether the responding party agrees with the other party's proposed construction, or identify an alternate construction in the responding party's preliminary construction, or set forth the responding party's alternate construction.

   a. At the same time the parties exchange their respective "Responsive Claim Constructions," they must also provide a preliminary identification of extrinsic evidence, including without limitation, dictionary definitions, citations to learned treatises and prior art, and testimony of

percipient and expert witnesses they contend support any responsive claim constructions. The parties must identify each such item of extrinsic evidence by production number or produce a copy of any such item not previously produced. With respect to any such witness, percipient or expert, the parties must also provide a brief description of the substance of that witness' proposed testimony.

        b. The parties must thereafter meet and confer for the purposes of narrowing the issues and finalizing preparation of a Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Settlement.

    2. **Joint Claim Construction Chart, Worksheet & Hearing Statement**: On or before **January 21, 2013**, the parties shall complete and file a Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Statement.

        a. The Joint Claim Construction Chart must have a column listing complete language of disputed claims with the disputed terms in bold type and separate columns for each party's proposed construction of each disputed term. Each party's proposed construction of each disputed claim term, phrase, or clause, must identify all references from the specification or prosecution history that support that construction and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

        b. The parties' Joint Claim Construction Worksheet must be in the format set forth in **Appendix B** of the Patent Local Rules for the Southern District of California and must include any proposed constructions to which the parties agree, as well as those in dispute. The parties must jointly submit the Joint Claim Construction Worksheet on computer disk in both Word and WordPerfect format or in such other format as the Court may direct.

        c. The Joint Hearing Statement must include:

            1. The anticipated length of time necessary for the Claim Construction Hearing; and

            2. Whether any party proposes to call one or more witnesses, including

experts, at the Claim Construction Hearing, the identity of each such witness, and for each expert, a summary of each opinion to be offered in sufficient detail to permit a meaningful deposition of that expert.

   d. At the Court's discretion, within five calendar days of the submission of the Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Statement, the Court will hold a status conference with the parties, in person or by telephone, to discuss the schedule, witnesses, and any other matters regarding the Claim Construction Hearing.

  3. **Completion of Claim Construction Discovery**: The parties shall complete all discovery, including depositions of fact and expert witnesses that the parties intend to use in the Claim Construction Hearing by **February 18, 2013**. Fed. R. Civ. P. 30 applies to depositions, except as to experts. An expert witness identified in a party's Joint Hearing Statement may be deposed on claim construction issues. The identification of said expert in the Joint Hearing Statement may be deemed good cause for a further deposition on all substantive issues.

  4. **Claim Construction Briefs**

   a. On or before **March 4, 2013**, the parties shall simultaneously file and serve Opening Briefs and any evidence supporting their claim construction.

   b. On or before **March 18, 2013**, the parties shall simultaneously file and serve briefs responsive to the opposing party's opening brief and any evidence directly rebutting the supporting evidence contained in the opposing party's opening brief.

  5. **Case Management Conference**: Counsel shall appear **telephonically** on **March 29, 2013** at **9:30 a.m.** before Magistrate Judge Crawford for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.1. **Counsel for Dr. Greens** shall initiate the telephonic conference to chambers at **619-446-3964**. The purpose of the conference is to set a timetable for future proceedings and discovery and to explore possibilities for early settlement.

**IT IS SO ORDERED.**

Dated: 12/4/12

Karen S. Crawford
United States Magistrate Judge

# APPENDIX B
# APPROVED FORM OF
# JOINT CLAIM CONSTRUCTION WORKSHEET

# JOINT CLAIM CONSTRUCTION WORKSHEET

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | PLAINTIFF'S PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 1. Claim language as it appears in the patent **with terms and phrases to be construed in bold.** | Proposed construction if the parties agree. | Plaintiff's proposed construction if parties disagree. | Defendant's proposed construction if parties disagree. | Blank column for Court to enter its construction. |
| 2. Claim language as it appears in the patent **with terms and phrases to be construed in bold.** | Proposed construction if the parties agree. | Plaintiff's proposed construction if parties disagree. | Defendant's proposed construction if parties disagree. | Blank column for Court to enter its construction. |
| 3. Claim language as it appears in the patent **with terms and phrases to be construed in bold.** | Proposed construction in the parties agree. | Plaintiff's proposed construction if parties disagree. | Defendant's proposed construction if parties disagree. | Blank column for Court to enter its construction |