# Exhibit A

# Carbamate

From Wikipedia, the free encyclopedia

**Carbamates** are organic compounds derived from carbamic acid ($NH_2COOH$). A carbamate group, carbamate ester, and carbamic acids are functional groups that are inter-related structurally and often are interconverted chemically. Carbamate esters are also called **urethanes**.



Chemical structure of carbamates

## Contents

- 1 Synthesis
- 2 Applications and occurrence
    - 2.1 Carbamates in biochemistry
        - 2.1.1 $CO_2$ capture by ribulose 1,5-bisphosphate carboxylase
- 3 Commercial carbamate compounds
    - 3.1 Carbamate insecticides
    - 3.2 Polyurethanes
    - 3.3 Preservatives and cosmetics
    - 3.4 In human medicine
- 4 Sulfur analogues
- 5 See also
- 6 References

## Synthesis

Carbamic acids are derived from amines:

$$R_2NH + CO_2 \rightarrow R_2NCO_2H$$

Carbamic acid is about as acidic as acetic acid. Ionization of a proton gives the carbamate anion, the conjugate base of carbamic acid:

$$R_2NCO_2H \rightarrow R_2NCO_2^- + H^+$$

Carbamates also arise via hydrolysis of chloroformamides:

$$R_2NC(O)Cl + H_2O \rightarrow R_2NCO_2H + HCl$$

Carbamates may be formed from the Curtius Rearrangement, where isocyanates formed are reacted with an alcohol.

$$RNCO + R'OH \rightarrow RNHCO_2R'$$

# Applications and occurrence

Although most of this article concerns organic carbamates, the inorganic salt ammonium carbamate is produced on a large scale as an intermediate in the production of the commodity chemical urea from ammonia and carbon dioxide.

## Carbamates in biochemistry

N-terminal amino groups of valine residues in the α- and β-chains of deoxyhemoglobin exist as carbamates. They help to stabilize the protein, when it becomes deoxyhemoglobin and increases the likelihood of the release of remaining oxygen molecules bound to the protein. The influence of these carbamates on the affinity of hemoglobin for $O_2$ is called the Bohr effect.

The ε-amino groups of the lysine residues in urease and phosphotriesterase also feature carbamate. The carbamate derived from aminoimidazole is an intermediate in the biosynthesis of inosine. Carbamoyl phosphate is generated from carboxyphosphate rather than $CO_2$.[1]

### $CO_2$ capture by ribulose 1,5-bisphosphate carboxylase

Perhaps the most important carbamate is the one involved in the capture of $CO_2$ by plants since this process is relevant to global warming. The enzyme Ribulose 1,5-bisphosphate carboxylase/oxygenase fixes a molecule of carbon dioxide as a carbamate at the start of the Calvin cycle). At the active site of the enzyme, a $Mg^{2+}$ ion is bound to glutamate and aspartate residues as well as a lysine carbamate. The carbamate is formed when an uncharged lysine side-chain near the ion reacts with a carbon dioxide molecule from the air (*not* the substrate carbon dioxide molecule), which then renders it charged, and, therefore, able to bind the $Mg^{2+}$ ion.

# Commercial carbamate compounds

## Carbamate insecticides


The carbamate insecticide Carbaryl.

The so-called carbamate insecticides feature the carbamate ester functional group. Included in this group are aldicarb, carbofuran (Furadan), carbaryl (Sevin), ethienocarb, and fenobucarb. These insecticides kill insects by reversibly inactivating the enzyme acetylcholinesterase. The organophosphate pesticides also inhibit this enzyme, although irreversibly, and cause a more severe form of cholinergic poisoning.[2]

Fenoxycarb has a carbamate group but acts as a juvenile hormone mimic, rather than inactivating acetylcholinesterase.[3]

The insect repellent icaridin is a substituted carbamate.

## Polyurethanes

*Main article: Polyurethane*

Polyurethanes contain multiple carbamate groups as part of their structure. The "urethane" in the name "polyurethane" refers to these carbamate groups; ethyl carbamate (common name "urethane") is neither a component of polyurethanes, nor is used in their manufacture. Polyurethane polymers have a wide range of properties and are commercially available as foams, elastomers, and solids. Typically, polyurethane polymers are made by combining diisocyanates, e.g. toluene diisocyanate, and diols, e.g. bisphenol-A, where the carbamate groups are formed by reaction of the alcohols with the isocyanates:

$$RN=C=O + R'OH \rightarrow RNHC(O)OR'$$

## Preservatives and cosmetics

Iodopropynyl butylcarbamate is a wood and paint preservative and used in cosmetics.[4]

## In human medicine

Urethane or ethyl carbamate was once produced commercially in the United States as an antineoplastic agent and for other medicinal purposes. It was found to be toxic and largely ineffective.[5] It is occasionally used as a veterinary medicine.

In addition, some carbamates are used in human pharmacotherapy, for example, the cholinesterase inhibitors neostigmine and rivastigmine, whose chemical structure is based on the natural alkaloid physostigmine. Other examples are meprobamate and its derivatives like carisoprodol, felbamate, and tybamate, a class of anxiolytic and muscle relaxant drugs widely used in the 60s before the rise of benzodiazepines, and still used nowadays in some cases.

