J. CHRISTOPHER JACZKO (149317)
JACZKO LAW GROUP, APC
4401 Eastgate Mall
San Diego, CA 92121
Telephone:     (858) 404-9206
Facsimile:     (858) 225-3500
chris@jaczkolaw.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:     (216)348-5730
Facsimile:     (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM LABORATORIES, LLC
and Defendant JAMES MATTHEW STEPHENS

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>   Defendant.<br><br>AND RELATED CROSS ACTION | No. 11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM**<br><br>DATE: June 3, 2013<br>Time: 2:30 p.m.<br>Courtroom: 13B (Annex)<br><br>Judge: HON. JOHN A. HOUSTON<br>Filed: March 29, 2011<br>Trial: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 3, 2013, at 2:30 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court located at 333 West Broadway, San Diego, California 92101, in Courtroom 13B (Annex Building) before the Honorable John A. Houston, Defendant and Counterclaimant Spectrum Laboratories, LLC will and hereby does move the Court

under Federal Rule of Civil Procedure 15 and Southern District of California Local Rule 15.1 for leave to file a first amended counterclaim against Counterclaim-Defendants Dr. Greens, Inc. and Matt Green (collectively, "Greens") to add a contributory infringement claim under 35 U.S.C. § 271(c).

This motion is made on the grounds that Spectrum inadvertently omitted the claim for contributory infringement when it filed its original counterclaim. Allowing the amendment would not prejudice Greens, and the contributory infringement claim is meritorious and not futile. Moreover, this is Spectrum's first request to amend and, by rule, leave to amend should be freely given.

Spectrum's Motion is based on this Notice of Motion and Motion for Leave to Amend Its Counterclaim, on the accompanying Memorandum of Points and Authorities, filed concurrently herewith, on the Declaration of Matthew J. Cavanagh filed concurrently herewith, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of the hearing on this Motion.

DATED: April 4, 2013                JACZKO LAW GROUP, APC

                                    MCDONALD HOPKINS LLC

                                    By:    /s/ Matthew J. Cavanagh
                                           Matthew J. Cavanagh

                                    Attorneys for Defendant and
                                    Counterclaimant
                                    SPECTRUM LABORATORIES, LLC and
                                    Defendant JAMES MATTHEW STEPHENS