J. Christopher Jaczko (Bar No.149317)
PROCOPIO, CORY, HARGREAVES AND
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC and
Defendant JAMES MATTHEW STEPHENS

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>        Defendant. | Case No. 11CV0638 JAH (KSC)<br><br>NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION OF COUNSEL FOR SPECTRUM LABORATORIES, LLC AND JAMES MATTHEW STEPHENS<br><br>Judge:   Hon. John A. Houston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that J. Christopher Jaczko, counsel for Defendant and Counter-Claimant Spectrum Laboratories, LLC and Defendant James Matthew Stephens is now affiliated with the law firm of Procopio, Cory, Hargreaves & Savitch, LLP.

///

///

///

///

///

---

1
NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION
Case No. 11CV0638 JAH (KSC)

All notices and service of papers to Mr. Jaczko should be sent to:

J. Christopher Jaczko
Procopio, Cory, Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101
Tel: 619.906.5748
Fax: 619.744.5418
Email: chris.jaczko@procopio.com; fua.akeli@procopio.com

DATED: May 17, 2013        PROCOPIO, CORY, HARGREAVES
                           AND SAVITCH LLP


                           By: /s/ J. Christopher Jaczko
                               J. Christopher Jaczko
                               Attorney for
                               Defendant/Counterclaimant
                               SPECTRUM LABORATORIES, LLC
                               and JAMES MATTHEW STEPHENS

NOTICE OF CHANGE OF ADDRESS AND LAW FIRM AFFILIATION
Case No. 11CV0638 JAH (KSC)

DOCS 999999-906063/1754576.1