Exhibit 2
Page 1