UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., *a California corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MATTHEW STEPHENS, *an individual*, and SPECTRUM LABORATORIES, *an Ohio limited liability company*,<br><br>Defendant. | CASE NO. 11cv0638-JAH(KSC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

On February 7, 2014, a Joint Motion for Determination of Discovery Dispute was filed. [Doc. No. 97] The Joint Motion, as filed, is incomplete and violates the Chamber Rules of the undersigned Magistrate Judge. Specifically, the Joint Motion is missing the following required elements from plaintiff's counsel: "(1) a declaration from **lead** trial counsel of **each party** to the dispute of compliance with the meet and confer requirement; and, (2) points and authorities (not to exceed 10 pages per side)." Crawford Civil Chamber Rule V(D) (emphasis in original and added).

Therefore, it is **HEREBY ORDERED** that lead trial counsel for plaintiff, Gary Eastman, must appear **telephonically** before the Honorable Karen S. Crawford on **March 14, 2014** at **11:00 a.m.** to show cause why sanctions should not be imposed for failing to follow the Chamber Rules of the undersigned Magistrate Judge. Mr. Eastman

is instructed to initiate the call to Chambers.  Furthermore, on or before **March 7, 2014**, Mr. Eastman shall file: (1) a declaration detailing his compliance with the meet and confer requirement, and discussing his alleged failure and the possible imposition of sanctions; and, (2) points and authorities in support of plaintiff's position in the discovery dispute.

**IT IS SO ORDERED.**

Date: February 21, 2014

KAREN S. CRAWFORD
United States Magistrate Judge