J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:  (619) 906-5748
Facsimile:   (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:    (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>　　　　Defendant.<br><br>AND RELATED CROSS ACTION | No.   11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S MOTION TO FILE UNDER SEAL (1) ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF DIRECT INFRINGEMENT BY DR. GREENS, INC.; AND (2) EXHIBITS B THROUGH H OF THE DECLARATION OF MATTHEW J. CAVANAGH**<br><br>Date:       June 2, 2014<br>Time:       2:30 p.m.<br>Courtroom: 13B (Annex)<br><br>Judge:    Hon. John A. Houston<br>Filed:      March 29, 2011<br>Trial:      None Set |

Defendant and Counterclaimant Spectrum Laboratories, LLC ("Spectrum") respectfully applies, under Civil Local Rule 79.2, for an order permitting the filing of the following documents under seal: (1) The unredacted version of Spectrum Laboratories, LLC's Memorandum of Points and Authorities in Support of its Motion for Summary Judgment of Direct Infringement by Dr. Greens, Inc. (the "Memorandum"); and (2) Exhibits B through H to the Declaration of Matthew J. Cavanagh in Support of Spectrum Laboratories, LLC's Motion for Summary Judgment of Direct Infringement by Dr. Greens, Inc ("Cavanagh Declaration"). A redacted version of the Memorandum is being filed concurrently with this Motion.

All of the documents proposed for sealing either have been designated with a confidentiality designation pursuant to the Stipulated Amended Protective Order [ECF #93] ("Protective Order"), or make reference to information contained in documents that have been so designated.

Exhibit B to the Cavanagh Declaration has been designated "Outside Attorneys' Eyes Only."

Exhibit C to the Cavanagh Declaration references documents that have been designated "Confidential-Attorney Eyes Only."

Exhibit D to the Cavanagh Declaration has been designated "Confidential."

Exhibits E through H to the Cavanagh Declaration have been designated "Confidential-Attorney Eyes Only."

The unredacted version of the Memorandum references Exhibits B through H to the Cavanagh Declaration.

The Protective Order in this action provides that no information that has been designated as Confidential may be filed with the Court for any purpose without the party seeking to file such information seeking permission of the Court to file the material under seal.

Based on the foregoing, Spectrum respectfully requests that the Court permit the filing under seal of:

(1) An unredacted version of Spectrum's Memorandum of Points and Authorities in Suppor to its Motion for Summary Judgment of Direct Infringement of Dr. Greens, Inc.; and

(2) Exhibits B through H of the Declaration of Matthew J. Cavanagh in Support of Spectrum Laboratories, LLC's Motion for Summary Judgement of Direct Infringement of Dr. Greens, Inc.

DATED: April 3, 2014

MCDONALD HOPKINS LLC

By:    /s/ Matthew J. Cavanagh
Matthew J. Cavanagh
Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC
and
Defendant JAMES MATTHEW STEPHENS