Gary L. Eastman (CSB #182518)
Matthew C. McCartney (CSB #226687)
EASTMAN & MCCARTNEY LLP
401 West "A" Street, Suite 1785
San Diego, CA 92101
Telephone:   (619) 230-1144
Facsimile:   (619) 230-1194

Attorneys for Plaintiff
DR. GREENS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DR. GREENS, INC., a California corporation,

Plaintiff,

v.

JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,

Defendants.

Case No. 11cv0638 JAH (KSC)

**DECLARATION OF MATT GREEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SPECTRUM LABORATORIES, LLC'S MOTION FOR SUMMARY JUDGMENT**

Date: June 2, 2014
Time: 2:30 p.m.
Judge: Hon. John A. Houston
Courtroom: 13(B) (Annex)

I, Matt Green, declare and state as follows:

1.     I am authorized to testify on behalf of Dr. Greens, Inc. and have personal knowledge of the facts stated herein, and if called as a witness I could and would testify competently thereto.

2.     Beginning in late 2003/early 2004, Dr. Greens began selling its own synthetic urine products.

3.     In early 2004, Dr. Greens hired DSBR as the supplier for its synthetic urine products.  From early 2004 through early 2011, DSBR was the exclusive supplier for Dr. Greens' synthetic urine products.  All of the synthetic urine product DSBR supplied to Dr. Greens from 2004 through 2011 was in **powder** form only, i.e., not premixed with water.

4.     Back in 2004, when Dr. Greens first started selling its synthetic urine products, the only product offered was Dr. Greens' "Agent X."  The synthetic urine product sold as "Agent X" comes in **powder** form only, i.e. **not** premixed with water.  Over time, I learned that some of Dr. Greens' customers disliked the fact that "Agent X" did not come premixed with water.  As a result of popular demand, Dr. Greens began offering for sale a new synthetic urine product, "Agent X Premixed," allowing customers to choose between a synthetic urine product in powder form versus a liquid form.  To help customers distinguish between the two different products, "Agent X" is sold in a black box, whereas "Agent X Premixed" is sold in a grey box with the term "Premixed" clearly labeled on the front.

5.     The picture below is a true and correct copy of the box for Dr. Greens' "Agent X" product in the black box and "Agent X Premixed" product in the grey box, as depicted on Dr. Greens' website, http://www.drgreens.com/:

 

DECLARATION OF MATT GREEN IN SUPPORT OF OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
11cv0638 JAH (KSC)

Attached hereto as Exhibit 1 is a true and correct computer print-out from Dr. Greens' website showing the same.

6.    I have reviewed the photograph of the "Agent X" box that appears in the declaration of Shri Thanedar offered in support of Spectrum's motion for summary judgment.  The "Agent X" box depicted in the photograph appears consistent with what the "Agent X" box looked like back in 2004.  However, Dr. Greens has never sold "Agent X" in the form of a liquid.  Since the date of first sale to the present, the accused "Agent X" product has only been sold in the form of synthetic urine powder.  Dr. Greens has never sold an "Agent X" box that contains a plastic bottle holding a liquid.  The synthetic urine product sold by Dr. Greens as "Agent X" with a vial of powder (dry) and an ***empty*** plastic bottle.  (See Exhibit 1.)

7.    The synthetic urine that was tested by Shri Thanedar could not have been produced by Dr. Greens.  At the time the product was allegedly obtained by Spectrum, 2004, Dr. Greens only sold Agent X in a powdered form.  As sold, the Agent X black box contained a small vial of powdered synthetic urine, an instruction sheet, a heating pad, a rubber band, and an empty 3 oz. plastic bottle having a temperature strip and a flip top cap.

8.    It wasn't until approximately March of 2005 that the Agent X PREMIX product was introduced.  As sold, the Agent X PREMIX grey box contained a 3 oz. bottle of liquid synthetic urine having a temperature strip and a flip top cap, heating pad, rubber band, and instruction sheet.

9.    Because the synthetic urine provided by Spectrum and the subject of their clinical testing was allegedly obtained in 2004, and included a bottle of liquid synthetic urine (not powder), that sample could not have been produced by Dr. Greens because that product did not exist at that time.

10.    At no time has Dr. Greens sold an Agent X product containing a *liquid* synthetic urine.  Agent X has always been sold as a powder.

