UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendants. | Case No. 11cv0638 JAH (KSC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS 1, 3 and 4 TO DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SPECTRUM LABORATORIES, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. John A. Houston<br>Courtroom: 13(B) (Annex) |

The Court, having considered Plaintiff's motion to file under seal exhibits 1,3, and 4 to the declaration of Gary L. Eastman in support of Plaintiff's Opposition to Spectrum Laboratories, LLC's motion for summary judgment, and good cause appearing, hereby **GRANTS** the motion and **ORDERS** that:

1. Exhibits 1, 3, and 4 to the declaration of Gary L. Eastman in support of Plaintiff's Opposition to Spectrum Laboratories, LLC's motion for summary judgment shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  May 12, 2014

_____
Hon. John A. Houston
UNITED STATES DISTRICT JUDGE