# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | No.   11cv0638 JAH (KSC)<br><br>**ORDER GRANTING SPECTRUM LABORATORIES, LLC'S MOTION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT OF DIRECT INFRINGEMENT BY DR. GREENS, INC. AND SUPPORTING EXHIBITS** |

The Court, having considered Spectrum Laboratories, LLC's Motion to File under Seal its Memorandum and Points of Authorities in Support of its Renewed Motion for Summary Judgment of Direct Infringement by Dr. Greens, Inc. and Exhibits A to H of the Declaration of Matthew J. Cavanagh, and good cause appearing therefore, the Court hereby GRANTS said motion and orders that:

(1) The unredacted version of the Memorandum of Points and Authorities in Support of the Renewed Motion for Summary Judgment shall be filed under seal; and

(2) Exhibits A through H of the Declaration of Matthew Cavanagh shall be filed under seal.

**IT IS SO ORDERED.**

Dated: September 15, 2014

JOHN A. HOUSTON
United States District Judge