GARY L. EASTMAN (182518)
EASTMAN & MCCARTNEY LLP
401 West A Street, Suite 1785
San Diego, CA 92101
Telephone: (619) 230-1144
Facsimile: (619) 230-1194
gary@eastmanmccartney.com

Attorneys for Plaintiff and Counterclaim-Defendant
DR. GREENS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

DR. GREENS, INC., a California corporation,

Plaintiff,

v.

JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,

Defendant.

AND RELATED CROSS ACTION

No. 11cv0638 JAH (KSC)

**PLAINTIFF'S (UNOPPOSED) EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR SPECTRUM LABORATORIES, LLC'S RENEWED MOTION FOR SUMMARY JUDGMENT BY 30 DAYS**

Judge: Hon. John A. Houston

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Dr. Greens, Inc. ("Dr. Greens") hereby makes this Ex Parte Application for an Order continuing the hearing date for Spectrum's Renewed Motion for Summary Judgment (Doc. No. 130), currently set for November 17, 2014 at 2:30 p.m., by 30 days, or such other date and time as the Court deems appropriate.

Defendants James Matthew Stephens and Spectrum Laboratories, LLC do not oppose this Ex Parte Application, and therefore, pursuant to Local Rule 7.2, no

hearing date is required and this Ex Parte Application has been designated as "Joint."

This Application is based on the Memorandum of Points and Authorities, the supporting declaration of Gary L. Eastman, Esq., and the corresponding proposed order tendered concurrently herewith. For good cause showing, Dr. Greens respectfully requests that the Court enter the proposed order and continue the hearing date for Spectrum's Renewed Motion for Summary Judgment (Doc. No. 130) by 30 days.

Dated: September 19, 2014

EASTMAN & MCCARTNEY LLP

By _*/s/ Gary L. Eastman*________
Gary L. Eastman, Esq.
Attorneys for Plaintiff and Counterclaim-Defendant DR. GREENS, INC.

# CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On September 19, 2014, at my place of business in San Diego, California, I served the following document:

**PLAINTIFF'S (UNOPPOSED) EX PARTE APPLICATION TO CONTINUE HEARING DATE FOR SPECTRUM LABORATORIES, LLC'S RENEWED MOTION FOR SUMMARY JUDGMENT BY 30 DAYS**

Via the CM/ECF FILING SYSTEM. The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street Suite 2200
San Diego, CA 92101
Telephone: (619) 906-5748
Facsimile: (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone: (216)348-5730
Facsimile: (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

ATTORNEYS FOR DEFENDANTS

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on September 19, 2014, in San Diego, California.

By: ______/s/ Gary L. Eastman__________

Gary L. Eastman