UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC.,<br>Plaintiff,<br>v.<br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC,<br>Defendants.<br>____________________<br>Related Counterclaims.<br>____________________ | Civil No. 11cv638 JAH (KSC)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Defendant Spectrum Laboratories, LLC ("Defendant"), on September 11, 2014, filed a motion for summary judgment, which was set for hearing before this Court on November 17, 2014. On September 22, 2014, this Court granted Dr. Greens, Inc.'s ("Plaintiff") ex parte motion to continue the hearing date to December 15, 2014. The Court deems it appropriate to set a briefing schedule for filing responsive pleadings to the motion. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Dr. Greens, Inc.'s opposition to the motion shall be filed and served **no later than November 24, 2014**; and

//

//

2. Defendant's reply brief, if any, shall be filed and served **no later than December 3, 2014**.

Dated: October 29, 2014

JOHN A. HOUSTON
United States District Judge