J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:   (619) 906-5748
Facsimile:   (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:   (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM LABORATORIES, LLC AND Defendant JAMES MATTHEW STEPHENS

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | No. 11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S EX PARTE APPLICATION TO STRIKE EXPERT REPORT OF DALE CHATFIELD AND TO STAY EXPERT DEADLINES FOR SPECTRUM**<br><br>Date:<br>Time:<br>Courtroom:   E<br><br>Judge:   Hon. John A. Houston<br>Mag. Judge:   Hon. Karen Crawford<br>Filed:   March 29, 2011<br>Trial:   None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Spectrum Laboratories, LLC hereby applies to this Court ex parte, in accordance with the Court's Chambers' Rules, the Local Patent Rules, and this Court's scheduling orders, to request that the Court strike Dr. Dale Chatfield's improper Invalidity Report and to stay Spectrum's expert deadlines pending a decision on this application.

Dr. Greens, Inc. ("Greens") initiated this action by seeking a declaratory judgment that Spectrum's '776 patent is invalid. In December 2011, Greens served its invalidity contentions identifying the grounds for the invalidity claim that prompted its lawsuit. At a January 2013 deposition, Greens Rule 30(b)(6) witness testified that those invalidity contentions identified all of Greens' invalidity grounds and all of the prior art that Greens is relying on in this case. Those contentions have remained unchanged since 2011, and Spectrum has relied on them and spent time, money, and energy preparing to rebut those specific invalidity defenses.

Last month, over three years after it served its contentions, Greens served an expert report by Dr. Dale Chatfield that offers invalidity opinions that are different from Greens' invalidity contentions. Furthermore, both new invalidity grounds improperly rely on prior art references not identified in Greens' invalidity contentions. Because this type of sandbagging is prohibited by this Court's Local Patent Rules, and to prevent unfair prejudice to Spectrum, this Court should grant this application and strike Dr. Chatfield's improper report.

This application is based on this ex parte application, on the accompanying Memorandum of Points and Authorities filed concurrently herewith in support, the declaration of Matthew J. Cavanagh in support thereof, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of deciding this application.

Dated: March 25, 2015

MCDONALD HOPKINS LLC

By: /s/ Matthew J. Cavanagh
Matthew J. Cavanagh
Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC
and Defendant JAMES MATTHEW STEPHENS

Ex Parte Application to Strike D. Chatfield's Expert Report and to Stay Spectrum's Expert Deadlines     3     Case No. 11cv0638 JAH(KSC)