1    J. CHRISTOPHER JACZKO (149317)
     PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
2    525 B Street Suite 2200
     San Diego, CA 92101
3    Telephone:   (619) 906-5748
     Facsimile:   (619) 744-5418
4    chris.jaczko@procopio.com

5    DAVID B. CUPAR (*Pro Hac Vice*)
     MATTHEW J. CAVANAGH (*Pro Hac Vice*)
6    MCDONALD HOPKINS LLC
     600 Superior Avenue East
7    Suite 2100
     Cleveland, OH 44114
8    Telephone:    (216)348-5730
     Facsimile:    (216)348-5474
9    dcupar@mcdonaldhopkins.com
     mcavanagh@mcdonaldhopkins.com
10
     Attorneys for Defendant and Counterclaimant SPECTRUM
11   LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

12              **UNITED STATES DISTRICT COURT**

13         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

14   DR. GREENS, INC., a California          )    No.   11cv0638 JAH (KSC)
     corporation,                            )
15                                           )
                Plaintiff,                   )
16                                           )    **DECLARATION OF MATTHEW J.**
     v.                                      )    **CAVANAGH IN SUPPORT OF**
17                                           )    **SPECTRUM LABORATORIES,**
     JAMES MATTHEW STEPHENS,                 )    **LLC'S MOTION TO STRIKE**
18   an individual, and SPECTRUM             )    **EXPERT REPORT OF DALE**
     LABORATORIES, LLC, an Ohio              )    **CHATFIELD AND TO STAY**
19   limited liability company,              )    **EXPERT DEADLINES FOR**
                                             )    **SPECTRUM**
20              Defendant.                   )
                                             )
21   _____ )
                                             )
22   AND RELATED CROSS ACTION                )
                                             )
23   _____ )

24

25       I, Matthew J. Cavanagh, declare as follows:

26       1.    I have personal knowledge of the following facts, and if called as a

27   witness, I could and would competently testify as follows:

28

     Declaration of Matthew J. Cavanagh          1                    11cv0638 JAH (KSC)

1    2.    I am an attorney at the Cleveland, Ohio offices of McDonald Hopkins

2    LLC.

3    3.    I am licensed to practice law in the state of Ohio, before various federal

4    courts, and before the United States Patent and Trademark Office.  I am admitted *pro*

5    *hac vice* before this Court in this action.

6    4.    My Ohio Bar Number is 0079522.

7    5.    I am one of the attorneys representing Spectrum Laboratories, LLC and

8    James Matthew Stephens in this action.

9    6.    A true and accurate copy of the Invalidity Contentions of Dr. Greens, Inc.

10   ("Greens") is attached as Exhibit A.

11   7.    A true and accurate copy of page 23 from the transcript of the deposition

12   of Matthew R. Green is attached hereto as Exhibit B.

13   8.    A true and accurate copy of a November 28, 2014, letter from Greens'

14   attorney, Gary Eastman, designating Dr. Neil Spingarn as Greens' chemical testing

15   expert is attached as Exhibit C.

16   9.    A true and accurate copy of a December 10, 2014, letter from Spectrum's

17   attorney to Greens' attorney regarding Dr. Spingarn is attached as Exhibit D.

18   10.    A true and accurate copy of a January 28, 2015, letter from Greens'

19   attorney identifying Dr. Dale Chatfield as an invalidity expert is attached as Exhibit E.

20   11.    A true and accurate copy of the undated Invalidity Report of Dr. Dale

21   Chatfield is attached as Exhibit F.

22   12.    I have made several attempts to try and resolve Spectrum's objections to

23   Dr. Chatfield's Invalidity Report with Greens' counsel, Gary Eastman, but Mr.

24   Eastman has ignored those efforts:

25          A.    On March 5, 2015, I wrote to Mr. Eastman, notified him of

26          Spectrum's objection to Dr. Chatfield's Invalidity Report, and asked

27          Greens to withdraw the report. A true and accurate copy of my March 5

28          letter is attached as Exhibit G.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

B.    On March 6, 2015, Mr. Eastman emailed me that because he had a "few items due today," he would respond "later today" or "no later than Monday morning [i.e., March 9]."

C.    On Wednesday, March 11, after Mr. Eastman still had not responded to my March 5 letter, I emailed him and told him that his ignoring my letter leaves Spectrum with "no choice but to move to strike Dr. Chatfield's report."

D.    Later on Wednesday, Mr. Eastman emailed me, said he broke his wrist, and promised to "provide [me] with a response to [my] concerns shortly."

E.    On March 23, I received two subpoenas to Spectrum's chemical expert, Dr. Shri Thanedar, with over fifty document requests, which Mr. Eastman had issued and signed, indicating his wrist injury had healed enough for him to have returned to work.

F.    On March 24, almost two full weeks after Mr. Eastman promised to respond "shortly," I emailed him again, repeated my request for a substantive response to the objection raised in my March 5 letter, and again told him that we would have to move to strike Dr. Chatfield's report if no response was received.

G.    On March 25, I called Mr. Eastman's office, was told he was away from his desk, and left a voice message. I then followed up with an email to Mr. Eastman, requesting that he call me to discuss the dispute, and telling him again that Spectrum would have to move to strike Dr. Chatfield's report if no response was received from Greens or Mr. Eastman.

H.    As of the filing of this declaration, Mr. Eastman has not provided any substantive response to my March 5 letter and has not returned my phone call.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

13.     True and accurate copies of the emails identified in subparagraphs 12(B), (C), (D), (F), and (G) are attached as Exhibit H.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25ᵗʰ day of March , 2015 at Cleveland, Ohio .

MATTHEW J. CAVANAGH