Gary L. Eastman (CSB #182518)
Matthew C. McCartney (CSB #226687)
EASTMAN & MCCARTNEY LLP
401 West "A" Street, Suite 1785
San Diego, CA 92101
Telephone:   (619) 230-1144
Facsimile:   (619) 230-1194

Attorneys for Plaintiff
DR. GREENS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendants. | Case No. 11cv0638 JAH (KSC)<br><br>**PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBIT 6 TO DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SPECTRUM LABORATORIES, LLC'S EX PARTE MOTION TO STRIKE EXPERT REPORT OF DR. CHATFIELD**<br><br>Date:<br>Time:<br>Judge: Hon. John A. Houston<br>Courtroom: 13(B) (Annex) |

Plaintiff and Counterclaim-Defendant Dr. Greens, Inc. respectfully moves the Court for entry of an order to permit Plaintiff to file under seal exhibit 6 to the declaration of Gary L. Eastman in support of Plaintiff's Opposition to Spectrum Laboratories, LLC's ("Spectrum") Ex Parte Motion to strike the expert report of Dr. Dale Chatfield. Exhibit 6 contains excerpts from the expert deposition transcript of Dr. Shri Thanedar and corresponding exhibit 3 to the transcript, the

content of which is designated as "Attorney Eyes Only" pursuant to the parties Stipulated Amended Protective Order (Doc. No. 93).

Dated: March 31, 2015          EASTMAN & MCCARTNEY LLP

                               By: /s/ Gary L. Eastman
                               _____
                                   Gary L. Eastman, Esq.

                                   Attorneys for Plaintiff
                                   DR. GREENS, INC.

# PROOF OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On March 31, 2015, at my place of business in San Diego, California, I served the following document:

**PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBIT 6 TO DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SPECTRUM LABORATORIES, LLC'S EX PARTE MOTION TO STRIKE EXPERT REPORT OF DR. CHATFIELD**

Via the CM/ECF FILING SYSTEM. The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

| | |
|---|---|
| David B. Cupar | J. Christopher Jaczko |
| Matthew J. Cavanagh | Procopio, Cory, Hargreaves & Savitch LLP |
| McDonald Hopkins, LLP | 525 B Street Suite 2200 |
| 600 Superior Avenue East | San Diego, CA 92101 |
| Cleveland, OH 44114 | |

I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 31, 2015 in San Diego, California

By:    /s/ Gary L. Eastman
              Gary L. Eastman