FILED

2015 APR -9 PM 4:48

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., *a California corporation*,<br><br>         Plaintiff,<br><br>vs.<br><br>JAMES MATTHEW STEPHENS, *an individual*, and SPECTRUM LABORATORIES, *an Ohio limited liability company*,<br><br>         Defendant. | CASE NO. 11cv0638-JAH(KSC)<br><br>ORDER (1) GRANTING DEFENDANTS' MOTION TO FILE REPLY; (2) SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STRIKE; (3) STAYING EXPERT-RELATED AND PRE-TRIAL MOTIONS FILING DATES; AND (4) GRANTING MOTIONS TO FILE UNDER SEAL<br><br>[Docs. 160, 161, 164] |

  Defendant Spectrum Laboratories, LLC has filed two Ex Parte Motions to Strike expert reports of the plaintiff, Dr. Greens, Inc., which are currently pending before this Court. [Docs. 158, 160] This Order addresses several preliminary issues that pertain to both Motions.

## I. PROCEDURAL BACKGROUND

  On March 25, 2015, defendant Spectrum Laboratories, LLC filed an Ex Parte Motion to Strike the invalidity expert report of Dale Chatfield, Ph.D. [Doc. 158] The defendant asks this Court to strike the invalidity report of Dr. Chatfield because the report allegedly relies on prior art references that were not identified in the plaintiff's

invalidity contentions served on December 27, 2011. [Doc. 158-1, p. 2] Plaintiff Dr. Greens, Inc., filed a Response on March 27, 2015, opposing the Motion to Strike. [Doc. 159] The defendant filed a Motion for Leave to File a Reply on March 31, 2015, which will be discussed below. [Doc. 160]

On April 1, 2015, defendant Spectrum Laboratories, LLC filed an Ex Parte Motion to Strike the expert report of Robert Taylor. [Doc. 163] The defendant asks this Court to strike the expert report on damages by Robert Taylor because the plaintiff allegedly failed to designate Mr. Taylor as an expert in this case by the November 4 and 28, 2014, deadlines set by this Court's Scheduling Order, and because the plaintiffs allegedly violated the Stipulated Amended Protective Order [Doc. 93] by providing Mr. Taylor with information marked as "Attorneys' Eyes Only." [Doc. 163-1, p. 2] Plaintiff Dr. Greens, Inc., filed a Response on April 3, 2015, opposing the Motion to Strike. [Doc. 166]

The defendant also asks this Court to stay all expert-related dates in the Scheduling Order, for the defendants only, pending resolution of these two Motions to Strike. [Doc. 158-1, pp. 7-8; Doc. 163-1, p. 6]

## II. DISCUSSION

This Court issues the following preliminary Orders with respect to the defendant's two pending Motions to Strike:

**A. Order GRANTING Defendant's Motion to File Reply** [Doc. 160]

On March 31, 2015, the defendant moved for leave to file a Reply in support of its Ex Parte Motion to Strike the report of Dale Chatfield, Ph.D. [Doc. 158]. [Doc. 160] Good cause appearing, this Court GRANTS the defendant's Motion. The Clerk's Office is requested to file Exhibit 1 to the Motion to Seal [Doc. 160-1] as a Reply, with Exhibits, *nunc pro tunc* to March 31, 2015.

**B. Order Setting Briefing Schedule**

The defendant's March 25, 2015, Motion to Strike [Doc. 158] is deemed fully briefed and will be taken under submission by the Court.

Any Reply to the plaintiff's April 3, 2015, Response to defendant's April 1, 2015, Motion to Strike [Doc. 163] will be due by **April 17, 2015**.

### C. Order Staying Expert-Related and Pre-Trial Motions Filing Dates

The defendant has moved to strike the plaintiff's damages expert report by Robert Taylor and the invalidity report by Dale Chatfield, Ph.D. The outcome of these Motions will affect whether the parties produce supplemental expert reports and continue to engage in expert-related discovery. Accordingly, this Court finds good cause to GRANT the defendant's request to stay all expert-related dates in this Court's Scheduling Order [Doc. 137] until the District Court has had an opportunity to consider and rule upon the pending Motions. The date for parties to produce supplemental reports in accordance with Fed. R. Civ. P. 26(a)(2)(c) and Fed. R. Civ. P. 26(e), and the expert discovery cutoff date, are stayed as to both parties until this Court rules on the pending Motions. The date for filing pretrial Motions – currently set for May 6, 2015 [Doc. 137, p. 3] – is also stayed during pendency of these Motions. The parties are directed to contact the undersigned Magistrate Judge within three court days of receiving a ruling on both Motions to Strike to reset these dates as necessary. All other dates in the Court's Scheduling Order [Doc. 137] remain in effect.

### D. Order GRANTING Plaintiff's Motion to File Under Seal [Doc. 161]

The plaintiff moved to file under seal Exhibit 6 to its March 27, 2015, Response to the defendant's first Ex Parte Motion. [Doc. 161] The plaintiff's Motion to File Documents Under Seal explains that Exhibit 6 contains portions of the transcript of the deposition of expert Dr. Shri Thanedar and a corresponding exhibit that the parties have marked as "Attorneys Eyes Only" pursuant to the parties' Stipulated Amended Protective Order [Doc. 93]. *Id.* Good cause appearing therefore, this Court GRANTS the Motion to Seal and ORDERS that Exhibit 6 to the plaintiff's Response be filed under seal.

//
//

**E. Order GRANTING Defendant's Motion to File Under Seal** [Doc. 164]

On April 2, 2015, the defendant moved to file under seal Exhibit C to its April 1, 2015, Motion to Strike [Doc. 163]. [Doc. 164] Exhibit C is the expert report of Robert Taylor, and has been designated "Confidential – Attorneys' Eyes Only" pursuant to the parties' Stipulated Amended Protective Order [Doc. 93]. *Id.* Good cause appearing therefore, this Court GRANTS the Motion to Seal and ORDERS that Exhibit C to the defendant's Motion to Strike be filed under seal.

### III. CONCLUSION

In Conclusion, this Court GRANTS the plaintiff's Motion to File Under Seal [Doc. 161] and the defendant's Motion to File a Reply [Doc. 160]. Any Reply to the plaintiff's Response to the defendant's April 1, 2015, Motion to Strike [Doc. 163] is due by **April 17, 2015**. Expert-related dates as well as the pre-trial motions filing deadline are stayed as to both parties until the Court rules on the pending Motions. **The parties are directed to contact this Court within three court days of receiving a ruling on the pending Motions to Strike to reset pretrial dates as necessary**. IT IS SO ORDERED.

Date: April __9__, 2015

KAREN S. CRAWFORD
United States Magistrate Judge