FILED
2015 AUG 10 AM 11: 54
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TH DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., *a California corporation*,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MATTHEW STEPHENS, *an individual*, and SPECTRUM LABORATORIES, *an Ohio limited liability company*,<br><br>Defendant. | CASE NO. 11cv0638-JAH(KSC)<br><br>**ORDER VACATING SCHEDULING ORDER DATES UNTIL RESOLUTION OF PENDING MOTIONS** |

On October 2, 2014, this Court issued a Scheduling Order setting pretrial case management dates through the Pre-Trial Conference, which is scheduled for September 14, 2015. [Doc. 137] There are several motions currently pending before the District Court, including a Motion for Summary Judgment. [Docs. 130, 158, 163] In light of the pending motions, and in concert with the District Court, this Court finds good cause to vacate the remaining dates in the Scheduling Order, including the September 14, 2015, Pre-Trial Conference date.

//
//
//
//

The remaining dates in the Scheduling Order [Doc. 137] are VACATED. The parties are instructed to contact this Court within three business days of receiving a ruling on the pending Motion for Summary Judgment to reset these and any other case management dates that the Court deems necessary.

IT IS SO ORDERED.

Date: August __10__, 2015

KAREN S. CRAWFORD
United States Magistrate Judge