2015 OCT -2 PM 3: 57

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.:  3:11-cv-638 JAH (KSC)<br><br>**NOTICE AND ORDER SETTING STATUS CONFERENCE** |

　　　On September 25, 2015 the Honorable John A. Houston Denied defendants' Motion for Summary Judgment and directed the parties to contact the assigned Magistrate Judge within three business days to reset the case management dates previously vacated. [Doc. No. 173.] The parties contacted the Chambers of the undersigned Magistrate Judge on October 1, 2015. The Court now **ORDERS**:

　　　1.　A telephonic Status Conference shall be held on **October 16, 2015** at **11:00 AM** before Magistrate Judge Crawford. Plaintiff's counsel shall initiate the telephonic conference by calling the Court with all parties on the line. The purpose of the conference is to reset the case management dates previously vacated.

　　　2.　A Joint Supplemental Scheduling Plan shall be lodged with Magistrate Judge Crawford on or before **October 13, 2015**. The Joint Supplemental Scheduling Plan can be

lodged via email at efile_crawford@casd.uscourts.gov and shall delineating all remaining milestones with agreed upon dates. (The date and time for the Status Conference should be included in the caption of the Joint Supplemental Scheduling Plan.)

    3.    Plaintiff's counsel shall serve a copy of this order on all parties that enter the case from this point forward. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

Date: _Oct. 2_, 2015

KAREN S. CRAWFORD
United States Magistrate Judge