GARY L. EASTMAN (SBN 182518)
GARY L. EASTMAN, APLC
401 West A Street, Suite 1785
San Diego, CA 92101
Telephone:   (619) 230-1144
Facsimile:    (619) 230-1194
gary@eastmanmccartney.com

Attorneys for Plaintiff and Counterclaim-Defendant
DR. GREENS, INC.


J. CHRISTOPHER JACZKO (SBN 149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:   (619) 906-5748
Facsimile:    (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:    (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM LABORATORIES, LLC AND Defendant JAMES MATTHEW STEPHENS

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>     Defendants.<br><br>_____<br><br>AND RELATED CROSS ACTION | No. 11cv0638 JAH (KSC)<br><br>**JOINT MOTION TO VACATE SPECTRUM'S MARCH 15, 2016, REBUTTAL EXPERT DEADLINE**<br><br><br>Judge:           Hon. John A. Houston<br>Mag. Judge:  Hon. Karen Crawford<br>Filed:             March 29, 2011<br>Trial:              None Set |

At the request of Spectrum Laboratories, LLC, and James Matthew Stephens, the parties, Dr. Greens, Inc., Matt Green, Spectrum Laboratories, LLC, and James Matthew Stephens, jointly move the Court to vacate the Court's March 15, 2016, deadline for Spectrum to serve its expert reports in rebuttal to Greens' invalidity and non-infringement expert, Dr. Dale Chatfield, and to reset that deadline after the Court rules on Spectrum's *ex parte* application to strike Dr. Chatfield's February 23, 2016, supplemental report. (ECF #182.)

The good cause for this request is efficiency. Dr. Greens' expert Dr. Chatfield issued an invalidity report on February 26, 2015, and following the relief from stay of all expert discovery (ECF #167/180), issued a supplemental non-infringement report on February 23, 2016. Spectrum has filed a motion to strike the supplemental report and to continue the deadline for deposition of Dr. Chatfield (ECF #182). Until the Court rules' on Spectrum's motion to strike Dr. Chatfield's supplemental non-infringement report, it is not known whether Dr. Chatfield's supplemental report will stand and, therefore, it is unknown whether Spectrum's expert must rebut the opinions and testing in that report in addition to Dr. Chatfield's opinions regarding invalidity. There would be potential loss of time, effort, and expert and legal fees if Spectrum's expert were to rebut the supplemental non-infringement opinions now if ultimately those opinions are stricken. Therefore, the parties request that the deadline be vacated and reset until after the motion to strike is decided so that Spectrum's expert knows the full scope of opinions that he must rebut before he does so.

Furthermore, continuing the deadline for the rebuttal reports allows Spectrum's expert to review, incorporate, and rebut the deposition testimony of Dr. Chatfield in one rebuttal report, rather than having to supplement his report after that deposition. The Court's schedule had required Dr. Chatfield's deposition to occur by February 29, and Spectrum's rebuttal report to be served 15 days later on March 15.

While Dr. Chatfield was made available prior to the February 29, 2016 deadline, Spectrum has not taken Dr. Chatfield's deposition because, in conjunction with its *ex parte* application to strike, Spectrum sought to have the Dr. Chatfield deposition deadline vacated until after Spectrum's application is decided. Therefore, granting this request would maintain the sequencing set forth by the Court's scheduling order, whereby Dr. Chatfield's deposition would be taken two weeks before Spectrum's deadline to serve its rebuttal expert report.

For these reasons, the parties jointly request the Court to vacate the March 15, 2016, deadline for Spectrum to serve its rebuttal expert report and reset that deadline after the Court rules on Spectrum's *ex parte* application to strike Dr. Chatfield's supplemental non-infringement report.

Dated: March 15, 2016

MCDONALD HOPKINS LLC

By: /s/ J. Christopher Jaczko
David Cupar
Matthew J. Cavanagh
J. Christopher Jaczko
Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC
and Defendant JAMES MATTHEW STEPHENS

By: /s/ Gary L. Eastman
GARY L. EASTMAN
GARY L. EASTMAN, APLC
401 West A Street, Suite 1785
San Diego, CA 92101
Telephone: (619) 230-1144
Facsimile: (619) 230-1194

Attorneys for Plaintiff and Counterclaim-Defendant
DR. GREENS, INC.

I, J. Christopher Jaczko, am the filer of the foregoing Joint Motion, and hereby certify that, pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the content of this document is acceptable to all persons required to sign the document, and that I have obtained authorization to file this document with all "s/" electronic signatures appearing within the foregoing document.

Dated:  March 15, 2016

/s/ J. Christopher Jaczko
J. Christopher Jaczko