UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., <br><br>                                   Plaintiff, <br><br> v. <br><br> JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, <br><br>                                Defendant. | Case No.:  11cv638-JAH(KSC) <br><br> **AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

       Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **September 2, 2016**.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED THAT**:[1]

       1.      The deposition of Dr. Chatfield shall occur on or before **October 14, 2016**.

/ / /

---

[1]     Please note that some of the dates set forth herein have been modified from those discussed during the conference on September 2, 2016.

2.     Defendant shall submit a rebuttal report under Fed. R. Civ. P. 26(a)(2)(D) by **November 14, 2016**.

3.     All expert discovery shall be completed by all parties by **November 30, 2016**.  "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure.

4.     A Mandatory Settlement Conference shall be conducted on **December 14, 2016** at **9:30 a.m.** in the chambers of Magistrate Judge **Karen S. Crawford**.  Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers by **December 7, 2016**.  All parties are ordered to read and to fully comply with the Chamber Rules of the assigned magistrate judge.

5.     All other pretrial motions must be filed by **January 8, 2017**.  Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  The period of time between the date you request a motion date and the hearing date may vary from one district judge to another.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard. Motions in limine are to be filed as directed in the Local Rules, or as otherwise set by the district judge.

6.     Despite the requirements of Local Rule 16.1(f)(2), neither party is required to file a Memorandum of Contentions of Fact and Law at any time.  The parties shall instead focus their efforts on drafting and submitting a proposed pretrial order by the time and date specified by Local Rule 16.1(f)(6)(b).

7.     Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **April 24, 2017**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

/ / /

8.      Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **May 1, 2017**.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment.  The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

9.      Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  By **May 8, 2017**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

10.     The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **May 15, 2017**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

11.     The final Pretrial Conference is scheduled on the calendar of the **Honorable John A. Houston** on **May 22, 2017** at **2:30 p.m.**.

12.     The parties must review the chambers' rules for the assigned district judge and magistrate judge.

13.     A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

14.     The dates and times set forth herein will not be modified except for good cause shown.

15.     Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge.

No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

16.     Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

17.     All other terms and conditions of prior Scheduling Orders shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  September 13, 2016

Hon. Karen S. Crawford
United States Magistrate Judge

11cv638-JAH(KSC)