J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:  (619) 906-5748
Facsimile:  (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:  (216)348-5730
Facsimile:  (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>                Defendants.<br><br>AND RELATED CROSS ACTION | No. 11cv0638 JAH (KSC)<br><br>**DEFENDANTS' EX PARTE APPLICATION TO VACATE THE DECEMBER 14 SETTLEMENT CONFERENCE OR, IN THE ALTERNATIVE, TO GRANT LEAVE FOR JAMES MATTHEW STEPHENS AND LEAD COUNSEL TO ATTEND BY TELEPHONE**<br><br>Judge:  Hon. John A. Houston<br>Mag. Judge:  Hon. Karen Crawford<br>Filed:  March 29, 2011<br>Trial:  None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Spectrum Laboratories, LLC and

James Matthew Stephens hereby apply to this Court ex parte, in accordance with the Court's Chambers' Rules, this Court's scheduling orders, and the Federal Rules of Civil Procedure, to request that the Court vacate the December 14, 2016, settlement conference or, in the alternative, to permit James Matthew Stephens (who must appear individually as a named defendant, and as the corporate representative of Spectrum) to attend by phone, with Spectrum's local counsel, Christopher Jaczko, appearing in person and lead counsel, David B. Cupar, being available by telephone.

The compelling reasons for granting the principal relief requested is that the parties' settlement positions have only become more entrenched and divided since the last two settlement conferences, so that a third settlement conference will almost certainly not result in, nor move the parties closer to, a settlement. Dr. Greens, Inc. ("Greens") is the accused infringer in this patent case; it faces chemical testing proof of infringement; and it faces damage calculations by an unrebutted damages expert of over $800,000. Despite facing a risk of financial liability, Greens has taken the ironic settlement position that Spectrum—the patent holder (and the party with no financial risk)—should pay money to Greens to settle Spectrum's infringement claim. Spectrum, as the party holding the damages claim against Greens, naturally demands that Greens pay Spectrum money as a term in any potential settlement. And, although Spectrum has provided Greens with two separate, written settlement demands, Greens has never responded to either demand nor counteroffered.

While Greens has the right to maintain a fixed settlement position, the reality is that Greens' refusal to pay money in settlement, for good or bad, makes settlement an impossibility. Counsel for the parties have conferred and, based on those conversations, it is evident that Green will not agree to pay money to Spectrum to settle. It is equally evident—and very reasonable—that Spectrum will not settle on terms that do not include a money payment from Greens. Consequently, a third settlement conference would not be a good use of the Court's resources and, for that

1  reason, Spectrum requests that the Court grant this motion and vacate the conference.

2       This application is based on this ex parte application, on the accompanying Memorandum of Points and Authorities filed concurrently herewith in support, the declaration of Matthew J. Cavanagh in support thereof, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of deciding this application.

Dated: November 22, 2016        MCDONALD HOPKINS LLC

By: /s/ Matthew J. Cavanagh
Matthew J. Cavanagh
Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC
and Defendant JAMES MATTHEW STEPHENS