J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street Suite 2200
San Diego, CA 92101
Telephone:  (619) 906-5748
Facsimile:  (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:   (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | No.   11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON COUNTS I.B, II-VI OF AMENDED COMPLAINT**<br><br>DATE:          March 10, 2017<br>Time:           4:00 p.m.<br>Courtroom:   13B (Annex)<br><br>Judge: HON. JOHN A. HOUSTON<br>Filed: March 29, 2011<br>Trial: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 10, 2017, at 4:00 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court located at 333 West Broadway, San Diego, California 92101, in Courtroom 13B (Annex Building) before the Honorable John A. Houston, Defendant and Counterclaimant Spectrum

Laboratories, LLC ("Spectrum") will and hereby does move the Court under Federal Rule of Civil Procedure 56 for summary judgment of no inequitable conduct defense (Count I.B), no patent misuse (Count II), no false advertising under § 43(a) of the Lanham Act (Count III), no unfair competition under California Business & Profession Code § 17200 (Count IV), no interference with business relations (Count V), and no interference with prospective economic advantage (Count VI) as alleged in the amended complaint by Counterclaim-Defendant Dr. Greens, Inc. ("Greens").

Spectrum submits that the Court should grant the Motion because Greens cannot meet its burden of proof of any of the claims or defenses asserted in Counts I.B, and II-VI of the amended complaint by Greens. Thus, there is no genuine issue of material fact for trial on each count. Accordingly, the Court should enter summary judgment of infringement and set the case for a jury trial on damages.

Spectrum's Motion is based on this Notice of Motion and Motion for Summary Judgment of Direct Infringement by Greens, Inc., on the accompanying Memorandum of Points and Authorities filed concurrently herewith in support with exhibits, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of the hearing on this Motion.

DATED: March 10, 2017        MCDONALD HOPKINS LLC

                             By:  /s/ Matthew J. Cavanagh
                                  Matthew J. Cavanagh

                                  Attorneys for Defendant and Counterclaimant
                                  SPECTRUM LABORATORIES, LLC
                                  and
                                  Defendant JAMES MATTHEW STEPHENS