1  J. CHRISTOPHER JACZKO (149317)
   PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
2  525 B Street Suite 2200
   San Diego, CA 92101
3  Telephone:  (619) 906-5748
   Facsimile:  (619) 744-5418
4  chris.jaczko@procopio.com

5  DAVID B. CUPAR (*Pro Hac Vice*)
   MATTHEW J. CAVANAGH (*Pro Hac Vice*)
6  MCDONALD HOPKINS LLC
   600 Superior Avenue East
7  Suite 2100
   Cleveland, OH 44114
8  Telephone:   (216)348-5730
   Facsimile:   (216)348-5474
9  dcupar@mcdonaldhopkins.com
   mcavanagh@mcdonaldhopkins.com
10
   Attorneys for Defendant and Counterclaimant SPECTRUM
11 LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | No.   11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S AMENDED NOTICE OF AMENDED MOTION AND AMENDED MOTION FOR SUMMARY JUDGMENT ON COUNTS I.B, II-VI OF AMENDED COMPLAINT**<br><br>DATE:        May 15, 2017<br>Time:          2:30 p.m.<br>Courtroom:  13B (Annex)<br><br>Judge: HON. JOHN A. HOUSTON<br>Filed: March 29, 2011<br>Trial: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 15, 2017, at 2:30 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court located at 333

| | |
|---|---|
| 1 | West Broadway, San Diego, California 92101, in Courtroom 13B (Annex Building) |
| 2 | before the Honorable John A. Houston, Defendant and Counterclaimant Spectrum |
| 3 | Laboratories, LLC ("Spectrum") will and hereby does move the Court under Federal |
| 4 | Rule of Civil Procedure 56 for summary judgment of no inequitable conduct defense |
| 5 | (Count I.B), non-obviousness of claims 1-4 of U.S. Patent No. 7,192,776, (the "'776 |
| 6 | patent") (Count I.B), no patent misuse (Count II), no false advertising under § 43(a) |
| 7 | of the Lanham Act (Count III), no unfair competition under California Business & |
| 8 | Profession Code § 17200 (Count IV), no interference with business relations (Count |
| 9 | V), and no interference with prospective economic advantage (Count VI) as alleged |
| 10 | in the amended complaint by Counterclaim-Defendant Dr. Greens, Inc. ("Greens"). |
| 11 | Spectrum submits that the Court should grant the Motion because Greens |
| 12 | cannot meet its burden of proof of any of the claims or defenses asserted in Counts |
| 13 | I.B, and II-VI of the amended complaint by Greens. Thus, there is no genuine issue |
| 14 | of material fact for trial on each count. |
| 15 | Spectrum's Motion is based on this Amended Notice of Motion, on the |
| 16 | accompanying Memorandum of Points and Authorities filed concurrently herewith in |
| 17 | support with exhibits, on the file of this action, and on such other and further |
| 18 | documentary and oral evidence or argument as the Court may consider at the time of |
| 19 | the hearing on this Motion. |

DATED: March 10, 2017　　　　MCDONALD HOPKINS LLC

By:　/s/ Matthew J. Cavanagh
　　　Matthew J. Cavanagh

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC
and
Defendant JAMES MATTHEW STEPHENS