J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street Suite 2200
San Diego, CA 92101
Telephone:  (619) 906-5748
Facsimile:  (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:   (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendants JAMES MATTHEW STEPHENS
and SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | No.   11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S MOTION TO FILE UNDER SEAL ITS CONFIDENTIAL AMENDED MOTION FOR SUMMARY JUDGMENT ON COUNTS I.B, II-VI OF AMENDED COMPLAINT AND EXHIBIT A AND C TO THE DECLARATION OF MATTHEW J. CAVANAGH**<br><br>Date:     May 15, 2017<br>Time:    2:30 p.m.<br>Courtroom:  13B (Annex)<br><br>Judge: Hon. John A. Houston<br>Mag. Judge: Hon. Karen Crawford<br>Filed: March 29, 2011<br>Trial: None Set |

Defendant and Counterclaimant Spectrum Laboratories, LLC ("Spectrum") respectfully applies, under Civil Local Rule 79.2 and Section II.j of the ECF Administrative Policies and Procedures, for an order permitting the filing of the following documents under seal: Confidential version of Spectrum Laboratories, LLC's Motion for Summary Judgment on Counts I.B, II-VI of Amended Complaint by Dr. Greens, Inc. ("Greens") (ECF # 203) and Exhibits A and C to the declaration of Matthew J. Cavanagh.

Exhibit A is the January 27, 2015, Deposition of James Mathew Stephens designated with an "Attorneys' Eyes Only" confidentiality designation under the Stipulated Amended Protective Order (ECF #93).

Exhibit C is the January 23, 2015, Deposition of Matthew Robert Green designated with an "Attorneys' Eyes Only" confidentiality designation under the Stipulated Amended Protective Order (ECF #93).

The contents of Exhibits A and C are discussed Spectrum's Confidential Motion.

For this reason, Spectrum respectfully requests that the Court permit the filing under seal of the aforementioned documents. In accordance with Section 2(j) of the Electronic Case Filing, Administrative Policies and Procedures, a Proposed Order will be emailed to efile_houston@casd.uscourts.gov.

DATED:  March 10, 2017         MCDONALD HOPKINS LLC

                               By:    /s/ Matthew J. Cavanagh
                                      Matthew J. Cavanagh
                                      Attorneys for Defendant and
                                      Counterclaimant
                                      SPECTRUM LABORATORIES, LLC