# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## SOTHERN DISTRICT OF CALIFORNIA

| DR. GREENS, INC., a California corporation, | Case No.: 11cv0638 JAH (KSC) |
|---|---|
| Plaintiff, | |
| vs. | |
| JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company, | |
| Defendant. | |

## EXPERT REPORT OF DALE CHATFIELD, Ph.D.

## A REBUTTAL REPORT TO DR. SHRI THANEDAR'S EXPERT REPORT

# **TABLE OF CONTENTS**

I.      INTRODUCTION                                                          1

II.     SUMMARY OF OPINIONS                                                   1

III.    QUALIFICATIONS                                                        2

IV.     INFORMATION CONSIDERED IN FORMING OPINION                            4

V.      COMPENSATION                                                          4

VI.     TESTING OF "AGENT X POWDER"                                          4

VII.    OPINIONS AND REASONS THEREFORE                                       8

        A.      Presence of Carbamic Acid Methyl Ester in "Agent X Powder    8
                Sample"

        B.      Unreliability of Dr. Thanedar's Testing Procedures           9

        C.      Unrealiability of Dr. Thanedar's Results                    10

        D.      Infringment not possible using Dr. Thanedar's test results  10

# I.     INTRODUCTION

1.      I have been retained by Plaintiff, Dr. Greens, Inc., a California Corporation, through its counsel to provide analysis and expert opinion in this case on non-infringement of U.S. Patent No. 7,192,776, titled Synthetic Urine and Method of Manufacturing Same.

2.      My opinions, which are summarized in Section II of this report, are based on data and information available to me at this time. I reserve the right to update, supplement or revise the opinions contained in this report if and when additional information or data becomes available for my review, including any issues raised by the Defendants' experts or resulting from depositions that have yet to be taken or documents or other information to be produced, or based upon construction of any claim term by the court or other relevant ruling the court may issue.

3.      Methyl carbamate and carbamic acid methyl ester are two different names for the same compound. Please note that methyl carbamate and carbamic methyl ester will be used interchangeably throughout this report.


# II.     SUMMARY OF OPINIONS

3.      My analysis has confirmed that methyl carbamate was not present in the sample of Agent X Powder that was provided to me for testing. It further confirms that methyl carbamate is formed when methanol is used as a diluting solvent for Agent X Powder.

4.      Dr. Thanedar's failure to do preliminary research, provide data for the blank sample, provide data for the calibration of his instruments, and perform a spiked or standard sample, renders both his testing method and subsequent opinion unreliable. In addition, preliminary research would have alerted him to the possibility that using methanol as a solvent

for a sample that contains urea in the GC-MS may result in a false positive for carbamic acid methyl ester.  His failure to do differential testing using a solvent other than methanol renders both his testing method and subsequent opinion unreliable.

5.    Dr. Thanedar's assertion that he used the entire 3 oz. sample provided to him for a single GC-MS test is a false statement.  Not only is the GC-MS incapable of processing the entire sample in a single test, because a GC-MS requires only one (1) microliter ($\mu$l) per test, Dr. Thanedar had enough sample, before diluting the sample, to perform approximately 88,721 tests.[1]

6.    My results confirm that Dr. Thanedar's use of methanol as the diluting solvent resulted in the formation of methyl carbamate, because carbamic acid methyl ester was not present in Agent X Powder when alternate solvents were used to prepare the sample for analysis.


## III.    QUALIFICATIONS

4.    I earned my Bachelor of Science and Master of Science Degrees in Chemistry from Oakland University in Rochester, Michigan.  I also earned a Ph.D. in Analytical Chemistry from the University of North Carolina in Chapel Hill, North Carolina.

5.    I served as the Senior Scientist and President of PCR technologies in San Diego, California.

6.    From 1998-2003, I served as Department Chair for the Department of Chemistry at San Diego State University.

---

[1] 1 $\mu$l= 0.000034 fluid ounces, therefore 3 oz. = approximately 88,721 $\mu$l.

7.     I was an Associate Professor of Chemistry at San Diego State University from 1983- 2013, and now hold the position as Professor Emeritus.  I routinely teach introductory chemistry (Chemistry 200, SDSU) to science students. I have knowledge and experience teaching the following topics: Chromatography (Chemistry 751, SDSU) (This course covers all aspects of chromatography theory and applications, including gas chromatography (GC). I have taught this class to graduate students at SDSU at least one dozen times.); Mass Spectrometry (Chemistry 753, SDSU) (I have taught this class at least 15 times in my career at SDSU. It covers the theory and applications of mass spectrometry, including the type of MS used in this work.); Analytical Chemistry Laboratory (Chem 457, SDSU) (This is a hands-on class in operation of various analytical laboratory instruments used for chemical analysis, including GC and MS techniques. I have taught this course more than 30 times to the Chemistry majors at SDSU.) Introduction to Analytical Chemistry (Chem 251, SDSU) (This class covers basic analytical techniques used for chemical analysis.) In addition, I have been an invited speaker by Agilent Technologies, a major manufacturer of GC-MS instruments, to conduct workshops in GC-MS theory and applications.

8.     I currently serve as Professor Emeritus and San Diego State University, where I teach part-time and perform research.

9.     As a result of my education, work experience, teaching experience, and research experience, I have extensive experience in the field of Chemistry, specifically Analytical Chemistry.

10.     Attached, as Exhibit A, is a copy of my Curriculum Vitae, including a list of my twenty (20) publications and research support.

## IV. INFORMATION CONSIDERED IN FORMING OPINIONS

11.     In forming my opinions, I reviewed the '776 Patent.  In addition, attached as Exhibit B is a list of all documents and other materials I considered in forming my opinions for this report.

## V. COMPENSATION

12.     I am being compensated at my customary rate of $300.00 per hour for courtroom testimony, deposition testimony, and all other consultant hours and will be reimbursed for any expenses directly attributable to this matter.  My compensation does not depend upon the outcome of this litigation.

## VI. TESTING OF "AGENT X POWDER"

13.     I received a sample of "Agent X Powder" on Friday, February 20, 2014, from Stefanie Eick, an attorney working for Eastman & McCartney LLP.

14.     The sample received was a sticky and wet yellow crystalline substance. A list of figures is attached as Exhibit C. Figure 1 of Exhibit C is a photo of Agent X Powder as I received it.

15.     To prepare samples of this substance, crystals from the container were removed from the bottle with a spatula and transferred to a weighed 20 mL vial. The vial was weighed on an analytical balance to determine the weight of each sample of Agent X.

16.     The following is a list of samples prepared for testing:

1.      Agent X solution: 95.0 mg of Agent X was dissolved in 8.0 mL water. The sample completely dissolved in the water.

2.      Methyl Carbamate Standard: 13.4 mg of methyl carbamate solid was added to 700 µL acetone and 100 µL water. The methyl carbamate sample was obtained from Sigma Aldrich Chemical Company (methyl carbamate, CAS 598-55-0, Lot # MKBP3250V, 98% purity). The sample completely dissolved.

3.      Agent X in Water: 100 µL of Agent X solution was dissolved in 700 µL of distilled water. The sample was completely dissolved.

