UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual; and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>                              Defendants. | Case No.:  11cv638 JAH (KSC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' EX PARTE MOTION TO CONSOLIDATE HEARINGS ON ALL PRETRIAL MOTIONS [DOC. NO. 222]** |

Pending before the Court is an *ex parte* motion to consolidate all pretrial motions filed by Defendants Spectrum Laboratories, LLC and James Matthew Stephen ("Defendants"). See Doc. No. 220. The motion has been fully briefed by the parties. See Doc. Nos. 221, 222.

In their motion, Defendants request that the Court (1) continue the date for hearing Plaintiff Dr. Green's ("Plaintiff") motions to exclude testimony, [doc. no. 205], to partially strike rebuttal reports, [doc. no. 206], for sanctions, [doc. nos. 207, 208], and for summary judgment, [doc. no. 209], each set for April 24, 2017, at 2:30 p.m., before this Court; and (2) consolidate those hearing dates, including related briefing deadlines, with the date set

1

for hearing Defendants' respective motions for summary judgment, [doc. nos. 203, 217], May 15, 2017, at 2:30 p.m. See Doc. No. 220. Defendants contend that good cause exists, citing incongruence in the present briefing schedule, relative to the aggregate volume of Plaintiff's motions, and the need for additional time to evaluate and meaningfully oppose each issue presented. See Doc. No. 220-1 at 2-3 (citing Fed. R. Civ. P. 1). Plaintiff opposes the motion, urging instead that the Court proceed with the present schedule, or, in the alternative, to consolidate all pending pretrial motion hearing dates to April 24, 2017, at 2:30 p.m. See Doc. No. 221. In reply, Defendants maintain that good cause exists for consolidating all pretrial motion hearing dates. See Doc. No. 222.

Having reviewed the submissions of the parties in support and in opposition, and good cause appearing, Defendants' *ex parte* motion is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to Defendants' request to continue the hearing date, and related briefing deadlines, for Plaintiff's pending motions. The motion is **DENIED** as to the date Defendants propose.

Accordingly, **IT IS HEREBY ORDERED** that the dates for hearing both parties' pending pretrial motions, [doc. nos. 203, 205, 206, 207, 208, 209, 217], including related briefing deadlines, are **VACATED** and **RE-SET** as follows:

1. The parties' motions for summary judgment, or, in the alternative, for partial summary judgment, [doc. nos. 203, 209, 217], will be heard **on May 19, 2017, at 9:45 a.m., before this Court**. The parties' opposition briefs are due **no later than April 24, 2017**, and the parties' reply briefs **no later than May 1, 2017**.

2. Plaintiff's motions to exclude testimony, [doc. no. 205], to partially strike rebuttal reports, [doc. no. 206], and for sanctions, [doc. nos. 207, 208], will be heard **on May 19, 2017, at 9:45 a.m., before this Court**. Defendants' opposition briefs are due **no later than April 24, 2017**, and Plaintiff's reply briefs **no later than May 1, 2017**;

1      3.    All pretrial deadlines set forth in Magistrate Judge Crawford's January 5th
2            scheduling order, [doc. no. 198], shall remain in effect, unless otherwise
3            ordered by the Court.

**IT IS SO ORDERED**.

DATED: April 11, 2017

_____
JOHN A. HOUSTON
United States District Judge