J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street Suite 2200
San Diego, CA 92101
Telephone:   (619) 906-5748
Facsimile:    (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
McDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:    (216) 348-5730
Facsimile:     (216) 348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendants JAMES MATTHEW STEPHENS
and SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | Case No. 11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S MOTION TO FILE UNDER SEAL**<br><br>Hearing Date:  May 19, 2017<br>Time:            9:45 a.m.<br>Courtroom:    13B (Annex)<br><br>Judge:          Hon. John A. Houston<br>Mag. Judge:  Hon. Karen Crawford<br>Filed:           March 29, 2011<br>Trial:            None Set |

Defendant and Counterclaimant Spectrum Laboratories, LLC ("Spectrum") respectfully applies, under Civil Local Rule 79.2 and Section II.j of the ECF Administrative Policies and Procedures, for an order permitting the filing of the following documents under seal: Spectrum Laboratories, LLC's Memorandum of Points and Authorities in Opposition to Dr. Greens, Inc. and Matt Green's Joint

Motion for Summary Judgment or in the alternative Partial Summary Judgment re: Noninfringement (ECF #209) and Exhibits A, C, and G to the April 24, 2017, declaration of Matthew J. Cavanagh.

Exhibit A is the January 23, 2015, Deposition of Matthew Robert Green designated with an "Attorneys' Eyes Only" confidentiality designation under the Stipulated Amended Protective Order (ECF #93)

Exhibit C is an April 8, 2011, email from David Short to Greg Nahay designated with an "Attorneys' Eyes Only" confidentiality designation under the Stipulated Amended Protective Order (ECF #93).

Exhibit G is the January 27, 2015, Deposition of James Mathew Stephens designated with an "Attorneys' Eyes Only" confidentiality designation under the Stipulated Amended Protective Order (ECF #93).

The contents of Exhibits A, C, and G are discussed in Spectrum's Opposition identified above.

For this reason, Spectrum respectfully requests that the Court permit the filing under seal of the aforementioned documents. In accordance with Section 2(j) of the Electronic Case Filing, Administrative Policies and Procedures, a Proposed Order will be emailed to efile_houston@casd.uscourts.gov.

DATED:  April 24, 2017                    Respectfully submitted,

                                          MCDONALD HOPKINS LLC

                                          By:   /s/ David B. Cupar
                                                David B. Cupar

                                          *Attorneys for*
                                          Defendant and Counterclaimant
                                          SPECTRUM LABORATORIES, LLC
                                          and Defendant JAMES MATTHEW
                                          STEPHENS