Gary L. Eastman, Esq. (CSB #182518)
Eastman &McCartney LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144

Attorneys for Plaintiff and Counter-Defendant
DR. GREENS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 11cv0638 JAH(KSC)<br><br>GARY L. EASTMAN, ESQ.'S *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DR. GREENS, INC. AND MATT GREEN; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Gary L. Eastman, APLC ("Plaintiff's counsel"), hereby applies and moves ex parte for an Order granting it permission to withdraw as counsel of record for Plaintiff and Counterclaim-Defendant Dr. Greens, Inc. and Counterclaim-Defendant Matt Green in the above-referenced action.

Good cause exists to grant the Application because Plaintiff's counsel is no longer reasonably capable of providing continued effective representation to Dr.

1  Greens and Matt Green.  Dr. Greens and Matt Green have continuously failed to
2  pay counsel the agreed-upon attorney's fees, resulting in a substantial outstanding
3  balance.  In addition, despite counsel's ongoing good faith efforts, Counsel cannot
4  continue to representation in this matter.  For good cause showing, this
5  Application should be granted because withdrawal will not prejudice other
6  litigants, or harm the administration of justice.
7      This Application will be based on this Application, the accompanying
8  Memorandum of Point and Authorities, the Declaration of Gary L. Eastman
9  submitted concurrently herewith, the records and files in this action, and such oral
10 and/or documentary evidence as may be presented at the hearing on this
11 Application.

13 Dated: September 22, 2017        Gary L. Eastman, APLC

15                         By: /s/ Gary L. Eastman
                            Gary L. Eastman, Esq.

17                         Attorneys for Plaintiff and Counter-
                        Defendant
18                         DR. GREENS, INC.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. LEGAL STANDARD

An attorney may not withdraw as counsel except by leaver of court. (<u>Darby v. City of Torrance</u>, 810 F. Supp. 257, 276 (C.D. Cal. 1992).) "The decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." (<u>Deal v. Countrywide Home Loans</u>, Case No. C 09-01643 SBA, 2010 U.S. Dist. LEXIS 101701 (N.D. Cal. Sept. 15, 2010).) "When ruling on motions to withdraw, courts consider: "(1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case." (<u>Edwards v. Wachovia Mortgage</u>, 2011 U.S. Dist. LEXIS 114464, 15-16 (S.D. Cal. Oct. 4, 2011).)

### II. ARGUMENT

Plaintiff's lead counsel of record, Gary L. Eastman, is no longer reasonably capable of providing continued effective representation to Dr. Greens and Matt Green in this action. (Decl. Eastman ¶ 2). Dr. Greens and Matt Green have continuously failed to pay counsel the agreed-upon attorney's fees, resulting in a substantial outstanding balance. (Decl. Eastman ¶ 3). On numerous occasions, Counsel has notified Dr. Greens and Matthew Green that failure to pay the outstanding agreed-upon attorneys' fees in this litigation would result in Counsel's inability to litigate this case to trial. (Decl. Eastman ¶ 4).

In addition to the outstanding attorneys' fees which remain unpaid, as the Court may recall, lead counsel Eastman lost his oldest Son Richard on December 30, 2016 unexpectedly following surgery; he was 24 years old. Counsel immediately took a leave of absence for several months, and while he is returning to work as his spirits improve, his extended absence resulted in a significant downturn in his business including the loss of several associates. (Decl. Eastman

1  ¶ 5).  Despite counsel's ongoing good faith efforts, it is unreasonably burdensome
2  for counsel to continue representation in this case.  (Decl. Eastman ¶ 6).
3        Dr. Greens and Matt Green have been notified of this Application, and a
4  copy of the moving papers prior to filing.  (Decl. Eastman ¶ ¶ 7, 8.)  Mr. Eastman
5  has specifically advised Dr. Greens that, as a corporation, it cannot represent itself
6  in this action and that it will need to obtain legal representation to proceed in this
7  litigation.  (Decl. Eastman ¶ 9.)  (See <u>CLD Construction, Inc. v. City of San</u>
8  <u>Ramon</u>, 120 Cal. App. 4th 1141, 1145-46 (2004) ("[A] corporation, unlike a
9  natural person, cannot represent itself before courts of record in propria persona,
10 nor can it represent itself through a corporate officer, director, or other employee
11 who is not an attorney.  It must be represented by licensed counsel in proceedings
12 before courts of record.").)  Consistent therewith, Mr. Eastman respectfully
13 requests the Court to grant Dr. Greens and Matt Green no less than four weeks,
14 from the date on which an Order granting the Application is executed, to locate
15 and retain substitute counsel, or substantially the same, and all other just and
16 proper relief.

17
18 ///
19 ///
20 ///

### III. CONCLUSION

Based on the above, good cause exists to grant the Application. Therefore, this Court should permit Plaintiff's counsel, Gary L. Eastman, and the firm of Eastman & McCartney LLP, to withdraw as counsel of record for Dr. Greens and Matt Green and instruct the Clerk of Court to terminate Gary L. Eastman, and the firm of Eastman & McCartney LLP as counsel of record for the same.

Dated: September 22, 2017           Eastman & McCartney LLP

                                    By: /s/ Gary L. Eastman
                                         Gary L. Eastman, Esq.

                                    Attorneys for Plaintiff and Counter-Defendant
                                    DR. GREENS, INC.

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD
FOR PLAINTIFF DR. GREENS, INC.

Case No. 11Ccv0638 JAH (KSC)

5

# PROOF OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On September 22, 2017, at my place of business in San Diego, California, I served the following document:

> GARY L. EASTMAN, ESQ.'S *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DR. GREENS, INC. AND MATT GREEN; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Via the CM/ECF FILING SYSTEM. The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

**Matthew J. Cavanagh**
mcavanagh@mcdonaldhopkins.com
**David B. Cupar**
dcupar@mcdonaldhopkins.com
McDonald Hopkins, LLP
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
(216) 348-5730
ATTORNEYS FOR DEFENDANTS

**John Christopher Jaczko**
chris@jaczkolaw.com
Procopio
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
619-906-5748
ATTORNEYS FOR DEFENDANTS

I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 22, 2017 in San Diego, California

By:   /s/ Gary L. Eastman
      Gary L. Eastman