Gary L. Eastman, Esq. (CSB #182518)
Eastman & McCartney LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144

Attorneys for Plaintiff and Counter-Defendants
DR. GREENS, INC. and MATTHEW GREEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 11cv0638 JAH(KSC)<br><br>DECLARATION OF GARY L. EASTMAN IN SUPPORT OF *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DR. GREENS, INC. AND MATTHEW GREEN |

I, Gary L. Eastman, declare as follows:

1. I am the attorney of record for Plaintiff and Counterclaim-Defendant Dr. Greens, Inc. ("Dr. Greens") and Counterclaim-Defendant Matthew Green. I have personal knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto.

2. I am seeking to withdraw as counsel of record for Dr. Greens and Matthew Green because events have arisen making it unreasonably burdensome and impractical for the lead counsel Gary L. Eastman to provide continued effective representation in this action.

3. Dr. Greens and Matthew Green have continuously failed to pay the agreed-upon attorney's fees, resulting in a substantial outstanding balance.

4. On numerous occasions prior to filing this Application, I notified Dr. Greens and Matthew Green that failure to pay the outstanding agreed-upon attorneys' fees in this litigation would result in the need for my office to withdraw from representation

5. As the Court may recall, I lost my oldest Son Richard on December 30, 2016 unexpectedly following surgery; he was 24 years old. I immediately took a leave of absence for several months, and I am returning to work as my spirits improve. However, my extended absence resulted in a significant downturn in my business including the loss of several associates, and I simply cannot carry this case through trial.

6. Despite my ongoing good faith efforts to assist Dr. Greens and Matthew Green through the conclusion of this matter, it has become unreasonably burdensome and impractical to do so.

7. I have notified Dr. Greens and Matthew Green of this Motion before it was filed with Court.

8. I have sent a copy of this pending Application to Dr. Greens and Matthew Green prior to filing it with the Court.

9. I have advised Dr. Greens that, as a corporation, it cannot represent itself in this action and that it will need to obtain legal representation to proceed in this litigation.

10. To the best of my knowledge, the party most knowledgeable for Dr. Greens is Matthew Green (also a party in this action), located at 6190 Fairmount Avenue, Suite C, San Diego, California 92120.

I swear under the penalty of perjury by the laws of the United States of America and the state of California that the foregoing is true and correct and to the best of my knowledge.

---

DECLARATION OF GARY L. EASTMAN IN SUPPORT OF EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DR. GREENS, INC. AND MATTHEW GREEN
Case No. 11Ccv0638 JAH (KSC)

1
2  Dated: September 22, 2017                    /s/ Gary L. Eastman
3                                               Gary L. Eastman
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF GARY L. EASTMAN IN SUPPORT OF EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DR. GREENS, INC. AND MATTHEW GREEN
Case No. 11Ccv0638 JAH (KSC)

3

# PROOF OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On September 22, 2017, at my place of business in San Diego, California, I served the following document:

DECLARATION OF GARY L. EASTMAN IN SUPPORT OF *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DR. GREENS, INC. AND MATTHEW GREEN

Via the CM/ECF FILING SYSTEM. The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

**Matthew J. Cavanagh**
mcavanagh@mcdonaldhopkins.com
**David B. Cupar**
dcupar@mcdonaldhopkins.com
McDonald Hopkins, LLP
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
(216) 348-5730
ATTORNEYS FOR DEFENDANTS

**John Christopher Jaczko**
chris@jaczkolaw.com
Procopio
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
619-906-5748
ATTORNEYS FOR DEFENDANTS

I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 22, 2017 in San Diego, California

By:   /s/ Gary L. Eastman
          Gary L. Eastman