# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 11cv0638 JAH(KSC)<br><br>[PROPOSED] ORDER GRANTING GARY L. EASTMAN'S *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DR. GREENS, INC. AND MATTHEW GREEN |

For good cause shown, this Court grants Gary L. Eastman's *Ex Parte* Application to Withdraw As Counsel of Record for Dr. Greens, Inc. and Matthew Green. The Clerk of Court is instructed to terminate Gary L. Eastman and the firm of Eastman & McCartney LLP as counsel of record for Dr. Greens, Inc. and Matthew Green. Dr. Greens, Inc. and Matthew Green shall have four (4) weeks from the date on which this Order is executed to locate and retain licensed counsel, and file a motion notifying the Court of the same.

**IT IS SO ORDERED.**
**Dated:**                                              _____
**JOHN A. HOUSTON**
**United States District Judge**

# **PROOF OF SERVICE**

I, the undersigned certify and declare as follows:

 I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

 On September 22, 2017, at my place of business in San Diego, California, I served the following document:

  [PROPOSED] ORDER GRANTING GARY L. EASTMAN'S *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DR. GREENS, INC. AND MATTHEW GREEN

Via ELECTRONIC MAIL to the following persons noted below:

Efile_houston@casd.uscourts.gov
Honorable John A. Houston
United States District Judge

mcavanagh@mcdonaldhopkins.com
**Matthew J. Cavanagh**
dcupar@mcdonaldhopkins.com
**David B. Cupar**
McDonald Hopkins, LLP
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
(216) 348-5730
ATTORNEYS FOR DEFENDANTS

chris@jaczkolaw.com
**John Christopher Jaczko**
Procopio
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
619-906-5748
ATTORNEYS FOR DEFENDANTS

 I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 22, 2017in San Diego, California

      By: /s/ Gary L. Eastman
         Gary L. Eastman