UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual; and SPECTRUM LABORATORIES, LLC, and Ohio limited liability company,<br><br>　　　　　　　　　　Defendants. | Case No.:  11cv638 JAH (KSC)<br><br>**ORDER FOLLOWING HEARING** |

　　Based on the findings made on the record during the parties' September 22, 2017 hearing, which are hereby incorporated by reference, **IT IS HEREBY ORDERED:**

　　1) Defendant Spectrum Laboratories Motion for Summary Judgment on Counts I.B and II-VI of Plaintiff's Amended Complaint (doc. no. 203) is **GRANTED IN PART**.  Defendants' Motion for Summary Judgment is **GRANTED** as to Count II-VI. As to Count I.B, the Court takes the matter **UNDER SUBMISSION** and will address this part of the motion during the **telephonic hearing on October 12, 2017 at 11:30 AM**.

1

2) Plaintiff Dr. Green's Motion to Exclude (doc. no. 205), Motions to Strike (doc. no. 206, 258), and Motion for Sanctions (doc. nos. 207, 208) are **DENIED** in their entirety.

3) Plaintiff Dr. Green's Motion for Summary Judgment (doc. no. 209) is **DENIED** in its entirety.

4) Defendant James Matthew Stephen's Motion for Summary Judgment (doc. no. 217) is **GRANTED**. Accordingly, Defendant Stephens is hereby **DISMISSED** from the instant action.

5) Plaintiff's Request for Judicial Notice (doc. no 257) is **DENIED**.

6) The Court takes Defendant Spectrum's Cross Motion to Exclude (doc. no. 227) **UNDER SUBMISSION** and will address the motion at the October 12, 2017 hearing date.

7) Plaintiff's Counsel's ex parte Motion to Withdraw as Counsel (doc. no. 278) is set for a hearing date of **October 16, 2017 at 2:30 P.M**. Plaintiff's counsel shall provide notice of the hearing date to Plaintiff. Defendant's response is to be filed by **October 10, 2017**.

**IT IS SO ORDERED**.

DATED: October 3, 2017

_____
JOHN A. HOUSTON
United States District Judge