FILED
FEB 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br><br>                               Plaintiff,<br>v.<br>DR. GREENS, INC., MATTHEW GREEN,<br><br>                               Defendants. | Case No.: 11cv00638 JAH-KSC<br><br>**SPECIAL VERDICT FORM** |

1. Do you unanimously find by a preponderance of the evidence that Dr. Greens is liable for Direct Infringement as to the Agent X Premix product?

    Yes: ✓

    No: ___

1

2. Do you unanimously find by a preponderance of the evidence that Dr. Greens is liable for Direct Infringement as to the Agent X Field Kit product?

    Yes: ✓

    No: ___

3. Do you unanimously find by a preponderance of the evidence that Dr. Greens is liable for Contributory Infringement as to the Agent X product?

    Yes: ✓

    No: ___

4. Do you unanimously find by a preponderance of the evidence that Dr. Greens is liable for Contributory Infringement as to the Agent X Refill product?

    Yes: ✓

    No: ___

If your answers to questions # 1 through # 4 are "No," do not answer the remaining questions. Proceed to sign and date the verdict form.

5. Do you unanimously find by a preponderance of the evidence that Dr. Greens' infringement was willful?

    Yes: ✓

    No: ___

Proceed to question # 6.

6. Do you unanimously find by a preponderance of the evidence that Matthew Green is liable for Indirect Infringement – Active Inducement as to the Agent X product?

   Yes: ✓

   No: ____

7. Do you unanimously find by a preponderance of the evidence that Matthew Green is liable for Indirect Infringement – Active Inducement as to the Agent X Premix product?

   Yes: ✓

   No: ____

8. Do you unanimously find by a preponderance of the evidence that Matthew Green is liable for Indirect Infringement – Active Inducement as to the Agent X Refill product?

   Yes: ✓

   No: ____

9. Do you unanimously find by a preponderance of the evidence that Matthew Green is liable for Indirect Infringement – Active Inducement as to the Agent X Field Kit product?

   Yes: ✓

   No: ____

10. Do you unanimously find by a preponderance of the evidence that Matthew Green is liable for the acts of the Dr. Greens Corporation?

Yes: ✓

No: ___

If your answers to questions # 6 through # 10 are "No," do not answer question # 11. Proceed to sign and date the verdict form.

11. Do you unanimously find by a preponderance of the evidence that Matthew Green's infringement was willful?

Yes: ✓

No: ___

12. Damages:

$: 865,173.00



2/23/18
Date

Foreperson

4