1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
SPECTRUM LABORATORIES, LLC,          )
                                     ) CASE NO. 11CV0638-JAH
           PLAINTIFF,                )
                                     )
VS.                                  ) SAN DIEGO, CALIFORNIA
                                     ) FRIDAY,
DR. GREENS, INC.,                    ) FEBRUARY 23, 2018
                                     )
           DEFENDANT.                )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

PARTIAL TRANSCRIPT

BEFORE THE HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

```
FOR THE PLAINTIFF:   MCDONALD HOPKINS, LLC
                     BY:  DAVID B. CUPAR, ESQ.
                     600 SUPERIOR AVENUE EAST, SUITE 2100
                     CLEVELAND, OHIO  44114

FOR THE DEFENDANT:   EASTMAN & MCCARTNEY, LLP
                     BY:  GARY L. EASTMAN, ESQ.
                     401 WEST A STREET, SUITE 1785
                     SAN DIEGO, CALIFORNIA  92101


REPORTED BY:   CAMERON P. KIRCHER, CSR NO. 9427, RPR, CRR, RMR
               333 W. BROADWAY, SUITE 420
               SAN DIEGO, CALIFORNIA  92101
               E-MAIL:  CPKIRCHER@GMAIL.COM
```

COMPUTER-AIDED TRANSCRIPTION

2

1      SAN DIEGO, CALIFORNIA - FRIDAY, FEBRUARY 23, 2018

2                         1:53 P.M.

3           (PARTIAL TRANSCRIPT.)

4           THE COURT:  GOOD AFTERNOON.

5           THE RECORD SHALL REFLECT THE PARTIES ARE PRESENT.

6           COUNSEL, GENTLEMEN, WE RECEIVED A NOTE ABOUT 20

7    AFTER THE HOUR THAT THE JURY HAD A VERDICT.

8           AS THE BAILIFFS BRING THE JURY IN, MR. GREEN,

9    MR. STEPHENS, I KNOW THIS HAS BEEN A LONG ROAD TO GET TO THIS

10   POINT.  REGARDLESS OF THE OUTCOME, I WISH YOUR BUSINESSES

11   WELL AS YOU MOVE FORWARD.  ALL RIGHT.

12          MR. STEPHENS:  THANK YOU.

13          MR. GREEN:  THANK YOU.

14          (JURY PRESENT, 1:54 P.M.)

