1               UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3

SPECTRUM LABORATORIES, LLC,              )
4                                        ) CASE NO. 11CV0638-JAH
            PLAINTIFF,                   )
5                                        )
VS.                                      ) SAN DIEGO, CALIFORNIA
6                                        ) MONDAY,
DR. GREENS, INC.,                        ) FEBRUARY 26, 2018
7                                        ) 4:15 P.M.
            DEFENDANT.                   )
8    _____)

9

10          REPORTER'S TRANSCRIPT OF PROCEEDINGS

11            TELEPHONIC STATUS CONFERENCE

12

        BEFORE THE HONORABLE JOHN A. HOUSTON
13            UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16   FOR THE PLAINTIFF:  MCDONALD HOPKINS, LLC
                         BY:  DAVID B. CUPAR, ESQ.
17                       600 SUPERIOR AVENUE EAST, SUITE 2100
                         CLEVELAND, OHIO  44114
18
     FOR THE DEFENDANT:  EASTMAN & MCCARTNEY, LLP
19                       BY:  GARY L. EASTMAN, ESQ.
                         401 WEST A STREET, SUITE 1785
20                       SAN DIEGO, CALIFORNIA  92101

21

22

23   REPORTED BY:  CAMERON P. KIRCHER, CSR NO. 9427, RPR, CRR, RMR
                    333 W. BROADWAY, SUITE 420
24                  SAN DIEGO, CALIFORNIA  92101
                    E-MAIL:  CPKIRCHER@GMAIL.COM
25

1          SAN DIEGO, CALIFORNIA - MONDAY, FEBRUARY 26, 2018

2                              4:15 P.M.

3               (TELEPHONIC CONFERENCE.)

