J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street Suite 2200
San Diego, CA 92101
Telephone: (619) 906-5748
Facsimile: (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone: (216)348-5730
Facsimile: (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM
LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DR. GREENS, INC., a California corporation,

Plaintiff,

v.

JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,

Defendant.

_____

AND RELATED CROSS ACTION

_____

No.    11cv0638 JAH (KSC)

**SPECTRUM LABORATORIES, LLC'S NOTICE OF MOTION AND MOTION FOR ENHANCED DAMAGES, ATTORNEYS' FEES, AND PREJUDGMENT INTEREST**

Date:    July 2, 2018
Time:    2:30 p.m.
Courtroom: 13B (Annex)

Judge: HON. JOHN A. HOUSTON
Filed: March 29, 2011
Trial: held February 13, 2018

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 2, 2018, at 2:30 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court located at 333 West Broadway, San Diego, California 92101, in Courtroom 13B (Annex Building) before the Honorable John A. Houston, Defendant Spectrum Laboratories, LLC will

and hereby does move the Court for: (a) enhanced damages under 35 U.S.C. § 284 of three times the jury's $865,173 verdict for a total award of $2,595,519; (b) a finding that the case is exceptional and an award of attorneys' fees under 35 U.S.C. § 285; and (c) prejudgment interest of $326,728 through May 22, 2018.

These are proper remedies based on the jury's finding of willful infringement by Dr. Greens, Inc. and Matt Green, the weakness of their claims and defenses, the vexatiousness of their litigation tactics, their pre-litigation acts and omissions, and the other facts and circumstances identified in the attached memorandum.

Spectrum's Motion is based on this Notice, the accompanying Memorandum of Points and Authorities and the evidence filed with it, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of the hearing on this Motion.

DATED:  May 22, 2018                    MCDONALD HOPKINS LLC

By:    /s/ David B. Cupar
       David B. Cupar

       Attorneys for Defendant and
       Counterclaimant
       SPECTRUM LABORATORIES, LLC
       and
       Defendant JAMES MATTHEW
       STEPHENS