

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Stephens et al v. Dr. Greens, Inc.

Civil Action No. 11-cv-00638-JAH-KSC

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

JURY VERDICT in favor of Plaintiff Spectrum Laboratories, LLC against Dr Greens, INC., Matthew Green.

Date:  3/29/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ Larry McDowell
    Larry McDowell, Deputy