# **<u>Exhibit B</u>**

[Filed under Seal]

McDonald Hopkins' Invoices (2013-2105)