# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MATTHEW STEPHANS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DR. GREENS, INC., a California corporation,<br><br>Defendants. | Case No.: 11cv0638-JAH (KSC)<br><br>**SECOND AMENDED ORDER GRANTING ENHANCED DAMAGES, ATTORNEYS' FEES, AND PREJUDGMENT INTEREST** |

This matter comes before the Court on Counterclaim-Defendant Dr. Greens, Inc. ("Dr. Greens") Motion for Clarification, requesting the Court clarify the Amended Order Awarding Enhanced Damages, Attorneys' Fees, and Prejudgment Interest. Doc. No. 358. The Motion has been fully briefed.

IT IS HEREBY ORDERED the Court issues a second amended Order on the Motion for Enhanced Damages. Doc. No. 340.

(1) The Court amends the amount of attorney's fees in the previous Order, (doc. no. 358 at 13), from $896,953.98 to **$890,614.38** to reflect $6,339.60 in deductions.

(2) The Court amends the amount of prejudgment interest to **$318,283[1]** to reflect the Order Amending the Previous Order's limit on prejudgment interest beginning from the period of August 15, 2011. The Court deems it appropriate to award prejudgment interest to November 18, 2019, the date Dr. Greens filed the Motion for Clarification.

(3) The Order, (doc. no. 357), shall, in all other respects, remain the same.

**IT IS SO ORDERED.**

DATED: December 10, 2019

_____
JOHN A. HOUSTON
United States District Judge

---

[1] The Court relies on the expert declaration of David A. Hass to reach this figure.