J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street Suite 2200
San Diego, CA 92101
Telephone:   (619) 906-5748
Facsimile:   (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:    (216)348-5730
Facsimile:    (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM
LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | No.    11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON SEPARATE DOCUMENT**<br><br>Date:        February 24, 2020<br>Time:        2:30 p.m.<br>Courtroom:  13B (Annex)<br><br>Judge: HON. JOHN A. HOUSTON<br>Filed:  March 29, 2011<br>Trial:  held February 13, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 24, 2020, at 2:30 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court located at 333 West Broadway, San Diego, California 92101, in Courtroom 13B (Annex Building) before the Honorable John A. Houston, Counterclaim-Plaintiff Spectrum

Laboratories, LLC will and hereby does move the Court to enter Final Judgment on a Separate Document in Accordance with Fed. R. Civ. P. 58(a).

On February 23, 2018, the jury returned its verdict in favor of counterclaim-plaintiff Spectrum Laboratories, LLC and against counterclaim-defendants Matthew Green ("Mr. Green") and Dr. Greens, Inc., which is now known as Dr. Greens Enterprises, Inc., ("Greens"). (Verdict, ECF #326.) The jury found that Mr. Green and Greens had willfully infringed Spectrum's U.S. Patent No. 7,192,776 (the "'776 patent") and awarded Spectrum $865,173.00 in reasonable royalty damages. (*Id.*)

On March 22, 2019, this Court granted Spectrum's motion for enhanced damages, attorneys' fees, and prejudgment interest in an Order. (ECF # 340.)

On November 18, 2019, this Court entered its *Order Amending Previous Order (Doc. No. 340) and Awarding Enhanced Damages, Attorneys' Fees, and Prejudgment Interest (Doc. No. 344)*. (ECF #357.)

On December 10, 2019, the Court entered its *Second Amended Order Granting Enhanced Damages, Attorneys' Fees, and Prejudgment Interest.* (ECF #362.)

Spectrum now moves the Court to enter Final Judgment in accordance with Federal Rule of Civil Procedure 58 that sets forth, in a separate document, a final judgment that fixes the specific dollar amounts that Mr. Green and Greens owe to Spectrum for damages, enhanced damages, interest, attorneys' fees, and litigation-related expenses. Spectrum requests such a Final Judgment to: (a) comply with Rule 58's requirement for a final judgment in a separate document; (b) make clear that Greens' deadline to appeal begins counting from the entry of that Final Judgment; and (c) set forth, in judgment form on one document, the total amount of money owed by Greens to Spectrum to facilitate Spectrum's efforts to execute and collect upon the judgment.

More specifically, Spectrum seeks a final judgment that sets forth the following relief by judgment:

(A)  Dr. Greens, Inc., n/k/a Dr. Greens Enterprises, Inc., directly infringed the '776 patent as to Agent X Premix and Agent X Field Kit products.

(B)  Dr. Greens, Inc., n/k/a Dr. Greens Enterprises, Inc., contributorily infringed the '776 patent as to the Agent X and Agent X Refill products.

(C)  Matthew Green actively induced infringement of the '776 patent as to the Agent X, Agent X Premix, Agent X Refill, and Agent X Field Kit products.

(D)  Matthew Green is personally liable for the acts of Dr. Greens, Inc., n/k/a Dr. Greens Enterprises, Inc.

(E)  The direct and indirect infringements by Dr. Greens, Inc., n/k/a Dr. Greens Enterprises, Inc., and Matthew Green were willful.

(F)  Spectrum Laboratories, LLC is awarded total enhanced damages (*i.e.*, compensatory damages plus enhancement under 35 U.S.C. §284) in the amount of **$2,595,519**, for which Dr. Greens, Inc., Dr. Greens Enterprises, Inc., and Matthew Green are each jointly and severally liable.

(G)  Spectrum Laboratories, LLC is awarded attorneys' fees in accordance with 35 U.S.C. § 285 in the amount of **$890,614.38**, for which Dr. Greens, Inc., Dr. Greens Enterprises, Inc., and Matthew Green are each jointly and severally liable.

(H)  Spectrum Laboratories, LLC is awarded prejudgment interest in the amount of **$318,283**, for which Dr. Greens, Inc., Dr. Greens Enterprises, Inc., and Matthew Green are each jointly and severally liable.

(I)  Dr. Greens, Inc., Dr. Greens Enterprises, Inc., and Matthew Green are each jointly and severally liable to pay Spectrum Laboratories, LLC post-judgment interest from the date of the entry of this Judgment, at a rate equal to the weekly average 1-year maturity Treasury yield compounded annually pursuant to 28 U.S.C. § 1961.

Spectrum bases this motion on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the papers and pleadings on file in this case, and on such other matters as the parties may present to the Court at the

1  hearing on their motion.

2

3

4  DATED:   January 3, 2020                    MCDONALD HOPKINS LLC

5
                                      By:   /s/ Matthew J. Cavanagh
6                                           Matthew J. Cavanagh

7
                                            Attorneys for Defendant and
8                                           Counterclaimant
9                                           SPECTRUM LABORATORIES, LLC
                                            and
10                                          Defendant JAMES MATTHEW
11                                          STEPHENS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28