J. CHRISTOPHER JACZKO (149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street Suite 2200
San Diego, CA 92101
Telephone:  (619) 906-5748
Facsimile:  (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone:   (216)348-5730
Facsimile:   (216)348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant and Counterclaimant SPECTRUM LABORATORIES, LLC and Defendant JAMES MATTHEW STEPHENS

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>    Defendant.<br><br>AND RELATED CROSS ACTION | No.   11cv0638 JAH (KSC)<br><br>**SPECTRUM LABORATORIES, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT ON SEPARATE DOCUMENT**<br><br>Date:       February 24, 2020<br>Time:       2:30 p.m.<br>Courtroom:  13B (Annex)<br><br>Judge: HON. JOHN A. HOUSTON<br>Filed:  March 29, 2011<br>Trial:  held February 13, 2018 |

### I.   Introduction and Summary of Argument

On February 23, 2018, the jury returned its verdict in favor of counterclaim-plaintiff Spectrum Laboratories, LLC and against counterclaim-defendants Matthew

Green ("Mr. Green") and Dr. Greens, Inc., which is now known as Dr. Greens Enterprises, Inc., ("Greens"). (Verdict, ECF #326.) The jury found that Mr. Green and Greens had willfully infringed Spectrum's U.S. Patent No. 7,192,776 (the "'776 patent") and awarded Spectrum $865,173.00 in reasonable royalty damages. (*Id.*)

On March 22, 2019, this Court granted Spectrum's motion for enhanced damages, attorneys' fees, and prejudgment interest in an Order. (ECF # 340.)

On March 29, 2019, the Clerk entered a Clerk's Judgment on the jury's verdict. (ECF # 341.)

On April 26, 2019, Greens and Mr. Green filed a notice of appeal from the judgment on the jury verdict. (ECF # 342.)

On November 18, 2019, this Court entered its *Order Amending Previous Order (Doc. No. 340) and Awarding Enhanced Damages, Attorneys' Fees, and Prejudgment Interest (Doc. No. 344)*. (ECF #357.)

On December 10, 2019, the Court entered its *Second Amended Order Granting Enhanced Damages, Attorneys' Fees, and Prejudgment Interest.* (ECF #362.)

Spectrum now moves the Court to enter Final Judgment in accordance with Federal Rule of Civil Procedure 58 that sets forth, in a separate document, a final judgment that fixes the specific dollar amounts that Mr. Green and Greens owe to Spectrum for damages, enhanced damages, interest, attorneys' fees, and litigation-related expenses. Spectrum requests such a Final Judgment to: (a) comply with Rule 58's requirement for a final judgment in a separate document; (b) make clear that Greens' deadline to appeal begins counting from the entry of that Final Judgment; and (c) set forth, in judgment form on one document, the total amount of money owed by Greens to Spectrum to facilitate Spectrum's efforts to execute and collect upon the judgment.

**II.  The Court Should Enter Final Judgment on a Separate Document.**

Rule 58(a) provides: "Every judgment and amended judgment must be set out in a separate document …" *See Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993); *Yang v. Shalala*, 22 F.3d 213, 216 (9th Cir. 1994) (upholding separate document requirement).

Because the Court has now resolved all claims and defenses in the case, it should enter the Final Judgment that incorporates the prior rulings and sets forth on a separate document how the Court resolved all issues and the total dollar amounts awarded. More specifically, the Final Judgment should include the following relief:

A.  A finding that Dr. Greens, Inc., n/k/a Dr. Greens Enterprises, Inc.,[1] directly infringed the '776 patent as to the Agent X Premix and Agent X Field Kit products (*see* Verdict at Qs. 1 and 2, ECF #326).

B.  A finding that Dr. Greens, Inc., n/k/a Dr. Greens Enterprises, Ic., contributorily infringed the '776 patent as to the Agent X and Agent X Refill products (*see* Verdict at Qs. 3-4, ECF #326).

C.  A finding that Matthew Green actively induced infringement of the '776 patent as to the Agent X, Agent X Premix, Agent X Refill, and Agent X Field Kit products (*see* Verdict at Qs. 6-9, ECF #326).

D.  A finding that Matthew Green is personally liable for the acts of Dr. Greens, Inc., n/k/a Dr. Greens Enterprises, Inc. (*see* Verdict at Q. 10, ECF #326.)

E.  The direct and indirect infringements by Dr. Greens, Inc., n/k/a/ Dr. Greens Enterprises, Inc., and Matthew Green were willful (*see* Verdict at Qs. 5, 11, ECF #326.)

F.  An award of enhanced damages in the amount of $2,595,519 (*see* ECF #357 at p. 13.)

---

[1] On April 24, 2017, Dr. Greens, Inc. amended its articles of incorporation to change its business name to Dr. Greens Enterprises, Inc. (Certificate of Amendment, previously filed at ECF #344-16.)

G. An award of attorneys' fees in the amount of $890,614.38 (*see* ECF #362 at p.1.)

H. An award of prejudgment interest in the amount of $318,283 (*see* ECF #362 at p.2.)

## III. Conclusion

For the foregoing reasons, the Court should grant this motion and enter the Final Judgment requested.

DATED: January 3, 2020                MCDONALD HOPKINS LLC

By: /s/ Matthew J. Cavanagh
Matthew J. Cavanagh

Attorneys for Defendant and Counterclaimant
SPECTRUM LABORATORIES, LLC
and
Defendant JAMES MATTHEW STEPHENS