The protease inhibitor darunavir for HIV treatment also contains a carbamate functional group.

## Sulfur analogues

There are two oxygen atoms in a carbamate (**1**), $ROC(=O)NR_2$, and either or both of them can be conceptually replaced by sulfur. Analogues of carbamates with only one of the oxygens replaced by sulfur are called thiocarbamates (**2** and **3**). Carbamates with both oxygens replaced by sulfur are called dithiocarbamates (**4**), $RSC(=S)NR_2$.

There are two different structurally isomeric types of thiocarbamate:

- *O*-thiocarbamates (**2**), $ROC(=S)NR_2$, where the carbonyl group (C=O) is replaced with a thiocarbonyl group (C=S)
- *S*-thiocarbamates (**3**), $RSC(=O)NR_2$, where the R–O– group is replaced with an R–S– group

*O*-thiocarbamates can isomerise to *S*-thiocarbamates, for example in the Newman-Kwart rearrangement.



1    2    3    4

# See also

- Methyl carbamate
- Ethyl carbamate
- Polyurethane

# References

1. ^ Bartoschek, S.; Vorholt, J. A.; Thauer, R. K.; Geierstanger, B. H. and Griesinger, C., "N-Carboxymethanofuran (carbamate) formation from methanofuran and $CO_2$ in methanogenic archaea : Thermodynamics and kinetics of the spontaneous reaction", Eur. J. Biochem., 2001, 267, 3130-3138. doi:10.1046/j.1432-1327.2000.01331.x (http://dx.doi.org/10.1046%2Fj.1432-1327.2000.01331.x)
2. ^ Robert L. Metcalf "Insect Control" in Ullmann's Encyclopedia of Industrial Chemistry" Wiley-VCH, Weinheim, 2002. doi:10.1002/14356007.a14_263 (http://dx.doi.org/10.1002%2F14356007.a14_263)
3. ^ Cornell University site on Fenoxycarb (http://pmep.cce.cornell.edu/profiles/extoxnet/dienochlor-glyphosate/fenoxycarb-ext.html)
4. ^ Badreshia, S (2002). "Iodopropynyl butylcarbamate". *American Journal of Contact Dermatitis* **13** (2): 77–79. doi:10.1053/ajcd.2002.30728 (http://dx.doi.org/10.1053%2Fajcd.2002.30728) . ISSN 1046199X (http://www.worldcat.org/issn/1046199X) .
5. ^ Holland JR, Hosley H, Scharlau C, Carbone PP, Frei E 3rd, Brindley CO, Hall TC, Shnider BI, Gold GL, Lasagna L, Owens AH Jr, Miller SP (1 March 1966). "A controlled trial of urethane treatment in multiple myeloma" (http://bloodjournal.hematologylibrary.org/cgi/content/abstract/27/3/328) (free fulltext). *Blood* **27** (3): 328–42. ISSN 0006-4971 (http://www.worldcat.org/issn/0006-4971) . PMID 5933438 (http://www.ncbi.nlm.nih.gov/pubmed/5933438) .
http://bloodjournal.hematologylibrary.org/cgi/content/abstract/27/3/328.

Retrieved from "http://en.wikipedia.org/w/index.php?title=Carbamate&oldid=464262245"
Categories:   Functional groups | Carbamates

- This page was last modified on 5 December 2011 at 19:43.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.



## carbamate
(redirected from *Carbamates*)
Also found in: Medical, Encyclopedia, Wikipedia.

**car·ba·mate** (kär'bə-māt', kär-băm'āt')
*n.*
A salt or an ester of carbamic acid, especially one used as an insecticide.

[carbam(ic acid) + -ate.]

The American Heritage® Dictionary of the English Language, Fourth Edition copyright ©2000 by Houghton Mifflin Company. Updated in 2009. Published by Houghton Mifflin Company. All rights reserved.

**carbamate** ['kɑ:bə,meɪt]
*n*
(Chemistry / Elements & Compounds) a salt or ester of carbamic acid. The salts contain the monovalent ion $NH_2COO^-$, and the esters contain the group $NH_2COO-$

Collins English Dictionary – Complete and Unabridged © HarperCollins Publishers 1991, 1994, 1998, 2000, 2003

**carbamate** (kär'bə-māt', kär-băm'āt')
A salt or ester containing the radical $NH_2COO$. Carbamates are often used as insecticides.

The American Heritage® Science Dictionary Copyright © 2005 by Houghton Mifflin Company. Published by Houghton Mifflin Company. All rights reserved.

### Thesaurus   Legend: Synonyms | Related Words | Antonyms

**Noun 1. carbamate** - a salt (or ester) of carbamic acid
  ammonium carbamate - a salt of carbamic acid that is used as a nitrogen fertilizer
  salt - a compound formed by replacing hydrogen in an acid by a metal (or a radical that acts like a metal)

Based on WordNet 3.0, Farlex clipart collection. © 2003-2011 Princeton University, Farlex Inc.

How to thank TFD for its existence? Tell a friend about us, add a link to this page, add the site to iGoogle, or visit webmaster's page for free fun content.

Link to this page: `<a href="http://www.thefreedictionary.com/Carbamates">carbamate</a>`

Please bookmark with social media, your votes are noticed and appreciated:





PLA000751
CONFIDENTIAL