11.     Nowhere does Spectrum indicate that they added the necessary water to the powdered Agent X that was required for testing.  Indeed, Shri Thanedar specifically states that he opened the Agent X box and retrieved a bottle of fluid synthetic urine.  This is impossible.

12.     Shri Thanedar also states with certainty that the tested sample "was not opened, altered or tampered with in any way." Given that Agent X is sold in powder, requires the addition of water, the box is not glued or otherwise secured closed, and the product is not safety-sealed or otherwise protected from adulteration.  Such a statement by Shri Thanedar is untrue, and frankly impossible.

13.     To the contrary, it would be simple to open the box, unscrew the cap, adulterate the liquid, re-screw the cap, replace the adulterated bottle in the box, and close the box.  It would be impossible to determine if this had happened; for Shri Thaneder to state otherwise is simply untrue and mere speculation.

14.     The shelf-life of Dr. Greens' accused synthetic urine product is only two years.  Attached hereto as Exhibit 2 a true and correct computer print-out from Dr. Greens' website, http://www.drgreens.com/, showing the same.  This 2-year shelf life is standard in the synthetic urine industry.   Spectrum's synthetic urine product sold as "Quick Fix" also has 2-year shelf life.  Attached hereto as Exhibit 3 a true and correct computer print-out from Spectrum's website, http://www.urineluck.com/quick-fix-plus-ounce-p-268.html, showing the same.

15.     As shown in Exhibit 2, Dr. Greens' "Agent X Premixed" box contains a plastic bottle holding a liquid.

16.     Spectrum's synthetic urine product sold as "Quick Fix" also contains a plastic bottle holding a liquid.  Referring to Exhibit 3, Spectrum's website, http://www.urineluck.com/quick-fix-plus-ounce-p-268.html, shows the same.

17.     I have never been given an opportunity to examine the Agent X sample or packaging that was tested by Shri Thanedar to determine whether it is actually a Dr. Greens product.  However, reviewing the bottle of synthetic urine that was tested by Shri Thanedar, and the bottle of synthetic urine shown on

Spectrum's website; the bottles are identical:  both bottles are made of the same opaque plastic, both contain temperature strips located on the lower portion of the bottle, and both are provided with white flip top caps.  Based on the similarities between the bottle shown in Shri Thanedar's declaration and the bottle on the Spectrum website, the bottle tested by Shri Thanedar is actually Spectrum's Quick Fix.

18.    I never instructed DSBR to include any specific preservative or biocide in any synthetic urine product.  None of the Material Safety Data Sheets (MSDS) provided by DSBR have identified any biocide.  Sodium benzoate, a preservative, was used in some versions of the DSBR formula to reduce sepsis, however, never was any carbamate identified on any formulation or MSDS provided by DSBR during our business relationship, or later in hundreds of pages of discovery documents provided to Spectrum in this case by DSBR.

19.    The specific formula of Agent X has changed over the years.  Dr. Greens has never manufactured any synthetic urine; it is provided from other manufacturers.  From roughly 2004 to 2011, Dr. Greens obtained its Agent X product from DSBR, and we currently use a different manufacturer which uses sodium azide as a preservative.  None of the formulations have included any biocide listed in Spectrum's patent.

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed in San Diego, California.

Dated:  May 2, 2014

By:

Matthew R. Green

## PROOF OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On May 2, 2014, at my place of business in San Diego, California, I served the following document:

## DECLARATION OF MATT GREEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SPECTRUM LABORATORIES, LLC'S MOTION FOR SUMMARY JUDGMENT

Via the CM/ECF FILING SYSTEM.  The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

David B. Cupar
Matthew J. Cavanagh
McDonald Hopkins, LLP
600 Superior Avenue East
Cleveland, OH 44114

J. Christopher Jaczko
Jaczko Goddard LLP
4401 Eastgate Mall
San Diego, CA 92121

I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 2, 2014 in San Diego, California

**PROOF OF SERVICE**

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On May 2, 2014, at my place of business in San Diego, California, I served the following document:

**DECLARATION OF MATT GREEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SPECTRUM LABORATORIES, LLC'S MOTION FOR SUMMARY JUDGMENT**

Via the CM/ECF FILING SYSTEM. The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