4.      Agent X in Acetone: 100 µL of Agent X solution was dissolved in 700 uL acetone (Pharmco Distilled in Glass). The sample was completely dissolved.

5.      Agent X in Methanol: 100 µL of Agent X solution was dissolved in 700 µL of methanol (Fisher Reagent Grade). The sample completely dissolved.

6.      Agent X in Acetonitrile: 100 µL of Agent X solution was dissolved in 700 µL of acetonitrile ((Pharmco Distilled in Glass). The sample completely dissolved.

17.      The details regarding the instrumentality used to conduct analysis on "Agent X Powder" is as follows.

18.      A Finnigan TSQ 7000 mass spectrometer with a Thermoquest Trace Model 2000 GC was used in a manual injection mode.  A Restek RTX-1 (No. 10103)  30 m x 250 um x 0.25 um capillary column was used to separate the components in the samples. It was chosen because it is a commonly used general purpose column for analysis of unknown compounds. The pertinent instrument operating parameters are the following: split injector inlet temperature of

250 ℃, split ratio of 50:1 with helium carrier gas. The MS ion source was 150 ℃ and the manifold was 70 ℃. The column was temperature programmed as follows: initial temperature 35 ℃ with a 4 min. hold, then heated at 15 ℃ /min. to 150 ℃, then a 1.0 min. hold, and then a final ramp at 50 ℃ /min. to 220 ℃ then held at 220 ℃ for 1 min.

19.     The solvents used in this testing were first tested for purity from potential interferents: methanol (ACS Fisher Grade), acetonitrile (Pharmco Distilled in Glass), acetone (Pharmco Distilled in Glass), and water (Barnsted Distilled, manufactured in-house). All solvents were free of contaminants by GC-MS.

20.     Figures 3-11 of Exhibit C are computer generated printouts of data obtained from the analysis of samples 2-6 listed above. For each test, 1 microliter (µL) of each sample 2-6 was injected on the GC-MS under the conditions outlined above. The following is a description of the data received from the analysis of samples 2-6.

21.     Figure 2 of Exhibit C is a computer printout of the data demonstrating that the mass spectrometer was properly calibrated and tuned prior to the analysis of samples.

22.     Figure 3 of Exhibit C is the GC-MS chromatogram from the analysis of Sample 2 (the methyl carbamate standard solution.) The X-axis is time and the Y-axis is relative intensity. The top part of the picture is the total ion chromatogram (TIC) from the sample. It is a summary of all the GC-MS information collected and is used to show where compounds are detected in time. The center picture is the information representing the ion of mass 75, which is a prominent peak in the mass spectrum of methyl carbamate (discussed in Figure 4). The bottom picture is the information representing the ion of mass 44, which is a second peak of prominence in the mass

spectrum of methyl carbamate (discussed in Figure 4). Together, this data shows that methyl carbamate is detected in the peak shown at 4.09 min.

23.	Figure 4 of Exhibit C represents the mass spectrum of the peak appearing at 4.09 min. shown in Figure 3. This spectrum is used by the NIST library search program to identify the compound.

24.	Figure 5 of Exhibit C is the NIST library search results for peak at 4.09 min. shown in Figure 3 and the mass spectrum shown in Figure 4. The NIST library shows a very good match of the unknown to the library spectrum for methyl carbamate.

25.	Figures 6, 7 and 8 of Exhibit C are the data from the analysis of Sample 5, Agent X in methanol. The format of the data is the same as described for Sample 2, as mentioned in paragraphs 22-24. This data, in the form of the GC-MS chromatogram (Figure 6), the mass spectrum (Figure 7), and the library match from the analysis of Sample 5 (Figure 8), confirms the presence of methyl carbamate in the sample. The peak at 3.02 min is the solvent peak. The peak at 5.73 min. is confirmed by Figures 7 and 8 to be methyl carbamate. The broad peak between 11 and 12.5 minutes was from the urea in the sample. For reasons that are not clearly understood at this time, the retention time of methyl carbamate does not match that from Sample 2, the methyl carbamate standard. However, the excellent match of the mass spectrum to the NIST library copy leave no doubt that the peak at 5.73 min. is due to the presence of methyl carbamate.

26.	Figure 9 of Exhibit C is the GC-MS chromatogram from the analysis of Sample 3, Agent X in water as the solvent. The top diagram shows that no peaks are visible, and the two lower traces show only noise peaks and confirms the absence of methyl carbamate ions in the spectrum. Thus, no methyl carbamate is present in this sample of Agent X Powder.

27.     Figure 10 of Exhibit C is the GC-MS chromatogram from the analysis of Sample 6, Agent X in acetonitrile as the solvent. The top diagram shows that no peaks are visible, and the two lower traces show only noise peaks and confirms the absence of methyl carbamate ions in the spectrum. Thus, no methyl carbamate is present in this sample of Agent X Powder.

28.     Figure 11 of Exhibit C is the GC-MS chromatogram from the analysis of Sample 4, Agent X in acetone as the solvent. The top diagram shows a peak at approximately 11-12 that was identified to be from urea. No other peaks are visible, and the two lower traces show only noise peaks in the time region where methyl carbamate would be expected to appear. This confirms the absence of methyl carbamate ions in the spectrum. Thus, no methyl carbamate is present in this sample of Agent X Powder.

29.     The following table shows the presence or absence of carbamic acid methyl ester in each test on sample Agent X Powder based on the chromatic and spectral data outlined above.

|  | Test #1 Methanol | Test #2 Acetone | Test #3 Water | Test #4 Acetonitrile |
|---|---|---|---|---|
| Carbamic Acid Methyl Ester Present? | YES | NO | NO | NO |

## VII.    OPINIONS AND REASONS THEREFORE

### A.  Presence of Carbamic Acid Methyl Ester in "Agent X Powder" Sample

30.     When the sample of Agent X Powder that I received was dissolved in methanol as the diluting solvent, the results (as outlined above) showed evidence of methyl carbamate. However, there was no evidence of methyl carbamate in any sample that was prepared with Agent X powder and a solvent other than methanol.  Samples 3, 4, and 6, used alternative

diluting solvents water, acetone and acetonitrile, respectively, and I found no evidence of methyl carbamate. Thus, test results show to my satisfaction that the original sample of Agent X that I tested did not contain methyl carbamate. Many literature and patent references substantiate that urea mixed with methanol can form methyl carbamate when subjected to high temperatures. (See my declaration in  support of Dr. Greens, Inc. supplemental opposition to Spectrum Laboratories, LLC's renewed motion for summary judgment, attached as Exhibit D, and incorporated by this reference as if duly set forth herein.) The conditions existing within the injector of the gas chromatograph (250 ℃ and 2 atmospheres pressure) are adequate to form some quantity of methyl carbamate.

### B. Unreliability of Dr. Thanedar's Testing Procedures

19.     My opinions regarding the unreliability of Dr. Thanedar's testing procedures are set forth in my declaration in support of Dr. Greens, Inc. supplemental opposition to Spectrum Laboratories, LLC's renewed motion for summary judgment, attached as Exhibit D.