15          THE COURT:  THE RECORD SHALL REFLECT THE JURY HAS

16   RETURNED AND THE PARTIES ARE PRESENT.

17          GOOD AFTERNOON, LADIES AND GENTLEMEN.  I UNDERSTAND

18   YOU'VE REACHED A VERDICT, ACCORDING TO A NOTE.

19          WHO IS THE FOREPERSON?

20          THE FOREPERSON:  THAT'S ME, YOUR HONOR.

21          THE COURT:  SIR, WILL YOU HAND THE VERDICT FORM TO

22   ONE OF THE BAILIFFS.

23          THE BAILIFF WILL RETURN THE VERDICT FORM TO YOU,

24   SIR.

25          THE FOREPERSON:  OKAY.

1           THE COURT:  AND I ASK THAT YOU STAND AND READ THE
2     VERDICT, THE QUESTION AND THEN THE RESPONSE.
3           THE FOREPERSON:  DO YOU UNANIMOUSLY FIND BY THE
4     PREPONDERANCE OF THE EVIDENCE THAT DR. GREEN WAS LIABLE FOR
5     DIRECT INFRINGEMENT AS TO AGENT X PREMIXED PRODUCT?  YES.
6           DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
7     EVIDENCE THAT DR. GREEN WAS LIABLE FOR DIRECT INFRINGEMENT AS
8     TO AGENT X FIELD KIT PRODUCT?  YES.
9           DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
10    EVIDENCE THAT DR. GREEN WAS LIABLE FOR THE CONTRIBUTORY
11    INFRINGEMENT AS TO AGENT X PRODUCT?  YES.
12          DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
13    EVIDENCE THAT DR. GREEN IS LIABLE FOR CONTRIBUTORY
14    INFRINGEMENT AS TO AGENT X REFILL PRODUCT?  YES.
15          DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
16    EVIDENCE THAT DR. GREENS' INFRINGEMENT WAS WILLFUL?  YES.
17          DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
18    EVIDENCE THAT MATTHEW GREEN WAS LIABLE FOR INDIRECT
19    INFRINGEMENT/ACTIVE INDUCEMENT AS TO AGENT X PRODUCT?  YES.
20          DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
21    EVIDENCE THAT MATTHEW GREEN IS LIABLE FOR INDIRECT
22    INFRINGEMENT/ACTIVE INDUCEMENT AS TO AGENT X PREMIX PRODUCT?
23    YES.
24          DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
25    EVIDENCE THAT MATTHEW GREEN IS LIABLE FOR INDIRECT

```
 1    INFRINGEMENT/ACTIVE INDUCEMENT AS TO AGENT X REFILL PRODUCT?
 2    YES.
 3            DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
 4    EVIDENCE THAT MATTHEW GREEN IS LIABLE FOR INDIRECT
 5    INFRINGEMENT/ACTIVE INDUCEMENT AS TO AGENT X FIELD KIT
 6    PRODUCT?  YES.
 7            DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
 8    EVIDENCE THAT MATTHEW GREEN IS LIABLE FOR THE ACTS OF
 9    DR. GREENS CORPORATION?  YES.
10            DO YOU UNANIMOUSLY FIND BY THE PREPONDERANCE OF THE
11    EVIDENCE THAT MATTHEW GREEN'S INFRINGEMENT WAS WILLFUL?  YES.
12            DAMAGES:  $865,173.
13            THE COURT:  ALL RIGHT.  THANK YOU, SIR.
14            COULD YOU RETURN THE VERDICT FORM BACK TO THE
15    BAILIFF.  WE'LL HAND IT TO MR. MCDOWELL.
16            MR. MCDOWELL, WILL YOU POLL THE JURY, PLEASE.
17            THE CLERK:  ALL RIGHT.  ARE THESE YOUR VERDICTS AS
18    RENDERED AND READ, SO SAY YOU ALL?
19            THE JURY:  (IN UNISON)  YES.
20            THE CLERK:  AND INDIVIDUALLY AS TO STUART MENZER?
21            JUROR NO. 1:  YES.
22            THE CLERK:  AS TO ROBERT ECKHOFF?
23            JUROR NO. 2:  YES.
24            THE CLERK:  AS TO MARIA DALE?
25            JUROR NO. 3:  YES.
```

1        THE CLERK:  AS TO NICHOLAS ROTSART?
2        THE FOREPERSON:  YES.
3        THE CLERK:  AS TO VERENISCE APAES?
4        JUROR NO. 5:  YES.
5        THE CLERK:  AS TO CAROLYNANN PETERSON?
6        JUROR NO. 6:  YES.
7        THE CLERK:  AS TO DONNA GRAY?
8        JUROR NO. 7:  YES.
9        THE CLERK:  AS TO CHIHPING HSU?
10       JUROR NO. 8:  YES.
11       THE CLERK:  ALL RIGHT.
12       THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, WHEN
13  WE STARTED THIS PROCESS, FIRST, WE INDICATED THAT THE TRIAL
14  WOULD TAKE LESS TIME THAN IT DID.  AND THE PARTIES AND THE
15  COURT APPRECIATE YOUR PATIENCE AND ATTENTION TO THE DETAIL IN
16  THIS CASE.  WE THANK YOU VERY MUCH FOR THAT.
17       AT THE BEGINNING, I INDICATED THAT CITIZENS LIKE
18  YOU, SERVING -- TAKING TIME OUT OF YOUR DAILY LIVES TO BE
19  JURORS ENHANCES THE INTEGRITY OF THIS PROCESS, IN THAT IT IS
20  THE BACKBONE OF OUR JUDICIAL PROCESS TO HAVE JURY TRIALS,
21  INDIVIDUALS LIKE YOU TO SIT IN JUDGMENT UPON HEARING EVIDENCE
22  AND THE LAW AS TO WHAT IS AN APPROPRIATE JUDGMENT IN A CASE.
23       I INDICATED ALSO THAT I TRUSTED THAT IT WOULD BE A
24  REWARDING EXPERIENCE FOR YOU.  I DON'T BELIEVE I INDICATED
25  THAT IT WOULD BE AN EASY EXPERIENCE.  AND I KNOW SOMETIMES