4               THE COURT:  THIS IS JUDGE HOUSTON.  GOOD AFTERNOON.

5               MR. EASTMAN:  GOOD AFTERNOON, YOUR HONOR.  GARY

6     EASTMAN.

7               THE COURT:  GOOD AFTERNOON, SIR.

8               MR. CUPAR:  DAVE CUPAR HERE, YOUR HONOR.

9               THE COURT:  GOOD AFTERNOON, SIR, OR GOOD EVENING FOR

10    YOU.

11              MR. CUPAR:  YES.

12              THE COURT:  THANK YOU FOR ACCOMMODATING THIS LATE

13    CALL IN YOUR TIME ZONE.

14              MR. CUPAR:  NO PROBLEM AT ALL.

15              THE COURT:  ALL RIGHT.  THERE ARE AT LEAST TWO

16    ISSUES WE NEED TO DISCUSS.  WE NEED TO DISCUSS THE BRIEFING,

17    FOCUSING ON THE WILLFUL INFRINGEMENT FINDING BY THE JURY, AND

18    ALSO THE UNCLEAN HANDS ISSUE BY DEFENDANT.  AND LASTLY, I'D

19    LIKE TO JUST REVISIT THE ISSUE WITH RESPECT TO THE STAY AND

20    HOW TO MOVE FORWARD WITH THAT.

21              SO LET'S FIRST START WITH THE BRIEFING ON WILLFUL

22    INFRINGEMENT.  MR. CUPAR.

23              MR. CUPAR:  THANK YOU, YOUR HONOR.

24              WHAT WE PROPOSE THERE IS, OBVIOUSLY BECAUSE OF THE

25    WILLFUL INFRINGEMENT FINDING, THE ISSUE BECOMES THAT THE

1     COURT CAN FIND DAMAGES UP TO TREBLE DAMAGES, SO TRIPLE THE

2     AMOUNT OF THE $865,000 AWARDED.

3         SO HONESTLY, YOUR HONOR, WE'RE GOING TO BE SEEKING

4     THAT.  WE'RE GOING TO BE SEEKING TREBLE DAMAGES HERE.  AND I

5     THINK THE PROPOSAL THERE, YOUR HONOR, WOULD BE TO FILE A

6     MOTION THAT WOULD IDENTIFY WHY, YOU KNOW, THAT KIND OF

7     FINDING BY THE COURT WOULD BE JUSTIFIED.

8         THE COURT:  ALL RIGHT.  MR. EASTMAN.

9         MR. EASTMAN:  WELL, OBVIOUSLY, YOUR HONOR, WE WOULD

10     HAVE A COUNTERPOINT TO THE BRIEFING ON THE WILLFUL FINDING.

11         AND REGARDS TO THE UNCLEAN HANDS, YOU KNOW, THIS HAS

12     BEEN BIFURCATED OUT FROM THE PRIMARY CASE, AND WE WOULD

13     EXPECT THAT WE WOULD HAVE A RATHER DETAILED OUTLINE OF THE

14     CONDUCT BY SPECTRUM, WHICH WE THINK GIVES RISE TO THE UNCLEAN

15     HANDS DEFENSE.  THAT WOULD BE BRIEFED IN A SIMILAR FASHION.

16         THE COURT:  ALL RIGHT.  I PREFER, OF COURSE, THERE

17     TO BE SEPARATE BRIEFINGS FOR EACH ISSUE.  OKAY.  AND I'M

18     ASSUMING ON THE UNCLEAN HANDS ISSUE, THAT THE BRIEFING WILL

19     POINT TO VARIOUS DECLARATIONS AND DEPOSITION TRANSCRIPTS AND

20     EVENTS THAT OCCURRED AT TRIAL.  AM I RIGHT?  I MEAN, THE

21     EVIDENCE THAT CAME IN AT TRIAL.

22         MR. EASTMAN:  YES, YOUR HONOR.

23         THE COURT:  PERHAPS WE SHOULD GO FORWARD WITH THE

24     UNCLEAN HANDS FIRST BEFORE WE GO FORWARD WITH THE WILLFUL

25     INFRINGEMENT MOTION.

1          MR. EASTMAN:  OKAY.  I UNDERSTAND, YOUR HONOR.

2          AS YOU MIGHT RECALL FROM WHEN WE SPOKE AT THE END OF

3     LAST YEAR, I HAVE A PATENT CASE THAT'S SET FOR TRIAL IN

4     PORTLAND ON APRIL 24TH; AND ALL OF OUR PRE-TRIAL STARTS ON

5     MARCH 1ST.  SO I DON'T -- I'M PRETTY JAMMED TIME-WISE.  I'M

6     NOT SURE WHAT THE COURT WAS THINKING WITH REGARD TO THE

7     SCHEDULING.

8          I KNOW WE'VE BEEN ON YOUR DOCKET A LONG TIME AND I'M

9     SURE YOU'RE ANXIOUS TO GET IT OFF, BUT THERE ARE SOME REAL

10    CONCERNS WITH MY OFFICE BECAUSE, FRANKLY, IT'S JUST ME ON

11    THESE CASES.  SO I DON'T KNOW WHAT YOUR TIME LINE WAS, BUT TO

12    THE EXTENT THAT WE CAN HAVE A BIT MORE TIME THAN A FEW DAYS

13    TO PREPARE THESE BRIEFS, IT WOULD BE APPRECIATED.

14         THE COURT:  I'LL GRANT THAT REQUEST, SIR.

15         MR. EASTMAN:  OUR TRIAL IS SET FOR APRIL 24TH.  IT'S