David B. Cupar                           J. Christopher Jaczko
Matthew J. Cavanagh                      Jaczko Goddard LLP
McDonald Hopkins, LLP                    4401 Eastgate Mall
600 Superior Avenue East                 San Diego, CA 92121
Cleveland, OH 44114

I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 2, 2014 in San Diego, California

By:   /s/ Gary L. Eastman
                Gary L. Eastman

# EXHIBIT 1

Dr. Greens | Synthetic Urine | Agent-X | Home Test Kits | 420 Detox Drinks | Chalice Cleaner | Vaporizers | Sex Enhancers and more Dr. Greens Agent-X Synthetic Urine - $29.95 | Order Now @ Dr. Green...



**Shopping Cart**
0 item(s) - $0.00

Welcome visitor you can **login** or **create an account**.

Home | Wish List (0) | My Account | Shopping Cart | Checkout

| Detox | Synthetic Urine | Cleaners | Weight Loss | Home Test Kits | Sexual Enhancers | Vape Pens |

**Categories**

Detox (4)

Synthetic Urine (9)

Cleaners (9)

Weight Loss (2)

Home Test Kits (3)

Sexual Enhancers (1)

Vape Pens (4)





Home » Dr. Greens Agent-X Synthetic Urine

# Dr. Greens Agent-X Synthetic Urine




Like
Share

**Brand:** Dr. Greens
**Product Code:** Agent - X
**Availability:** In Stock

**Price: $29.95**
Ex Tax: $29.95

## Available Options

* **Check the box below to agree to the following shipping restrictions:**
    I do not live or plan to ship to the following States: IL, KY, NJ, PA, LA, GA, NC, SC, or TN.

Qty: [            ] - OR - Add to Wish List
Add to Compare

☆☆☆☆☆ 0 reviews | Write a review

Share 📧 🖨 f 🐦




| **Description** | Reviews (0) |

**DR. GREENS AGENT X SYNTHETIC URINE**
**This product is a novelty Item.**

**This product cannot be shipped or sold to residents of Illinois, Kentucky, New Jersey, Pennsylvania, Louisiana, Georgia, North Carolina, South Carolina, or Tennessee.**

Be ready for your next mission.

Dr. Greens Agent X premixed synthetic urine includes a 3 oz. powder sample of synthetic urine, 3 oz. empty bottle, heating element, and temperature strip.

This product is not intended for use on lawfully administered drug tests and is to be used in accordance with all federal and state laws.

Dr. Greens | Synthetic Urine | Agent-X | Home Test Kits | 420 Detox Drinks | Chalice Cleaner | Vaporizers | Sex Enhancers and more Dr. Greens Agent-X Synthetic Urine - $29.95 | Order Now @ Dr. Green...

Case 3:11-cv-00638-JAH-KSC    Document 108-2    Filed 05/02/14    PageID.1634    Page 10 of 21

**Tags:** Agent-X, Dr. Greens, Longest Shelf Life

## Bestsellers



**Dr. Greens Agent-X Premixed Synthetic Urine**

$29.95





**Dr. Greens Agent-X Synthetic Urine**

$29.95



**Agent-X Refill**

$19.95



**Field Kit Synthetic Urine**

$49.95





**One Drop Cleansing Soft Gel**

$24.95





**4:20 One Shot Detox - 2oz. Drink**

$29.95





**Dr. Greens Superhero Synthetic Urine**

$29.95



**Dr. Greens Superhero Male Sexual Enhancers**

$39.95



---

| Information | Customer Service | Extras | My Account |
|---|---|---|---|
| Order Information | Contact Us | Brands | My Account |
| About Us | Returns | Gift Vouchers | Order History |
| Delivery Information | Site Map | Affiliates | Wish List |
| F.A.Q. s | | Specials | Newsletter |
| Privacy Policy | | | |
| Terms & Conditions | | | |

Powered By OpenCart
DRGREENS.COM © 2014

Dr. Greens | Synthetic Urine | Agent-X | Home Test Kits | 420 Detox Drinks | Chalice Cleaner | Vaporizers | Sex Enhancers and more Dr. Greens Agent-X Premixed Synthetic Urine - $29.95 | Order Now @ ...