20.     In my opinion, Dr. Thanedar's failure to do preliminary research, provide data for the blank sample, provide data for the calibration of his instruments, and perform a spiked or standard sample, renders both his testing method and subsequent opinion unreliable.  In addition, preliminary research would have alerted him to the possibility that using methanol as a solvent for a sample that contains urea in the GC-MS may result in a false positive for carbamic acid methyl ester.  His failure to do differential testing using a solvent other than methanol renders both his testing method and subsequent opinion unreliable.

21.     In addition, Dr. Thanedar's assertion that he used the entire 3 oz. sample provided to him for a single GC-MS test is false statement.  Not only is the GC-MS incapable of

processing the entire sample in a single test, because a GC-MS requires only one (1) microliter (μl) per test, Dr. Thanedar had enough sample, before diluting the sample, to perform approximately 88,721 tests.[2] His failure to account for the remaining sample precluded any testing I may have completed with regard to his sample.

### C. Unreliability of Dr. Thanedar's Results

22.     While it is true that the data provided by Dr. Thanedar correctly showed that methyl carbamate was a product of his analysis, it clear that his testing methods were incomplete and did not rule out the possibility that methyl carbamate was formed *in situ* during the testing procedure. My results confirm that the use of methanol as the diluting solvent resulted in the formation of methyl carbamate and that it was not present in Agent X Powder when alternate solvents were used to prepare the sample for analysis.

### D. Infringement Not Possible Using Dr. Thanedar's Test Results

It is my understanding that in order to infringe a patent, a product must infringe one or more claims in the patent.  I understand that the '776 patent issued on March 20, 2007[3].  I understand that the synthetic urine sample tested by Dr. Thanedar was obtained by Spectrum in 2004[4].  Since the sample was obtained at least two years prior to the issuance of the '776 patent, Dr. Thanedar's analysis and report does not support a finding of infringement of the '776 patent; the '776 patent did not exist at the time the sample was obtained.  Moreover, it is my understanding that because substantial patent prosecution, including significant changes to the claims, occurred after the July 28, 2005 publication of the application which matured into the

---

[2] 1 μl= 0.000034 fluid ounces, therefore 3 oz.= approximately 88,721 tests.
[3] United States Patent No. 7,192,776.
[4] Spectrum Laboratories, Memorandum of Points and Authorities in Support of Renewed Motion for Summary Judgment, Doc. No. 130-1, Page 13, line 4, citing Declaration of Fran Kusula, Doc. No. 130-2, page 3.

'776 patent, that no infringement could occur, and no damages could accrue, prior to the issuance of the '776 patent.

Respectfully Submitted,

Dale Chatfield, Ph.D.

Professor Emeritus at San Diego State University

# EXHIBIT A

## BIOGRAPHICAL SKETCH

| NAME | POSITION TITLE |
|---|---|
| Chatfield, Dale, Alton | Professor Emeritus |
| | San Diego State University |

| INSTITUTION AND LOCATION | DEGREE (if applicable) | YEAR (s) | FIELD OF STUDY |
|---|---|---|---|
| Oakland University, Rochester, MI. | B.S. | 1968 | Chemistry |
| Oakland University, Rochester, MI. | M.S. | 1968 | Chemistry |
| University of North Carolina, Chapel Hill, NC. | Ph.D. | 1975 | Analytical Chemistry |

1968-70    Chemist, General Motors Corporation, Pontiac Motor Div., Pontiac, MI.
1974-77    Postdoctoral Fellow, Chemistry Department and Materials Science & Engineering Department, University of Utah, Salt Lake City, UT.
1977         High Country Tech, North Cascades National Park, Marblemount, WA.
1977-78    Assistant Research Professor, Materials Science and Engineering Department, University of Utah, Salt Lake City, UT.
1981         Inhalation Toxicology Research Institute (ITRI), Visiting Faculty Member, Albuquerque, NM.
1981         Jet Propulsion Laboratory (JPL), Pasadena, CA. Visiting Faculty Member.
1978-83    Assistant Professor of Chemistry, San Diego State University, San Diego, CA.
1983-pres  Associate Professor of Chemistry, San Diego State University, San Diego, CA.
1990-1993  Senior Scientist and President, PCR Technologies, San Diego, CA.
1998-2003  Chair, Department of Chemistry, San Diego State University, San Diego, CA.
2012         Professor Emeritus, teaching part-time and performing research

Honors
Fellow, American Chemical Society, Division of Analytical Chemistry, sponsored by the Society for Analytical Chemists of Pittsburgh (1972); Graduate Research Fellowship, University of North Carolina (1973); Faculty Fellow, U.S. Dept. of Energy (1979, 1980); Outstanding Faculty Award, San Diego State University (1980); Outstanding Faculty Contribution to the University, Alumni and Associates, San Diego State University (1981); Faculty Fellow, National Aeronautics and Space Administration (1981). Outstanding Faculty Award, SDSU, 2005.

## A. Publications

Identification of Sphingolipid Metabolites That Induce Obesity via Misregulation of Appetite, Caloric Intake and Fat Storage in *Drosophila*, Stanley M. Walls Jr, Steve J. Attle, Gregory B. Brulte, Marlena L. Walls, Kim D. Finley, Dale A. Chatfield, Deron R. Herr, Greg L. Harris, Published: December 05, 2013, DOI: 10.1371/journal.pgen.100397

Hoh, Eunha; Hunt, Richard; Quintana, Penelope; Zakarian, Joy; Chatfield, Dale; Wittry, Beth; Rodriguez, Edgar; Matt, Georg, Environmental Tobacco Smoke as a Source of Polycyclic Aromatic Hydrocarbons in Settled Household Dust, Environmental Science & Technology, 46 (April 3, 2012), pp. 4174 – 4183 DOI: 10.1021/es300267g.

Schmitz KE, Hovell MF, Wong CA, Kelley NJ, Nilsen D, Blumberg EJ, Hill LL, Sipan CL, Kolody B, Chatfield DA. The reliability and practicality of the Arkansas Method assay of Isoniazid adherence. *Clin Nurs Res.* 2010 May:19:131-143.

Matt, G.E., Romero, R., Ma, D.S., Quintana, P.J.E., Hovell, M.F., Salem, S., Aguilar, M., Boland, J., Cullimore, J., Crane, M., Junker, J., Tassinario, P., Timmermann, V., Wong, K., & Chatfield, D. Tobacco use and asking prices of used cars: prevalence, costs, and new opportunities for changing smoking behavior. Tobacco Induced Diseases. 4:2(31Jul2008).

Georg E. Matt, P J E Quintana, Melbourne F. Hovell, Dale Chatfield, Debbie Ma, Romina Romero, Anna Uribe, MS #1734, "Residual Tobacco Smoke Pollution in Used Cars for Sale: Air, Dust, and Surfaces," in Nicotine & Tobacco Research.(submitted 10-3-07)

A F. Hofmann, V. Loening-Baucke, J. E. Lavine, L. R. Hagey, J. H. Steinbach, C. A. Packard, T. L. Griffin, and D. A. Chatfield, Altered bile acid metabolism in childhood functional constipation: inactivation of secretory bile acids by sulfation in a subset of patients, J. Pediatric Gastroenterol. Nutrition, J Pediatr Gastroenterol Nutr 2008:47:598-606.