1   IT'S DIFFICULT TO SIT IN JUDGMENT OF OTHERS, BUT THAT WAS THE
2   TASK, AND WE APPRECIATE YOUR UPHOLDING YOUR OATH IN DOING SO
3   IN THAT REGARD.
4           I'M GOING TO RELEASE YOU IN JUST A MOMENT FROM THIS
5   CASE.  I'VE SHARED ADMONITIONS IN THE PAST ABOUT THIS MATTER.
6   I WANT YOU TO KNOW THAT THOSE ADMONITIONS ARE NO LONGER IN
7   EXISTENCE, EXCEPT ONE REMAINING ONE THAT I'LL SHARE WITH YOU
8   IN A MOMENT.
9           SO YOU MAY FEEL FREE TO DISCUSS THIS PROCESS -- THE
10  EVIDENCE, THE PARTIES -- AT COCKTAIL PARTIES, WITH YOUR
11  FAMILIES, FRIENDS, DOG AND CAT, WHOEVER YOU'D LIKE TO CHAT
12  WITH ABOUT THIS.  THE PARTIES MAY HAVE AN INTEREST IN
13  SPEAKING TO YOU ABOUT THE CASE AS WELL.
14          BUT NOW THAT YOU HAVE AN OPPORTUNITY TO SAY ANYTHING
15  YOU WANT ABOUT THIS PROCESS, OR EVEN AS TO HOW THE COURT
16  HANDLED IT, THAT'S FAIR GAME AS WELL -- YOU DON'T HAVE TO SAY
17  ANYTHING ABOUT THIS CASE IF YOU DON'T WANT TO.  THAT DECISION
18  NOW IS YOURS INDIVIDUALLY TO DEAL WITH.  THE REMAINING
19  ADMONITION IS THAT WHATEVER YOU DECIDE TO SAY WHEN THIS COURT
20  IS NOT IN SESSION, YOU SHOULD FEEL COMFORTABLE SAYING IN
21  COURT, UNDER OATH AND IN FRONT OF YOUR FELLOW JURORS.
22          WE'D LIKE TO THANK YOU SO MUCH FOR, AGAIN, YOUR
23  PARTICIPATION HERE.  AT THIS TIME, WE'LL DESTROY EVERYTHING
24  IN THE JURY ROOM.  AND I'LL EXCUSE YOU FROM THIS CASE AT THIS
25  TIME.  AND I ASK YOU TO RETURN TO THE JURY ADMINISTRATOR FOR

```
1    FURTHER INSTRUCTIONS.
2           THANK YOU VERY MUCH.
3           YOU MAY HAVE A SEAT.
4           (JURY DISCHARGED, 2:00 P.M.)
5           THE COURT:  THE RECORD SHALL REFLECT THE PARTIES ARE
6    PRESENT AND THE JURY IS ABSENT.
7           COUNSEL, LET'S DO THIS.  IT'S BEEN A LONG WEEK FOR
8    ALL OF US.  I SUGGEST A TELEPHONE CALL NEXT WEEK TO TALK
9    ABOUT GOING FORWARD IF THERE ARE ANY OUTSTANDING ISSUES WE
10   NEED TO ADDRESS, SO WE CAN HAVE A TELEPHONE CONFERENCE TO
11   LINE THOSE UP.
12          I CAN DO THIS MONDAY AFTERNOON IF YOU'RE AVAILABLE
13   FOR A TELEPHONE CONFERENCE.
14          MR. CUPAR:  THAT SHOULD WORK.
15          THE COURT:  COUNSEL.
16          MR. EASTMAN:  YOUR HONOR, JUST TO MAKE SURE THAT'S
17   WHEN WE'RE GOING TO ENTERTAIN THE UNCLEAN HANDS?
18          THE COURT:  YES.  WE'LL DISCUSS THOSE OUTSTANDING
19   ISSUES, EVERYTHING WE NEED TO DISCUSS AT THAT TIME, AND
20   DETERMINE HOW WE MOVE FORWARD WITH THOSE ISSUES.  YES.
21          MR. EASTMAN:  ALL RIGHT.  THANK YOU, YOUR HONOR.
22   THAT WILL WORK.
23          MR. CUPAR:  AND, YOUR HONOR, I'D LIKE TO MOVE JUST
24   BY AN ORAL MOTION NOW FOR AN INJUNCTION AGAINST THE TRANSFER
25   OF ASSETS BY MR. GREEN AND DR. GREENS, INC.  I CAN FOLLOW UP
```