16    SET FOR AN EIGHT-DAY TRIAL.  AND MY UNDERSTANDING IS THERE

17    WILL BE NO EXTENSION OF THAT TIME, SO IT WOULD BE -- I THINK

18    BEGINNING OF MAY WOULD BE THE TIME LINE FOR THE END OF THAT

19    TRIAL.  IT'S A JURY TRIAL, AND IT'S LIKELY TO GO JUST FOR

20    THOSE EIGHT DAYS.

21         THE COURT:  UNDERSTANDING THAT YOU NEED TO PREPARE

22    FOR THAT CASE AS WELL AS REVIEW THE BIDDING ON THIS ONE,

23    MR. EASTMAN, DO YOU HAVE A TIME FRAME FOR SUBMITTING AN

24    OPENING BRIEF ON UNCLEAN HANDS?

25         MR. EASTMAN:  YES, YOUR HONOR.  LOOKING AT THE

1   CALENDAR THAT I HAVE HERE, THE TIME LINE FOR THE CLOSE OF THE

2   PORTLAND CASE I BELIEVE IS SET FOR MAY 8TH, BASED UPON SOME

3   OF THE DATES THAT ARE CLOSED FOR MOTION WORK.

4         SO THEN I WOULD REQUEST AT LEAST TWO WEEKS AFTER

5   THAT TO PUT THESE DOCUMENTS TOGETHER AND OPEN THE BRIEF ON

6   THE UNCLEAN HANDS DEFENSE, WHICH WOULD TAKE IT TO MAY 22ND.

7         THE COURT:  TO FILE ON MAY 22ND?

8         MR. EASTMAN:  I THINK THAT WOULD WORK FOR

9   DR. GREENS, YOUR HONOR.

10        THE COURT:  ANY STRONG OPPOSITION TO THAT,

11  MR. CUPAR?

12        MR. CUPAR:  YEAH.  DEFINITELY.  I MEAN, WE'VE GOT A

13  WILLFUL INFRINGEMENT JURY VERDICT HERE.  WE'VE GOT TO KEEP

14  THIS CASE MOVING.

15        MY SUGGESTION, YOUR HONOR, IS HE SAID THAT HIS

16  CASE -- HIS TRIAL DOESN'T BEGIN UNTIL APRIL 24TH.  SO INSTEAD

17  OF WAITING UNTIL THE END OF MAY TO HAVE THIS DONE, WHY DON'T

18  WE JUST GET THIS DONE IN MID-MARCH.  THAT WAY, IT STILL GIVES

19  MR. EASTMAN MORE THAN FIVE WEEKS TO PREPARE FOR TRIAL.

20        THE COURT:  MR. EASTMAN.

21        MR. EASTMAN:  WELL, YOUR HONOR, AS I EXPLAINED,

22  IT'S -- IT'S A DAUNTING TASK, OBVIOUSLY.  IT'S ANOTHER PATENT

23  CASE IN PORTLAND, AND THE PRE-TRIAL WORK BEGINS WITH ALL THE

24  DISCLOSURES DUE, THE FINAL 26'S DUE ON MARCH 1ST.  AND IT

25  GOES FROM THERE.

1    AND WITH THE AMOUNT OF TIME THAT'S GOING TO BE

2    REQUIRED TO GO BACK THROUGH THIS ENTIRE CASE AND EXTRACT OUT

3    THE UNCLEAN HANDS THAT WEREN'T TRIED IN THE PRIMARY CASE, I

4    JUST DON'T THINK I CAN DO BOTH AT THE SAME TIME.

5    THE COURT:  THAT IS PRE-TRIAL DOCS ARE DUE ON

6    APRIL 1ST, NOT MARCH 1ST, SIR?

7    MR. EASTMAN:  NO.  NO, SIR.  IT'S MARCH 1ST.  AND

8    THEN THERE IS A NUMBER OF DEADLINES FOR MARCH 1ST,

9    MARCH 19TH, MARCH 26TH, APRIL 2ND, APRIL 12TH, APRIL 16TH,

10   WITH TRIAL ON APRIL 24TH.  I'M LOOKING AT THE CALENDAR AS WE

11   SPEAK.

12   MR. CUPAR:  WELL, I HAVE A QUESTION, YOUR HONOR,

13   MAYBE JUST TO UNDERSTAND THIS.  I GUESS -- YOU KNOW, AGAIN, I

14   DON'T EVEN UNDERSTAND WHAT THE UNCLEAN HANDS DEFENSE IS HERE.

15   WHAT IS IT?  AND MAYBE THAT WILL HELP US ALL DEFINE WHAT THE

16   DATE IS.  IF I CAN JUST UNDERSTAND IN A SENTENCE OR TWO, WHAT

17   DID MY CLIENT DO WRONG HERE THAT WARRANTS THIS DEFENSE.

18   THE COURT:  DO YOU HAVE A PROFFER, SIR, MR. EASTMAN?

19   MR. EASTMAN:  WELL, YOUR HONOR, I THINK THAT THERE

20   IS A NUMBER OF ASPECTS OF SPECTRUM'S CONDUCT WHICH IS FAR

21   OUTSIDE THE SCOPE OF A REASONABLE PROSECUTION OF A PATENT

22   CLAIM, EVEN INCLUDING MOST RECENTLY REACHING OUT TO ONE OF

23   OUR WITNESSES IN THE MIDST OF TRIAL TO DISCUSS, YOU KNOW,

24   TAKING OVER THE BUSINESS WHEN THEY WIN.

25   I MEAN, THESE ARE CLEAR TRANSGRESSIONS OF WHAT I

THINK IS A REASONABLE BASIS IN LITIGATING A CASE. AND I

THINK WE NEED AN OPPORTUNITY TO FULLY EXPAND ON THOSE AND

GIVE THE COURT AN OPPORTUNITY TO EVALUATE THOSE CONCERNS.