Case 3:11-cv-00638-JAH-KSC    Document 108-2    Filed 05/02/14    PageID.1635    Page 11 of 21



Shopping Cart

0 item(s) - $0.00

Welcome visitor you can **login** or **create an account**.

Home    Wish List (0)    My Account    Shopping Cart    Checkout

| Detox | Synthetic Urine | Cleaners | Weight Loss | Home Test Kits | Sexual Enhancers | Vape Pens |

Home / Dr. Greens Agent-X Premixed Synthetic Urine

# Dr. Greens Agent-X Premixed Synthetic Urine

### Categories

Detox (4)

Synthetic Urine (9)

Cleaners (9)

Weight Loss (2)

Home Test Kits (3)

Sexual Enhancers (1)

Vape Pens (4)







f **Like**    Share

**Brand:** Agent-X
**Product Code:** Agent - X Premixed
**Availability:** In Stock

**Price: $29.95**
Ex Tax: $29.95

## Available Options

* **Check the box below to agree to the following shipping restrictions:**
☐ I do not live or plan to ship to the following States: IL, KY, NJ, PA, LA, GA, NC, SC, or TN.

Qty:    [            ]  - OR -   Add to Wish List
Add to Compare



★★★★★  2 reviews  |  Write a review



Share 📧 🖨 f 🐦



| **Description** | Reviews (2) | Related Products (3) |

**DR. GREENS AGENT X PREMIXED SYNTHETIC URINE**
**This product is a novelty Item.**

**This product cannot be shipped or sold to residents of Illinois, Kentucky, New Jersey, Pennsylvania, Louisiana, Georgia, North Carolina, South Carolina, or Tennessee.**

Be ready for your next mission.

Dr. Greens Agent X premixed synthetic urine includes a premixed 3 oz. sample of synthetic urine, heating element, and temperature strip.

This product is not intended for use on lawfully administered drug tests and is to be used in accordance with all federal and state laws.

**Tags:** Dr. Greens, Agent-X, Premixed Synthetic Urine

| Bestsellers |
| --- |

Dr. Greens | Synthetic Urine | Agent-X | Home Test Kits | 420 Detox Drinks | Chalice Cleaner | Vaporizers | Sex Enhancers and more Dr. Greens Agent-X Premixed Synthetic Urine - $29.95 | Order Now @ ...

Case 3:11-cv-00638-JAH-KSC     Document 108-2     Filed 05/02/14     PageID.1636     Page 12 of 21



**Dr. Greens Agent-X Premixed Synthetic Urine**

$29.95



**Dr. Greens Agent-X Synthetic Urine**

$29.95



**Agent-X Refill**

$19.95



**Field Kit Synthetic Urine**

$49.95





**One Drop Cleansing Soft Gel**

$24.95





**4:20 One Shot Detox - 2oz. Drink**

$29.95





**Dr. Greens Superhero Synthetic Urine**

$29.95





**Dr. Greens Superhero Male Sexual Enhancers**

$39.95



---

**Information**

- Order Information
- About Us
- Delivery Information
- F.A.Q. s
- Privacy Policy
- Terms & Conditions

**Customer Service**

- Contact Us
- Returns
- Site Map

**Extras**

- Brands
- Gift Vouchers
- Affiliates
- Specials

**My Account**

- My Account
- Order History
- Wish List
- Newsletter

Powered By OpenCart
DRGREENS.COM © 2014

# EXHIBIT 2



Dr. Greens | Synthetic Urine | Agent-X | Home Test Kits | 420 Detox Drinks | Chalice Cleaner | Vaporizers | Sex Enhancers and more F.A.Q. s - @ Dr. Greens Online Store

**Shopping Cart**
0 item(s) - $0.00

Welcome visitor you can login or create an account.

Home | Wish List (0) | My Account | Shopping Cart | Checkout

| Detox | Synthetic Urine | Cleaners | Weight Loss | Home Test Kits | Sexual Enhancers | Vape Pens |

Home » F.A.Q. s

# F.A.Q. s

**FREQUENTLY ASKED QUESTIONS AND ANSWERS**

**Q: I currently have Batch # 091713 - When Does it Expire?**

A: All Batch #s are reference to a "Born on Date" - Question above was a batch made on 09/17/13.
All synthetics are good for two years after "Born on Date".