Hamilton JP, Xie G, Raufman JP, Hogan S, Griffin TL, Packard CA, Chatfield DA, Hagey LR, Steinbach JH, Hofmann AF.. Bile acids of human cecal contents: concentration and spectrum, Am J Physiol Gastrointest Liver Physiol. 2007 Jul;293(1):G256-63. Epub 2007 Apr 5.

Chatfield, D. A., Fourier Transform Time of Flight Mass Spectrometry, in Advances in Time of Flight Mass Spectrometry, R. J. Cotter, ed., 1992.

Chatfield, D. A., Improved Resolution in Fourier Transform Time of Flight Mass Spectrometry ", Invited Paper, Fall Workshop on Time of Flight Mass Analysis, Amer. Soc. Mass Spectrom., November, 1986.

Chatfield, D.A., and Ajami, M., improved detection limits for a time of flight mass spectrometer with a surface ionization source, Int. J. Mass Spectrom., Ion Processes, 77, 241, 1987.

Knorr, F.J., Ajami, M. and Chatfield, D. A., Fourier transform time-of-flight mass spectrometry, Anal. Chem., 54, 690, 1986.

Chatfield, D.A., the pyrolysis and nonflaming oxidative degradation of poly-(vinylfluoride), J. Polym. Sci., 21, 1681, 1983.

Chatfield, D.A., Einhorn, I.N., and Mickelson, R.W., Analysis of the Products of Thermal Decomposition of an Aromatic Polyamide Fabric, J. Polym. Sci., 17, 1367, 1979.

Chatfield, D.A., Einhorn, I.N., and Mickelson, R.W., Thermal decomposition products of a chlorinated aromatic polyimide, J. Polym. Sci., 17, 1353, 1979.

Mumford, N.A., Chatfield, D.A., and Einhorn, I.N., The analysis of rigid polyurethanes by chemical ionization mass spectrometry, J. Appl. Polym. Chem., 23, 2099, 1979.

Chatfield, D.A., and Einhorn I.N., Stepwise thermal degradation of a polybenzimidazole foam, J. Poly. Sci., 19, 601, 1981.

Mumford, N. A., Chatfield, D.A., and Einhorn, I.N., Component analysis of rigid urethane foams, Fire Research, 2, 107, 1978.

Einhorn, I.N., Chatfield, D.A., Voorhees, K.J., Hileman, F.D., Mickelson, R.W., Israel, S.C., Futrell, J.H., and Ryan, P.W., A strategy for analysis of thermal decomposition of polymeric materials, Fire Research, 1, 41, 1977.

Brimfield, A.A., Street, J.C., Futrell, J.H, and Chatfield, D.A., Identification of products arising from the metabolism of cis and trans-chlordane in rat liver microsomes in vitro: outline of possible metabolic pathway, Pest. Biochem. and Physiol., 9, 84, 1978.

Chatfield, D.A., Hileman, F.D., Voorhees, K.J., Einhorn, I.N., and Futrell, J.H., Characterization of polymer decomposition by electron impact and chemical ionization mass spectrometry, in Application of Polymer Spectroscopy, E.G. Brame, Jr., Ed., Academic Press, Chapter 15, 1978.

Chatfield, D.A., Voorhees, K.J., Hileman, F.D., Futrell, J.H.,and Einhorn, I.N., Production and analysis of thermal decomposition products from polymeric materials, in Experimental Diagnostics in Combustion of Solids,M. Summerfield, Ed., Amer. Inst. Aeronautics and Astronautics, Vol. 63, Chapter 1, 1978.

Pitt, C.G., Bursey, M.M., and Chatfield, D.A., The relative gas-phase proton affinities and polarizabilities of alkyl and silyl ethers, J. Chem. Soc., Perkin Transactions II, 434, 1976.

Chatfield, D.A., and Bursey, M. M., Rates of gaseous ionic acetylation of some alkylbezenes by acetyl cations formed from acetone and 2,3-butanedione, J. Chem. Soc., Faraday Trans. I, 72, 417, 1976.

Chatfield, D.A., and Bursey, M. M., The acetylation of aromatic compounds containing nitrogen substituents using gaseious ions derived from acetone and 2,3-butanedione, J. Amer. Chem. Soc., 20, 101, 1976.

Chatfield, D.A., and. Bursey, M. M.,  gaseous ionic acetylation of some substituted anisoles. evidence for an intermediate pi-complex,  J. Amer. Chem. Soc., 98, 6492, 1976.

Chatfield, D.A., and Bursey, M. M, The acetylation of some mono-substituted oxygen- and halogen-containing aromatic compounds by gaseous ions derived from acetone and 2,3-butanedione,  Int. J. Mass Spectrom. Ion Phys., 18, 239, 1975.

Pitt, C.G., Bursey, M. M., Chatfield, D.A., and Greenberg, R.S., Some gas phase reactions of silicenium ions derived from syn-tetramethyldisiloxane, Inorg. Chem., 90, 269, 1975.

Chatfield, D.A., and Bursey, M.M., Gaseous ionic acetylation of cresols. J. Amer. Chem. Soc., 97, 3600, 1975.

## C. Research Support (2001-present)

NIH HL103684-01 Hovell (PI), $5.3M , 8/11-4/16, Innovation for Smoke-Free Homes: Real-Time Feedback.Study will investigate innovative methods to monitor smoking activity with inexpensive real-time monitoring. Role: Co-Investigator

21RT-0142, Matt (PI) 07/01/12–06/30/15, Certifying Smoke-Free Used Cars: Effects on Value and Consumer Behavior, This study establishes a program to certify used as smoke-free and investigate the impact on consumer behavior and the value of used cars. Role: Co-Investigator

19CA-0164 TRDRP, Matt (PI), 06/01/10–05/31/13, Thirdhand Smoke Pollution and Exposure in Ex-Smokers' Homes, This study will investigate the presence, distribution, and time course of thirdhand smoke pollutants in ex-smokers' homes and the exposure to these pollutants among nonsmokers living in these homes. Role: Co-Investigator

RSG-09-098-01-CNE Kassem (PI) ,$200K/yr, 1/9 12/13, Hookah Tobacco Use: Carcinogenic Metabolites. Monitoring Hooka smokers levels of nicotine and nicotine metabolites, Role: co-Investigator

CRDRP ,Matt/Quintana (PI), 01/09- 01/11, Smoking Policies and Secondhand Smoke in Hotels. Study will (1) document existing smoking policies of local hotels (2) examine how these policies are implemented and enforced, (3) investigate whether hotels are contaminated with significant SHS, and (4) determine whether existing smoking policies reduce the level of contamination. Role: co-Investigator

15RT-0160 TRDRP Matt/Quintana (PI) 07/01/06-06/30/09, Smoking Policies and Secondhand Smoke in Rental Cars. The proposed study will (1) document existing smoking policies of national and local car rental companies, (2) examine how these policies are implemented and enforced, (3) investigate whether rental cars are contaminated with SHS, and (4) determine whether existing smoking policies reduce the level of contamination. Role: co-Investigator