8

1   WITH A WRITTEN MOTION.
2           AND MY IDEA THERE IS THIS:  THERE WAS A MOTION TO
3   WITHDRAW THAT MR. EASTMAN FILED A FEW MONTHS AGO, BUT THEN
4   SUBSEQUENTLY WITHDREW.  MY CONCERN IS -- THAT WAS BASED ON
5   NONPAYMENT.
6           MY CONCERN HERE IS THAT MR. GREEN, EITHER PERSONALLY
7   OR THROUGH HIS COMPANY, IS GOING TO TRANSFER LARGE AMOUNTS OF
8   MONEY TO MAKE HIMSELF JUDGMENT-PROOF HERE.  SO WE'D ASK THAT
9   THIS COURT ENTER AN INJUNCTION ON THAT BASIS TO PREVENT HIM
10  FROM TRANSFERRING ANY LARGE AMOUNTS OF MONEY FROM ONE ACCOUNT
11  TO ANOTHER.
12          AND, AGAIN, I'M NOT SAYING AN INJUNCTION IN TERMS OF
13  HIM PAYING, IN DUE COURSE, HIS RENT OR FOOD --
14          THE COURT:  OR ORDINARY BUSINESS EXPENSES.
15          MR. CUPAR:  YEAH.  BUSINESS EXPENSES, PAYING HIS
16  SUPPLIERS, THINGS LIKE THAT.  ORDINARY COURSE, NO PROBLEM.
17  BUT WHAT WE WANT TO MAKE SURE IS THERE IS NO LARGE AMOUNTS OF
18  MONEY TRANSFERRED FROM ONE ACCOUNT TO ANOTHER OR OUT OF
19  ACCOUNTS TO AVOID -- TO MAKE HIMSELF JUDGMENT-PROOF.
20          THE COURT:  AT THIS JUNCTURE, THE COURT WILL ISSUE A
21  TEMPORARY STAY, MR. GREEN, AS WELL AS DR. GREENS, INC., FROM
22  TRANSFERRING ANY MONIES FROM ANY ACCOUNTS HELD, WHETHER
23  PERSONAL ACCOUNTS, BUSINESS ACCOUNTS, OTHER ENTITIES
24  CONTROLLED OR OWNED BY DR. GREENS OR YOU, OUTSIDE OF
25  ORDINARY, ROUTINE BUSINESS EXPENSES THAT YOU'VE BEEN PAYING

9

1  TO KEEP YOUR BUSINESS GOING BETWEEN NOW AND UNTIL FURTHER
2  ORDER OF THE COURT.
3          WE CAN DISCUSS WHETHER OR NOT THERE NEEDS TO BE SOME
4  BRIEFING ON THAT ON MONDAY AS WELL.
5          MR. CUPAR:  OKAY.
6          THE COURT:  ALL RIGHT.
7          MR. EASTMAN:  ALL RIGHT.  THANK YOU, YOUR HONOR.
8          THE COURT:  ALL RIGHT.  WE'RE IN RECESS.
9          AND, COUNSEL, I'D APPRECIATE IT IF YOU TAKE YOUR
10 NOTEBOOKS WITH YOU, YOUR EVIDENCE BOOKS WITH YOU OR HAVE THEM
11 PICKED UP LATER.
12         MR. CUPAR:  OF COURSE.
13         THE COURT:  WE'RE IN RECESS.
14         (PROCEEDINGS ADJOURNED AT 2:03 P.M.)
15                         --oOo--
16              C E R T I F I C A T I O N
17         I HEREBY CERTIFY THAT I AM A DULY APPOINTED,
   QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED
18 STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND
   CORRECT TRANSCRIPT OF THE PROCEEDINGS HAD IN THE
19 AFOREMENTIONED CAUSE; THAT SAID TRANSCRIPT IS A TRUE AND
   CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES; AND THAT THE
20 FORMAT USED HEREIN COMPLIES WITH THE RULES AND REQUIREMENTS
   OF THE UNITED STATES JUDICIAL CONFERENCE.
21
         DATED:  APRIL 19, 2018, AT SAN DIEGO, CALIFORNIA.
22
                         S/CAMERON P. KIRCHER
23                       CAMERON P. KIRCHER
24
25