MR. CUPAR: YEAH. MY COMEBACK IS SIMPLE ON THAT,

YOUR HONOR: THAT'S NOT TRUE. THE UNCLEAN HANDS DEFENSE

WOULDN'T INCLUDE ANYTHING STARTING AFTER THE DATE LITIGATION

WAS FILED IN 2011. SO IF THE DEFENSE IS BUILT AROUND FACTS

THAT OCCURRED WEEKS AGO, FOR EXAMPLE, THAT IS AN EASY ONE TO

TOSS OUT.

AND MORE IMPORTANTLY, THE DEFENSE HAS TO RESULT FROM

ACTIONS AROUND THAT TIME LINE, BETWEEN 2007 AND 2011, DURING

THE INFRINGING PERIOD. IN OTHER WORDS, THE ARGUMENT HAS TO

BE THAT BUT FOR SPECTRUM'S UNCLEAN HANDS HERE IN CAUSING THE

INFRINGEMENT OR THE DAMAGES THERETO, THAT 2007 TO 2011 TIME

FRAME, YOU KNOW, WE WOULDN'T BE -- WE WOULDN'T HAVE BEEN

INFRINGING.

SO WHATEVER THE FACTS WOULD BE THAT WOULD SUPPORT

THAT, THAT'S AN UNCLEAN HANDS DEFENSE. SOMETHING THAT

HAPPENED TWO WEEKS AGO IS NOT A -- IT'S NOT A DEFENSE TO

UNCLEAN HANDS, I MEAN, UNDER ANY VIEW OF THE LAW.

THE COURT: ALL RIGHT. COUNSEL, THANK YOU.

IN LIGHT OF MR. EASTMAN'S TRIAL SCHEDULE, I'LL

PERMIT THE BRIEF TO BE FILED IN MAY. MAY 22ND. AND MY

THINKING IS TWO WEEKS TO RESPOND TO IT, MR. CUPAR. YOU DON'T

KNOW WHAT IT IS YET, BUT TWO WEEKS TO RESPOND?