**Q: I currently have Batch # 031513 - When Does it Expire?**

A: All Batch #s are reference to a "Born on Date" - Question above was a batch made on 03/15/13.
All synthetics are good for two years after "Born on Date".

**Q: I just bought an Agent-X synthetic refill, how much water do I mix the powder solution with?**

A: One vial of Agent-X sythethic refill is to be mixed with 3 oz. of water.

**Q: Is Agent-X still ok if I have heated it once? Am I able to reheat it, and use a new heat pack?**

A: Yes - Agent-X is still good if previously heated once, and can be reheated a few times.

**Q: How long does it take to process an order, and when can i expect to receive it.**

A: UPS Ground shipping from California can take 3 to 5 business days total to arrive.
For domestic shipping, the cut off time is Monday through Friday, 1:00 PM (PST)
Orders placed after the cutoff time, the ship time cannot be guaranteed.
Orders are shipped the next business day when received after 1:00 PM (PST)

**Continue**

| **Information** | **Customer Service** | **Extras** | **My Account** |
|---|---|---|---|
| Order Information | Contact Us | Brands | My Account |
| About Us | Returns | Gift Vouchers | Order History |
| Delivery Information | Site Map | Affiliates | Wish List |
| F.A.Q. s | | Specials | Newsletter |
| Privacy Policy | | | |
| Terms & Conditions | | | |

Powered By OpenCart
DRGREENS.COM © 2014

EXHIBIT 3



✦ QUALITY AND VALUE SINCE 1992 ✦ SATISFACTION GUARANTEED

**Important Recall Notices**

DETOX PRODUCTS

VIEW | $0.00 CHECKOUT> | HELP! QUESTIONS?

**Quick Find**

Advanced Search
View All Items

**Categories**

▸ **Synthetics**
▸ Detoxifying Agent
▸ Drinks
▸ Shampoo
▸ Gear & Accessories

**Information**

About Us
Shipping Policy
Terms & Conditions
Frequently Asked Questions
Wholesale Overview
Recall List
Guarantee Policy
International Retailers
Exchange Policy
Returned Check Policy
Printable Catalog

## *Quick Fix PLUS* 3 ounce                                    $45.00



### Description

**RECALL NOTICE: Quick Fix Plus batches C082-12, C091-12, C092-12, C091-11, C0101-11** are under recall. these products should not be used. Return to Spectrum Labs for a free exchange.

Quick Fix Plus synthetic urine is the 3 ounce version of Spectrum Labs' patented premixed laboratory urine. Quick Fix Plus is unisex so a male or female can use it. Quick Fix Plus Synthetic Urine contains all the ingredients normally found in urine and is balanced for pH, specific gravity, creatinine, and several other urine characteristics. The Quick Fix Plus 3 ounce bottle comes with an attached temperature strip and heating pad to ensure the sample is at proper temperature. Quick Fix Plus contains three ounces of synthetic urine, more than the amount required by testing guidelines.

**Product Directions**: Heat Quick Fix in advance and use as needed. Quick Fix temperature must be 94°-100°F. The Quick Fix Plus container can be microwave heated up to 10 seconds for initial heat, when it is within temperature range you will see a green dot on the temperature strip. If the temperature is out of range after first heating and is over heated you may see a blue dot on temperature strip or no color, just allow the sample to cool down to within 94°-100°F. Using the enclosed heater pad alone will require approximately an hour to heat (see enclosed heater pad for activation instructions). Attach heater pad to bottle with tape or rubber band, be sure heater pad is opposite the

**Shopping Cart**

0 items

**Sign in**

E-mail address:

Password:

🔑 login

Password forgotten
Create an Account

**My Wish List**

0 items

temperature strip. The heater pad will last up to six hours. Synthetic urine color may vary from batch to batch. Shake bottle before and after heating. If unused, sample can be reheated for random usage.

**Product Warnings:** We've introduced our new formula 6.0, however formula 5.7-1 is still a good and current formula.  All customers holding Quick Fix products with formula numbers **BELOW** 5.7-1 are encouraged to return the product to Spectrum Labs for a free exchange to current formulations. Formula information is located on box bottom below Contents description.

This product is not intended for use on lawfully administered drug tests and is to be used in accordance with all federal and state laws.