52364 FAMRI YCSA Kassem (PI) 07/01/06 – 06/30/09, Hookah Use and Second Hand Smoke
The purpose of this proposal is to investigate the prevalence and determinants of hookah tobacco use, and secondhand hookah tobacco smoke exposure among college students frequenting hookah lounges. Role: co-Investigator

13RT- 0161 TRDRP  Matt (PI), 07/01/04–06/30/07 *Exposing Children to Secondhand Smoke through Contaminated Homes (Healthy Homes 2,* This study examines (1) the ETS contamination of homes currently occupied by smokers and nonsmokers, (2) the extent to which young children are exposed to ETS at home from contaminated air, dust, and surfaces, (3) the ETS contamination of homes after nonsmokers move into smoker homes, and (4) whether nonsmokers moving into smoker homes are exposed to secondhand smoke through contaminated home environments. Role: co-Investigator

R01 HL066307 NIH/NHLBI  Hovell (PI), 02/01/03–01/31/08, *ETS Reduction in High-risk Preteens: A Controlled Trial (Project SIROCCO),* To determine whether counseling plus cotinine feedback and incentives reduces ETS exposure more than counseling and cotinine feedback (without incentives) and whether these two conditions reduce ETS exposure more than usual tobacco control education. Role: co-Investigator

U.S. Navy Subcontract, U.S. Naval Medical Center   Carney (PI) 01/07-01/08, Antibiotic Bone Study Collaboration, This is a study of the leachability of nine antibiotics from implantation materials used in bone reconstruction. Components of the antibiotics, antibiotic breakdown products, and components of the polymethylmethacrylate monomer and impurities will be determined in saline solutions. Role: co-PI

#15RT-0160 (Matt/Quintana), 07/01/06-06/30/09,TRDRP, *Smoking Policies and Secondhand Smoke in Rental Cars.* The proposed study will (1) document existing smoking policies of national and local car rental companies, (2) examine how these policies are implemented and enforced, (3) investigate whether rental cars are contaminated with SHS, and (4) determine whether existing smoking policies reduce the level of contamination.

#52364 (Kassem), 07/01/06 – 06/30/09, FAMRI YCSA , Hookah Use and Second Hand Smoke
The purpose of this proposal is to investigate the prevalence and determinants of hookah tobacco use, and secondhand hookah tobacco smoke exposure among college students frequenting hookah lounges. Role: co-PI

13RT- 0161 (Matt), 07/01/04–06/30/07, TRDRP, Exposing Children to Secondhand Smoke through Contaminated Homes (Healthy Homes 2), This study examines (1) the ETS contamination of homes currently occupied by smokers and nonsmokers, (2) the extent to which young children are exposed to ETS at home from contaminated air, dust, and surfaces, (3) the ETS contamination of homes after nonsmokers move into smoker homes, and (4) whether nonsmokers moving into smoker homes are exposed to secondhand smoke through contaminated home environments. Role: Co-Investigator

R03 DK064891-01A1 (Hofmann), 8/15/04 – 7/31/06, NIH, Defective bile acid synthesis in childhood constipation, Role: Co-investigator

0116758 (Chatfield), 07/01/00 – 06/30/04, National Science Foundation, Acquisition of a Liquid Chromatograph-Mass Spectrometer System for Chemistry and Biology, Purchase of a Liquid Chromatograph-Mass Spectrometer for chemical analysis, Role: Principal Investigator

SDSUF 900302  (Chatfield), 01/01/02 – 01/01/03, CSUPERB, Upgrading a MALDI Mass Spectrometer for Teaching and Research, Uploading of a mass spectrometer for research investigations, Role: Principal Investigator

C02427 (Chatfield), 01/01/01 – 01/01/03, Agilent Technologies, The Science Associated Program, High-tech mentoring of high school students for scientific discovery in the laboratory, Role: PI.

# EXHIBIT  B

## Court Documents

1. Declaration of Shri Thanedar, Ph.D., MBA, in Support of Spectrum Laboratories, LLC's Motion for Summary Judgment of Direct Infringement by Dr. Greens, Inc.
2. Supplemental Declaration of Shri Thanedar, Ph.D., MBA, in Support of Spectrum Laboratories, LLC's Motion for Summary Judgment of Direct Infringement by Dr. Greens, Inc.
3. Declaration of Shri Thanedar, Ph.D., MBA, in Support of Spectrum Laboratories, LLC's Renewed Motion for Summary Judgment of Direct Infringement by Dr. Greens, Inc.
4. Claim Construction Order.
5. Declaration of Dale Chatfield, Ph.D., in Support of Supplemental Opposition to Spectrum Laboratories, LLC's Renewed Motion for Summary Judgment.
6. Spectrum Laboratories, LLC's Memorandum of Points and Authorities in Support of Renewed Motion for Summary Judgment of Direct Infringement By Dr. Greens, Inc.
7. Declaration of Kusala in Support of Spectrum Laboratories, LLC's Renewed Motion for Summary Judgment.

## Patents/Patent Applications/Prosecution History

8. Stephens, James Matthew. Synthetic Urine and Method of Manufacturing Same. US Patent No. 7,192,776.
9. Haddad, Laith. Synthetic Urine and Method of Making Same. Pub. No. US 2004/0077106
10. Melius, Mark Kevin; Sherrod, Earle Harry; LeMahieu, Lynn Kirkpatrick. Formed Incontinence Article and Method of Manufacture. US Patent No. 5,651,778.
11. Dorn, Gordon L. System for Stabilizing Samples. US Patent No. 6,716,632.
12. Ranade et al. Synthesis of Methyl Carbamate and Dimethyl Carbonate (DCM) in the Presence of Stripping with Inert Gas or Superheated Vapours and a Reactor for the Same. WO2014/072803 A1.
13. Cho et al. Process for preparing Dialkyl Carbonates. US Patent No. 5,534,649.
14. Applicant ArgumentsRemarks Made in an Amendment. August 18, 2006. Image File Wrapper.

## Other Sources

15. Berrada, H.; Font, G.; Moltó, J.C. Influence of the Solvent on the Gas Chromatographic Behaviour of Urea Herbicides. *Chromatographia.*
16. Sun, Jianjun; Yang, Bolun; Lin, Hongye. A Semicontinuous Process for the Synthesis of Methyl Carbamate from Urea and Methanol. *Chemical Engineering and Technology.*
17. Eiceman, G.A.; Leasure, C.S. Quantitative Investigation of Rapid Injector Port Derivatization of Amphetamine Using TriFluoroacetic Anhydride with Packed Capillary Column GC and GC/MS Methods. *Journal of Chromatographic Science.*

17. Shin, Ho-Sang; Yang, Eun-Young. The Simultaneous Determination of Methylcarbamate and Ethylcarbamate in Fermented Foods and Beverages by Derivatization and GC-MS Analysis. *Chemistry Central Journal.*

18. Tamiri, Tsippy; Zitrin, Shmuel. Gas Chromotography Mass Spectometry of Some Thermally Labile Urea Pesticides. *Biomedical and Environmental Mass Spectrometry.*

19. Frayne, Colin. *Cooling Water Treatment- Principles and Practice.* 1999, Chemical Publishing Company, New York, New York.