1    MR. CUPAR:  THAT'S FINE.

2    THE COURT:  JUNE 1ST, RESPONSE.  I'M SORRY.

3  JUNE 5TH, RESPONSE.  AND ANY REPLY BY 11 JUNE.

4    MR. CUPAR:  YOUR HONOR, I HAVE AN IDEA, BASED ON THE

5  FACT THAT IT'S GOING TO BE NOT UNTIL THE END OF MAY FOR THIS,

6  TO KEEP THIS CASE MOVING.  WOULD IT MAKE SENSE ON MAY 22ND

7  FOR US TO FILE OUR WILLFUL INFRINGEMENT BRIEF, TOO, AND KEEP

8  THAT GOING?

9    THE COURT:  SIMULTANEOUS BRIEFING, YES.

10    MR. CUPAR:  YEAH.  YEAH.

11    THE COURT:  YES.  THE WILLFUL INFRINGEMENT, THE

12  DAMAGES ON WILLFUL INFRINGEMENT AS WELL AS THE MOTION FOR --

13  AS WELL AS FOR DEFENDANT'S MOTION SHALL BE FILED AT THE SAME

14  TIME, SAME SCHEDULE.  THE 22ND OF MAY, OPENING BRIEFS.

15  RESPONSES ON THE 5TH OF JUNE.  ANY REPLIES -- AND REPLIES ON

16  THE 11TH OF JUNE.

17    MR. CUPAR:  SORRY.  ONE MORE THING, TOO.

18    I'LL ADD INTO THE SAME BRIEF -- JUST, AGAIN, SO YOU

19  DON'T GET THREE BRIEFS, THREE MOTIONS -- BOTH PREJUDGMENT

20  INTEREST, I'LL ADD IT INTO THE SAME MOTION FOR THE WILLFUL

21  INFRINGEMENT.  IT SHOULDN'T BE MORE THAN A FEW PARAGRAPHS.

22  BUT JUST SO YOU KNOW THAT'S COMING IN THE SAME INITIAL

23  BRIEFING WE'LL HAVE ON MAY 22ND.

24    THE COURT:  ALL RIGHT.  ALL RIGHT.  THANK YOU.

25    MR. EASTMAN:  THANK YOU, YOUR HONOR.

1            THE COURT:  ALL RIGHT.  IS THERE ANYTHING ELSE WE

2     NEED TO DISCUSS?

3            MR. CUPAR:  I THINK YOU MENTIONED ALSO THE

4     INJUNCTION, THE TEMPORARY STAY.

5            THE COURT:  YEAH.  MR. EASTMAN.

6            MR. EASTMAN:  YES, YOUR HONOR.

7            THE COURT:  WHAT'S YOUR VIEW ON THE STAY?

8            MR. EASTMAN:  WELL, I HAVE TO BE CANDID WITH YOU,

9     YOUR HONOR.  I THINK THE WRIT OF ATTACHMENT THAT WAS

10    EFFECTIVELY THE STAY THAT YOU IDENTIFIED AT THE CLOSE OF OUR

11    DISCUSSIONS LAST WEEK WAS A BIT OF A SURPRISE.

12            I UNDERSTAND THAT YOU ACKNOWLEDGED THE FACT THAT

13    DR. GREENS NEEDS TO CONTINUE TO RUN ITS BUSINESS.  AND TO THE

14    EXTENT THAT THAT'S THE SCOPE OF YOUR STAY, I HAVE NO PROBLEM

15    WITH THAT STAY.  I IMAGINE THAT THAT'S EXACTLY WHAT THEY ARE

16    PLANNING TO DO.

17            THERE WILL -- I DON'T THINK THAT THE COURT'S CONCERN

18    ABOUT, YOU KNOW, WHOLESALE TRANSMISSIONS OF LARGE SUMS OF

19    MONEY OR ASSETS FROM ONE GROUP TO ANOTHER IS NEEDED, TO THE

20    EXTENT THAT I DON'T THINK THOSE EXIST.  BUT WITH REGARD TO A

21    LIMITED STAY ON BULK TRANSFERS, I -- WE HAVE NO CHALLENGE TO

22    THAT.

23            THE COURT:  MR. CUPAR, WITH YOUR WRIT OF ATTACHMENT,

24    IS THE STATUS QUO SUFFICIENT, IN YOUR MIND?

25            MR. CUPAR:  I THINK SO, YOUR HONOR.  THERE IS

1   NOTHING SPECIFIC WE KNOW ABOUT.  I LOOKED UP CALIFORNIA LAW

2   BEFORE THE JURY VERDICT, AND I MEAN, IT -- IT DOES FOLLOW

3   HERE, AS LONG AS THERE IS GOOD CAUSE HERE FOR THE REQUEST,

4   WHICH THERE IS HERE, BASED ON THAT INITIAL WITHDRAWAL.

5          AND TO THE EXTENT THAT, YOU KNOW, MR. EASTMAN'S

6   CLIENT IS REFUSING TO PAY HIM FOR LEGAL SERVICES, YOU KNOW,

7   OBVIOUSLY WE'RE A BIT CONCERNED ON TWO LEVELS.  NUMBER ONE,

8   THAT THIS GENTLEMAN AND THIS COMPANY HAVE A PROPENSITY NOT TO

9   PAY THEIR BILLS, NO. 1.  AND THEN, NO. 2, THE OTHER ISSUE IS

10  JUST MAKING SURE, BECAUSE IF HE'S ALREADY GOT SOME SORT OF

11  A.R., OR ACCOUNTS RECEIVABLE, OUT THERE WITH HIS COUNSEL, YOU

12  KNOW, HE MIGHT PLAY GAMES IN TERMS OF REFUSING TO PAY US.

13         SO THE POINT IS, I THINK IT JUST MAKES A LOT OF