**This product cannot be shipped to residents of IL, KY or NJ.**



**Customers who bought this product also purchased**



Get Clean Shampoo
$35.00

Urine Luck Detoxifying Agent
$35.00

Absolute Detox Carbo Drink 16oz - Cherry
$35.00

Hand Warmers
$2.00

Absolute Detox XXL 32oz - Cherry
$48.00

Canadian Quick Fix Synthetic Urine
$35.00





✦ QUALITY AND VALUE SINCE 1992 ✦ SATISFACTION GUARANTEED



**Like** Like our Facebook page!

**Important Recall Notices**

**DETOX PRODUCTS**

VIEW  $0.00  CHECKOUT?  **HELP!** QUESTIONS?

---

### Quick Find

Advanced Search
View All Items

### Categories

▷ Synthetics
▷ Detoxifying Agent
▷ Drinks
▷ Shampoo
▷ Gear & Accessories

### Information

About Us
Shipping Policy
Terms & Conditions
**Frequently Asked Questions**
Wholesale Overview
Recall List
Guarantee Policy
International Retailers
Exchange Policy
Returned Check Policy
Printable Catalog

---

Frequently Asked Questions

# Frequently Asked Questions

## Contact Information

Have a question about your order? Please feel free to call us toll-free at **800-721-1414**.

## Absolute Detox /XXL Carbo Drink

**Q: I used your absolute Detox Drink and now I have diarrhea, what does this mean? Is this natural?**
A: Yes, this is normal: the product is a detoxifying dietary supplement, which can have that result on some individuals. This is a temporary side effect and will subside.

**Q: Where can I find my expiration date on the product?**
A: There will be a printed code on the top of the bottle around the curved neck. This is an internal code, and you will need to call Spectrum for this information.

**Q: I want to make sure I am clean for my test; can I take the XXL if I am not over 200 lbs?**
A: You do not need to take the XXL if you are under 200 lbs. The XXL is for persons over 200 lbs. The 16 oz carbo drink is for persons under 200 lbs. Both of the products are for light to moderate smokers.

**Q: I didn't avoid toxins for 48 hours before the test like the directions say; will this product still work for me?**
A: Probably not. You need to follow the directions printed on the bottle.

## Quick Fix

**Q: What is the difference between "Canadian" Quick Fix and regular Quick Fix?**

A: Canadian Quick Fix contains urea, a natural compound found in human urine. We call it "Canadian", because labs in Canada were among the first to use this as a validitiy check during a test. It's perfectly fine to use Canadian Quick Fix in any type of situation, however you **must** use Canadian when testing in Canada and some US states.

**Q: Which states test for urea?**

A: This list is slowly growing, but as of 3/1/13 urea checks are being done in CA, HI, OH, OR, WA, and WV.

**Q: I heated the Quick Fix up twice, and there is still no reading on the temperature strip. What is wrong?**
A: You need to let the product cool down. The directions recommend heating the product for 10 seconds. If you do not see a dot under the temperature, but the bottle feels warm, you have probably overheated the bottle. Allow it to cool down for a few minutes.

**Q: Where can I find my expiration date on the product?**
A: There is a batch number located on the directions inside the box. If the batch reads like this example, F09P-10, and the number ends in 10 or below, you will need to send the product back in for an exchange. If the batch number ends in 12 or higher, the product is still good to use. It has a 2+ year shelf life, however please be sure to check our website occasionally or call for recalls.  If you have a batch number that begins with 13 or 14 these are good batch numbers.

**Q: How can this product be both male and female?**

---

### Shopping Cart

0 items

### Sign in

E-mail address:

Password:

login

Password forgotten
Create an Account

### My Wish List

0 items

A: It is illegal for a lab to test the gender of the Urine for a pre-employment test.

**Q: Can I mix 2 different Quick Fix together if just using 1 doesn't fill it to the line?**
A: Yes, you can mix 2 Quick Fixes together as long as they are both current batches.

**Q: Can I add anything to the Synthetic Urine?**
A: No, if you add anything to the Quick Fix Synthetic Urine, you will contaminate the product and will not be able to use it for your test.

**Q: Can I pour the silver/red pouch into the Quick Fix?**
A: No, this is the hand warmer. All you need to do is take the warmer out of the plastic wrapper package, and shake it. Once shaken, the contents will automatically activate. This can only be used once though, so don't open it until you need it.