20. Frayne, Colin. "The Selection and Application of Nonoxidizing Biocides for Cooling Water Systems". Spring 2001.

21. 37 C.F.R. 1.56   Duty to disclose information material to patentability

22. Deposition of Shri Thanedar

EXHIBIT C



Figure 1. Sample of Agent X as received.



Figure 2.  Tune and calibration of the GC-MS system on Feb 24, 2015.



Figure 3. 150224GE_09 Methyl Carbamate in acetone-water



Figure 4. Mass Spectrum of Peak at 4.09 min. in 150224GE_09 Methyl Carbamate in acetone-water



Figure 5. NIST Library Search Result for Peak at 4.09 min. from sample 150224GE_09 Methyl Carbamate in acetone-water.



Figure 6. 150225GE_21 Agent X in Methanol as Solvent



Figure 7. Mass spectrum of peak atr 5.73 min from 150225GE_21 Agent X in Methanol as Solvent



Figure 8. NIST library search and match for the mass spectrum of peak at 5.73 min from 150225GE_21 Agent X in Methanol as Solvent



Figure 9. 150225GE_18 Agent X solution in Water as Solvent



Figure 10. 150225GE_19 Agent X in Acetonitrile Solvent


Figure 11. 150225GE_17 Agent X in Acetone Solvent

EXHIBIT D

1  Gary L. Eastman (CSB #182518)
2  Matthew C. McCartney (CSB #226687)
   EASTMAN & MCCARTNEY LLP
3  401 West "A" Street, Suite 1785
   San Diego, CA 92101
4  Telephone:   (619) 230-1144
   Facsimile:   (619) 230-1194
5
   Attorneys for Plaintiff
6  DR. GREENS, INC.

7               UNITED STATES DISTRICT COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9

10  DR. GREENS, INC., a California           Case No. 11cv0638 JAH (KSC)
    corporation,
11                                           **DECLARATION OF DALE**
                                             **CHATFIELD, PH.D. IN SUPPORT**
12  Plaintiff,                               **OF SUPPLEMENTAL**
                                             **OPPOSITION TO SPECTRUM**
13         v.                                **LABORATORIES, LLC'S**
                                             **RENEWED MOTION FOR**
14  JAMES MATTHEW STEPHENS, an               **SUMMARY JUDGMENT**
    individual, and SPECTRUM
15  LABORATORIES, LLC, an Ohio limited       Date: February 17, 2015
    liability company,                       Time: 2:30 p.m.
16                                           Judge: Hon. John A. Houston
    Defendants.                              Courtroom: 13(B) (Annex)
17

18

19

20

21

22          I, Dale Chatfield, declare and state as follows:

23          1.      I have personal knowledge of the following, except where the text

24  indicates otherwise, and if called to testify could and would competently testify to

25  the facts as set forth herein below.

26          2.      I am a Professor Emeritus at San Diego State University specializing

27  in Analytical Chemistry.  I hold a Ph.D. in Analytical Chemistry from University

28

1  of North Carolina in Chapel Hill, North Carolina. My background and

2  qualifications are set out in my curriculum vitae, which is attached as Exhibit 1.

3       3.      I have been retained by Eastman & McCartney, LLP to provide my

4  expert opinion and analysis regarding the above-referenced lawsuit and my opinion

5  is as follows.  Please note that references to carbamic acid methyl ester and methyl

6  carbamate within this document and the attached exhibits refer to the same

7  compound. In addition, the "sample" referred to within this document refers to the

8  sample received by Dr. Thanedar as described on p. 2 of Thanedar's Declaration.

9       4.      Regarding the integrity of the sample, Dr. Thanedar could not

10  possibly know whether or not the sample provided to him was tampered with,

11  because Dr. Thanedar stated in his report the liquid bottle was not sealed.

12  (Thanedar Dec., p. 2 paragraph 4)  It is in my experience that when a seal does not

13  exist on a sample, the sample is subject to tampering, as well as chemical

14  degradation depending on the composition of the sample and the exposure to air,

15  other chemicals, etc.  Further, Dr. Thanedar tested the alleged Agent X sample

16  without any knowledge as to where the sample came from originally, how it was

17  obtained, when it was obtained, how it was stored, where it was stored, who mixed

18  the sample with liquid, what kind of liquid was the sample mixed with, if anything

19  other than liquid added to the sample, etc.  Answers to these questions are pertinent

20  to determining whether the alleged Agent X sample was authentic and capable of

21  producing reliable test results. As an analytical chemist, I would not feel

22  comfortable concluding that the alleged sample of Agent X comprised any

23  compound, biocide or otherwise, due to the lack of details surrounding the above

24  factual inquiries.

25       5.      Dr. Thanedar's conclusion that there was no spoliation is based on his

26  observation of the liquid. (Thanedar Dec., p. 3 paragraph 7).  Thanedar's

27  conclusory opinion that they was no spoliation is not a sound, scientific

28  conclusion.  While cloudiness and smell are factors to consider when assessing

whether a sample has undergone sepsis; analysis by a biologist would be needed to

conclude whether sepsis has occurred. Typically, this assessment involves growing the culture on a Petri dish and examining the contents under a microscope.

6.      Beyond the integrity of the sample, Dr. Thanedar's procedure (as outlined in his expert report) is not consistent with reliable analytical chemistry methods.

7.      When an unknown sample is received and a chemist is asked to test for a wide range of compounds ("biocides" is a considerably large class of compounds), a chemist should undergo preliminary research into current literature to determine what procedures are recommended, any issues that may occur during testing, optimal conditions, etc. Choosing a solvent is an extremely important step in the process. For example, while a solvent like methanol is typically used for aqueous solutions, methanol is still very reactive with some chemicals.  Therefore, research should be conducted to determine whether methanol may affect the outcome of the experiment.   According to the Declaration, Supplemental Declaration, and Deposition of Dr. Thanedar, no such preliminary investigation ever occurred.

8.      During the course of Dr. Thanedar's preliminary investigation, Dr. Thanedar also should have looked into the chemical composition and properties of the possible chemical compounds (biocides) he was testing for in order to conclude whether their analysis is possible using Gas Chromatography and Mass Spectrometry (GC-MS). A compound should be sufficiently volatile, thermally stable, and unreactive with the solvent to be used in the GC-MS. Because "biocides" encompass a large class of compounds, further investigation was needed to determine whether a GC-MS was the correct instrument to use.  Dr. Thanedar did no such investigation and his inability to do so casts serious doubt on the reliability of his testing method and subsequent opinion.

9.      Furthermore, calibration should occur immediately prior to testing the sample.  While it may be the routine practice of a lab to calibrate the GC-MS, a machine that is calibrated the day prior to testing the sample is not sufficiently

calibrated for testing the sample the next day. The calibration of the GC-MS can affect the outcome of the experiment, leading to false positives when the data reported by the GC-MS is compared to the NIST database. Thus, to minimize the likelihood of inaccurate data, calibration should occur immediately prior to running the unknown sample and the data from the calibration should be available for examination. His failure to provide data from the calibration casts serious doubt on the reliability of his testing method and the reliability of his conclusion.