14  SENSE TO MAINTAIN WHAT WE HAVE HERE, IN TERMS OF A STAY AND

15  ENSURE HE'S NOT GOING TO MOVE MONEY FROM BANK ACCOUNTS ON A

16  PERSONAL AND CORPORATE LEVEL, AND MAKING SURE HE'S BEING

17  HONEST, YOU KNOW, IN TERMS OF WHAT HIS ASSETS ARE IN A

18  PERSONAL AND CORPORATE LEVEL.

19         WE MIGHT END UP ASKING TO -- AND THIS MAY BE PART OF

20  THE MAY BRIEF, AGAIN, MAYBE ONE OR TWO PARAGRAPHS.  I THINK

21  IT MIGHT MAKE SOME SENSE TO HAVE A DEPOSITION OF MR. GREEN

22  TO -- YOU KNOW, TO FIGURE OUT AT A PERSONAL, AS WELL AS AT A

23  CORPORATE LEVEL, YOU KNOW, WHAT HIS ASSETS LOOK LIKE, MAKING

24  SURE, YOU KNOW, EVERYONE HERE UNDERSTANDS WHERE THOSE ASSETS

25  ARE, YOU KNOW, THAT KIND OF THING.

1    THE COURT:  CAN NOT THAT BE HANDLED POST-FINAL

2   JUDGMENT, WITH RESPECT TO ENFORCING THE JUDGMENT, TO HAVE A

3   DEPOSITION WITH RESPECT TO HIS ASSETS AND SUCH?

4    MR. CUPAR:  IT COULD.  IT COULD.  IT'S JUST THAT

5   NOW, ALL OF A SUDDEN, BY MR. EASTMAN'S REQUEST OF MAY, AND

6   ALL OF A SUDDEN, WE'RE PUSHING SOME DATES OUT HERE BY MONTHS,

7   BY THE TIME WE'RE GOING TO GET RULINGS, THAT KIND OF THING, I

8   JUST WANT TO MAKE SURE -- YOU KNOW, IF THE COURT FEELS

9   COMFORTABLE WITH THAT STAY BEING IN PLACE WHERE MR. GREEN AND

10  DR. GREENS WILL BE COMPLYING WITH THAT, I'M FINE WITH HOLDING

11  OFF ON ANY DEPOSITIONS UNTIL POST-JUDGMENT TO DETERMINE

12  ASSETS AND THOSE KINDS OF THINGS.

13    SO LONG AS THE -- YOU KNOW, THE STAY STAYS IN PLACE

14  AND, AGAIN, MR. GREEN AND DR. GREENS DON'T DO ANYTHING HERE.

15    THE COURT:  ALL RIGHT.  SO LET'S LEAVE IT AS IT IS.

16  AND THOSE ARE POST-JUDGMENT ISSUES THAT YOU HAVE ACCESS TO,

17  REMEDIES YOU HAVE ACCESS TO.

18    IF THERE IS SOMETHING STARTLING HAPPENING IN THE

19  INTERIM, IF YOU WANT TO BRING IT TO THE COURT'S ATTENTION,

20  YOU MAY DO THAT.  YOU CAN ASK FOR A CONFERENCE CALL.  OKAY.

21    MR. CUPAR:  WILL DO.

22    THE COURT:  ALL RIGHT.  IS THERE ANYTHING ELSE WE

23  CAN DISCUSS?

24    THE CLERK:  HEARING DATE, JUDGE.

25    MR. EASTMAN:  NOT FROM DR. GREENS, YOUR HONOR.

1          THE COURT:  ALL RIGHT.  UPON RECEIPT OF THE

2    BRIEFING, WE'LL TAKE THE MATTER UNDER SUBMISSION.  UNLESS YOU

3    HEAR THAT THE COURT WANTS TO HAVE ARGUMENT ON IT THEREAFTER,

4    OKAY, IT'S GOING TO BE TAKEN UNDER SUBMISSION.  I MAY REQUEST

5    ARGUMENT ON ONE POINT OR ANOTHER, BUT WE'LL LET YOU KNOW AT

6    THAT JUNCTURE.  ALL RIGHT.

7          MR. CUPAR:  THANK YOU, YOUR HONOR.

8          MR. EASTMAN:  THANK YOU.

9          THE COURT:  ALL RIGHT.  SO WE'RE IN RECESS.

10         MR. EASTMAN:  THANK YOU.

11         MR. CUPAR:  THANK YOU, YOUR HONOR.

12         (PROCEEDINGS ADJOURNED AT 4:32 P.M.)

13                         --oOo--

14               C E R T I F I C A T I O N

15         I HEREBY CERTIFY THAT I AM A DULY APPOINTED,
     QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED
16   STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND
     CORRECT TRANSCRIPT OF THE PROCEEDINGS HAD IN THE
17   AFOREMENTIONED CAUSE; THAT SAID TRANSCRIPT IS A TRUE AND
     CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES; AND THAT THE
18   FORMAT USED HEREIN COMPLIES WITH THE RULES AND REQUIREMENTS
     OF THE UNITED STATES JUDICIAL CONFERENCE.
19
           DATED:  APRIL 19, 2018, AT SAN DIEGO, CALIFORNIA.
20
                         S/CAMERON P. KIRCHER
21                       CAMERON P. KIRCHER

22

23

24

25

                    COMPUTER-AIDED TRANSCRIPTION