**Q: What temperature do I need to have the Quick Fix at?**
A: You need to have this product between 90º and 100º F. Your body temperature is 98º F, so you need to have it as close as your body temperature as you can.

**Q: What is the best way to keep Quick Fix at proper temperature and leave it there?**

A: We recommend heating the product for 10 seconds in the microwave, then attaching the heating pad or keeping the product against your body to keep the heat.

## UrineLuck

**Q: Is my Urine Luck under recall?**

**A: You will check the formula at the bottom of the directions sheet.  If the formula is lower than 7.1-10 return to Spectrum Labs PO BOX 8401 Cincinnati, OH  45208 Att: Exchange Department.  We will replace this at no charge.  Please allow 6weeks.**

**Q: Do I drink the 2 vials?**
A: No, you do not drink these products. You need to follow the directions, and add these to your urine sample.

**Q: My hands are orange! What happened?**
A: You got some of the liquid from the vials on your hands. Try to avoid any contact with skin. If you did happen to spill some on you, wash your hands in soap and water, and it should come off within a wash or two.

**Q: Will UrineLuck work if it has been frozen?**
A: Yes, thaw the product and bring solution back up to body temperature before using.

**Q: Does UrineLuck work on screens?**
A: UrineLuck is only 50% effective on pre-employment nicotine screens.

## Shampoo

**Q: When do I rinse this shampoo out?**
A: This is a leave in shampoo. You will not rinse this out until your test has been completed.

**Q: Does it matter how long or what kind of hair you have?**
A: Yes, if you have long hair or thicker hair, such as African-American hair, you will need more than one bottle.

**Q: Can I use a hair dryer?**
A: Yes

**Q: Will it make my hair look greasy if left in?**
A: Yes, it will look like you have styling gel in your hair.

**Q: Can it be detected?**
A: No and it is not illegal to put any type of shampoo, conditioner, gel, mouse, or hairspray in your own hair.

## Quick Flush Capsules

**Q: Which product works better, the Absolute Detox Drink or Quick Flush Capsules?**
A: Both products are equally effective for passing pre-empolyment nicotine tests. The choice is a personal preference. Some people hate drinking a lot , and some have a phobia of pills.

## Shipping Options & Policies

All package delivery times given by Spectrum Labs or posted on our website are estimates only and based on information provided by UPS. We do not guarantee any specific package delivery times.

All orders are shipped discretely.

Package-labels will read Spectrum Labs and will not indicate what products are contained.

Overnight shipping via UPS is available for most areas in the lower 48 states. If you select overnight shipping and it is not available in your area, you will be contacted by our customer service department.

**Spectrum Labs is not responsible for package tardiness due to UPS error**, orders being placed after business hours and processed the next business day, incorrect shipping information, problems with credit card authorization or charging, the unavailability or refusal of a person to accept delivery of the shipment.

**All orders outside of the US will be shipped UPS or United States Postal Service and are subject to import taxes, border fees and additional shipping charges.**

**Q: What are my shipping options?**
A: We offer regular shipping, which is 7 to 10 business days through the USPS. We also offer shipping thru UPS. All orders placed after 4:30pm EST, will not ship until the following business day. If you order an overnight order on Friday, you will not receive your shipment until Monday. If you order Saturday or Sunday, it will not **ship** until Monday. UPS does not deliver on weekends.

**Spectrum Labs can only ship to the billing address associated with the credit card.**

**Q: What is your return policy**
A: Spectrum Labs does not accept returns for refund of money, but will exchange any unused Spectrum Labs product for another Spectrum Labs product of equal or lesser value. Send unused product in original packaging to Spectrum Labs, PO Box 8401 Cincinnati OH 45208. Please allow 6 to 8 weeks for exchange to be processed and returned. Please note: For UrineLuck and Quick Fix, consumer must return the ENTIRE, complete product package (including box and instructions) or exchanges will not be made.

**Q: How do I Place an order?**
A: You can call us at 800-721-1414 and speak with a Customer Service Representative. You can also place your order through our online ordering system.



TERMS & CONDITIONS | EXCHANGE POLICY | GOT QUESTIONS? | CONTACT US | © 1992 - 2014 SPECTRUM LABS | ALL RIGHTS RESERVED