10.    Running a blank is common practice in any analytical chemistry lab. However, it is also common practice to produce the data for the blank in order to prove the integrity of the test performed. Dr. Thanedar's failure to produce the data for the blank test he ran prior to the unknown sample severely undermines the ability to corroborate the reliability of his testing method and subsequent opinion.

11.    In addition, Dr. Thanedar's failure to use a spiked or standard sample after testing the alleged Agent X sample likewise casts serious doubt on the reliability of his testing method and subsequent opinion. (Thanedar Depo, pp. 42-44). A spiked sample consists of a separate portion of the sample that is "spiked" with a known compound and analyzed using the same instrument and operating conditions used for the analysis of the unknown sample. A standard sample is a known compound that is analyzed using the same instrument and operating conditions used for the analysis of the unknown sample. Spiked samples or standard samples should be used when providing defensible data and should be performed after testing an unknown. Positive identification should be based on two (2) criteria. First, the chemist must show a mass spectrum that matches the NIST library or other valid library. This requires a chemist to run a valid sample (spiked sample or standard sample) to show that the library spectrum matches the unknown, as used in that particular machine. Second, multiple compounds can have similar spectrums. Therefore, the retention time of the unknown peaks in the unknown sample's chromatogram must match that of a valid standard or spiked sample under identical operating conditions. When comparing spectra, the NIST

DECL. OF DALE CHATFIELD, PH.D. IN SUPPORT OF SUPPLEMENTAL
OPPOSITION TO RENEWED MOTION FOR SUMMARY JUDGMENT
11cv0638 JAH (KSC)

1 program offers a variety of possible identities of the unknown and each possibility
2 is given a match number out of 999. The individual retention times of each
3 possible match should be analyzed in comparison to the retention times of the
4 spike or standard sample and the unknown.  Dr. Thanedar's failure to verify his
5 conclusions using a spiked or standard sample is not consistent with proper
6 analytical chemistry procedures and the resultant conclusions based on improper
7 testing are unreliable.

8      12.    Dr. Thanedar's  use of all three ounces of the alleged Agent X sample
9 in a single test also casts serious doubt on the reliability of his testing method and
10 subsequent opinion. (Thanedar Depo., p.79).  As Dr. Thanedar related, the GC-MS
11 is a sensitive machine. (Thanedar Depo., p. 46 line 17-19).  In my experience, a
12 GC-MS requires only one (1) microliter ($\mu$l) per test. Samples are injected into the
13 GC-MS using a syringe measured in microliters ($\mu$l).  Therefore, before dilution,
14 Dr. Thanedar had enough sample to perform approximately 88,721 tests (1 $\mu$l=
15 0.000034 fluid ounces.)  If Dr. Thanedar diluted the sample 1:10 in methanol, the
16 number of tests Dr. Thanedar could have performed would increase tenfold.
17 Furthermore, the GC-MS that Dr. Thanedar used in his experiment could handle a
18 maximum volume of approximately 2 $\mu$l before affecting the performance of the
19 instrument. It makes no logical or scientific sense for Dr. Thanedar to have used all
three ounces of the alleged Agent X sample in a single test.

20      13.    Dr. Thanedar's failure to perform differential testing on the alleged
21 Agent X sample also casts serious doubt on the reliability of his testing method and
22 subsequent opinion. Differential testing refers to subsequent testing to provide
23 further evidence of the veracity of the testing results. Even a cursory investigation
24 into biocides, and more specifically into carbamates, should have alerted Dr.
25 Thanedar to the possibility that the use of ethanol or methanol as a solvent could
26 potentially result in a false positive test for a carbamate.  Because carbamic acid
27 methyl ester is produced from the reaction of urea and methanol, Dr. Thanedar
28 should have performed tests using other solvents in order to show that the results

1  were not a product of the solvent used.  Because Dr. Thanedar failed to perform
2  differential testing using different solvents, Dr. Thanedar cannot show the result of
3  his experiment was not based on the use of methanol as a solvent.  Therefore, Dr.
4  Thanedar's conclusions are unreliable.

5      14.    In regards to the synthesis of carbamic acid methyl ester, carbamic
6  acid methyl ester can be synthesized from a reaction with urea and methanol.
7  Attached are Exhibits 2-9 in support of my opinion.

8      15.    Attached hereto as Exhibit 2 is a true and correct copy of a scientific
9  journal article entitled, "Influence of the Solvent on the Gas Chromatographic
10  Behaviour of Urea Herbicides" by H. Berrada, G. Font, and J.C. Moltó.  The
11  journal in which this article was published, *Chromatographia*, is a journal I refer to
12  often in my work. I have reviewed the article and believe that the information
13  contained therein is accurate and based on reliable scientific principles and
14  methods reasonably applied and relied on in the chemistry field.  Exhibit 2
15  demonstrates that it is possible to form carbamic acid esters (including carbamic
16  acid methyl ester) from phenylureas when methanol or ethanol are used as solvents
   in an analysis with GC-MS.

17      16.    Dr. Thanedar is incorrect in assuming that because a phenylureas are a
18  "different type" of urea, that the article does not apply and would not be relevant in
19  this case. (Thanedar Suppl. Dec. pg 4, paragraph 12).  Pheylureas are different than
20  pure urea, as phenylureas have a phenyl group.  However, the reactive component
21  discussed in the article was that of the urea and not the phenyl group. In fact, the
22  "high injector temperature (300 °C), promoted degradation of the herbicides, and
23  intact ureas were practically not observed..." (Exhibit 2, p. 254).  Meaning, that the
24  urea component was degraded (or consumed) in the reaction forming carbamic
25  acid esters of the phenylureas. In addition, a catalyst can be used to increase the
26  yield or reaction time of a reaction that will nonetheless occur under different
27  conditions.  Furthermore, temperature and pressure differences may also affect the
   yield or reaction rate of a reaction, but differences in pressure or temperature do
28

not conclusively show that a reaction does not take place at all within the injection port. If Dr. Thanedar was aware that methanol reacted with a *type* of urea at high temperatures, he should have performed additional testing to make sure the solvent used did not affect the results of his experiment.

17.     Attached hereto as Exhibit 3 is a true and correct copy of a scientific journal article entitled, "A Semicontinuous Process for the Synthesis of Methyl Carbamate from Urea and Methanol" by Jianjun Sun, Bolun Yang, and Hongye Lin. The journal in which this article was published, *Chemical Engineering and Technology*, is a widely used and referenced journal. I have reviewed the article and believe that the information contained therein is accurate and based on reliable scientific principles and methods reasonably applied and relied on in the chemistry field. Exhibit 3 demonstrates that pure methanol and urea, *without* a catalyst, will form carbamic acid methyl ester at 120-200 °C at autogenous pressures in a reactor. (Exhibit 3, p. 435)

18.     The experiments performed in Exhibit 3 occurred without a catalyst. (*Id.*) Furthermore, while Dr. Thanedar was correct in saying the conditions of the experiment, as related in the article, are different than the parameters of his experiment, Dr. Thanedar is incorrect in assuming that these differences conclude that no carbamic acid methyl ester formation could occur. (Thanedar Suppl. Dec., p. 4 paragraph 11.) The conditions described in the article are based on optimum conditions in order to produce the highest yield of product. While increases or decreases in pressure or temperature may affect the yield or reaction time, variations in temperature or pressure do not conclude that no reaction could occur. Dr. Thanedar was not using optimum conditions to produce a high yield of carbamic acid methyl ester. It is my opinion that the differences in temperature and pressure in Dr. Thanedar's testing parameters would cause the reaction between methanol and urea to occur at a different rate, but still occur nonetheless.

19.     It is also true that the reaction described in Exhibit 3 occured within a reactor. However, it is well established that the injector port of a GC-MS can be

used as a reactor for the derivatization (or synthesis) of compounds. Attached
hereto as Exhibits 4 and 5 are examples of articles where the injector port of a GC
or GC-MS is used for the derivatization or synthesis of a compound by a reaction
that occurs within the injector. Exhibit 4 is a true and correct copy of a scientific
journal article entitled, "Quantitative Investigation of Rapid Injector Port
Derivatization of Amphetamine Using TriFluoroacetic Anhydride with Packed
Capillary Column GC and GC/MS Methods" by G.A. Eiceman and C.S. Leasure.
The journal in which this article was published, *Journal of Chromatographic
Science*, is a widely used and referenced journal that I refer to routinely in my
work. I have reviewed the article and believe that the information contained therein
is accurate and based on reliable scientific principles and methods reasonably
applied and relied on in the chemistry field. Exhibit 4 describes the direct injection
port derivatization of amphetamine through co-injection of the sample with
trifluoroacetic anhydride. Exhibit 5 is a true and correct copy of a scientific journal
entitled, "On-line, inlet-based derivatization for Gas Chromatography of mono-
and dicarboxylic acids" by Kennth S. Docherty and Paul J. Ziemann. The journal
in which this article was published, *Journal of Chromatography A*, is a widely used
and referenced journal that I refer to routinely in my work. I have reviewed the
article and believe that the information contained therein is accurate and based on
reliable scientific principles and methods reasonably applied and relied on in the
chemistry field. Exhibit 5 describes the derivatization technique of trimethylsilyl
using the co-injection of sample and reagent into a GC.

     20.    Attached hereto as Exhibit 6 is a true and correct copy of a scientific
journal article entitled, "The Simultaneous Determination of Methylcarbamate and
Ethylcarbamate in Fermented Foods and Beverages by Derivatization and GC-MS
Analysis" by Ho-Sang Shin and Eun-Young Yang. The journal in which this
article was published, *Chemistry Central Journal*, is a widely used and referenced
journal that I refer to routinely in my work. I have reviewed the article and believe

1  that the information contained therein is accurate and based on reliable scientific
2  principles and methods reasonably applied and relied on in the chemistry field.

3     21.   Dr. Thanedar believes there is no possible way that fermentation or
4  spoiliation occurred and resulted in an introduction of carbamic acid methyl ester.
5  (Thanedar Suppl. Dec., p. 7 paragraph 7). However, Dr. Thanedar says himself
6  that he only tested to see whether the sample contained a biocide, and did not do
7  any further testing to see what the other components of the sample were. (Thanedar
8  Depo., pp. 68-69). As an analytical chemist, I would not conclusively say that a
9  sample did not undergo the fermentation process when I have no knowledge of
10  what other compounds are present in the solution.

11     22.   Attached hereto as Exhibit 7 is a true and correct copy of a scientific
12  journal article entitled "Gas Chromotography Mass Spectometry of Some
13  Thermally Labile Urea Pesticides" by Tsippy Tamiri and Shmuel Zitrin. The
14  journal in which the article was published, *Biomedical and Environmental Mass
15  Spectrometry*, is a reputable journal. I have reviewed the article and believe that the
16  information contained therein is accurate and based on reliable scientific principles
17  and methods reasonably applied and relied on in the chemistry field. Exhibit 7
18  describes three (3) different urea-based pesticides degraded to the same product via
19  the cleavage of the amide functional group of the urea to form a methyl ester. This
20  article is a good example of methanol reacting with complex ureas. In fact, the
21  subject of the article is the problem with using methanol as a solvent when
22  analyzing complex ureas with gas chromatography. It is true that the experiments
23  described in Exhibit 7 do not use pure urea. However, as stated above, the fact that
24  methanol reacted with the urea pesticides to form a methyl ester should have raised
25  some doubt in Dr. Thanedar's mind about his procedure and led him to perform
26  differential testing using a solvent other than methanol or ethanol.

27     23.   Attached hereto as Exhibit 8 is a true and correct copy of International
28  Patent Application No. WO2014/072803 A1, entitled "Synthesis of Methyl
Carbamate and Dimethyl Carbonate (DCM) in the Presence of Stripping with Inert

Gas or Superheated Vapours and a Reactor for the Same" by Ranade et al.,
published May 15, 2014. In Exhibit 8, Ranade et al. describes the 2-step process
for the synthesis of Dimethyl Carbonate. The first step of the process is the
synthesis methyl carbamate (carbamic acid methyl ester), without the use of a
catalyst, by reacting urea with methanol. (Paragraph 204). Table 1a entitled "Urea
to MC" shows the two experiments involving the conversion of urea to methyl
carbamate using methanol and without the use of a catalyst. As the table shows,
there was a 98% + conversion in the first experiment and 100% conversion in the
second experiment. As stated above, increases or decreases in pressure or
temperature may affect the yield or reaction time, but variations in temperature or
pressure do not support the conclusion that no reaction could occur.

24.     Attached hereto as Exhibit 9 is a true and correct copy of United
States Patent No. 5,534,649, entitled "Process for preparing Dialkyl Carbonates"
by Cho et al, issued on July 9, 1996. In Exhibit 9, Cho et al. states that "methyl
carbamate and ethyl carbamate can be prepared readily by the reaction of urea with
methanol and ethanol." (Cho et al., Column 1, lines 56-59). While the subject of
the patent itself is unrelated to the experiment performed by Dr. Thanedar, the
importance of the article in relation to this case rests on the statement quoted
above. Methyl carbamate can be prepared by the reaction of urea with methanol
and this knowledge is known in the industry.

25.     In conclusion, because of Dr. Thanedar's failure to do preliminary
research, provide data for the blank sample, provide data for the calibration of his
instruments, and perform a spiked or standard sample, both his testing method and
subsequent opinion are unreliable. In addition, preliminary research would have
alerted him to the possibility that using methanol as a solvent for a sample that
contains urea in the GC-MS may result in a false positive. His failure to do
differential testing using a solvent other than methanol renders both his testing
method and subsequent opinion unreliable.

1

2      I declare under penalty of perjury under the laws of the State of California

3 that the foregoing is true and correct and was executed in San Diego, California.

4

5 Dated:  January 26, 2015

6

7               By: _____

                      Dale Chatfield

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF DALE CHATFIELD, PH.D. IN SUPPORT OF SUPPLEMENTAL
OPPOSITION TO RENEWED MOTION FOR SUMMARY JUDGMENT
11cv0638 JAH (KSC)