UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>         Defendant. | Case No.: 11cv638-JAH (KSC)<br><br>**ORDER TO SHOW CAUSE** |
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>         Counter-Plaintiff,<br><br>v.<br><br>DR. GREENS, INC., a California Corporation,<br><br>         Counter-Defendant. | |

//

//

//

On January 21, 2020, Counter-Plaintiff Spectrum Laboratories, LLC, filed a motion requesting the Court issue an Order to Show Cause against Counter-Defendants Dr. Greens, Inc., Matthew Robert Green (collectively, "Counter-Defendants"), and their trial counsel, Gary Eastman. Doc. No. 366. Upon consideration of the motion and for GOOD CAUSE SHOWN the motion is **GRANTED**.

IT IS HEREBY ORDERED Counter-Defendants and attorney Gary Eastman shall appear before this Court on **February 7, 2020, at 11:30 a.m.** to show cause why Dr. Greens, Matthew Green, and/or attorney Gary Eastman should not be held in contempt for violating the Court's February 23, 2018, Order barring Dr. Greens and Matthew Green "from transferring any accounts held by Dr. Greens… [other than] routine business expenses that [Mr. Green] has been paying to keep [his] business going… until further Order of the Court." Doc. No. 334, at 8-9.

IT IS FURTHER ORDERED Counter-Defendants and attorney Gary Eastman shall file a response to the assertions contained in Counter-Plaintiff Spectrum Laboratories, LLC's pleading and this Order on or before **February 3, 2020,** addressing why Dr. Greens, Matthew Green, and/or attorney Gary Eastman should not be held in contempt for violating the Court's February 23, 2018, Order, and specifically addressing allegations that funds were transferred to their agents and assigns, including but not limited to AR Acquisitions, and Pacific Inventory Services Transfer, LLC, in violation of the Court's 2018 Order.

IT IS FURTHER ORDERED that Counter-Defendants, their agents and assigns, shall preserve all assets, excluding identified assets needed for day to day operational expenses, in which Counter-Defendants hold an interest, directly or indirectly, including but not limited to all personal investment accounts and personal bank accounts, all business investment accounts, business bank accounts, and any and all interests held in AR Acquisitions, Pacific Inventory Services, LLC, and/or any other entity, such as a trust, partnership, corporation or LLC, until further Order of this Court.

IT IS FURTHER ORDERED that attorney Gary Eastman, and his agents and assigns, shall preserve all assets, excluding identified assets needed for day to day

operational expenses, in which attorney Gary Eastman holds an interest, directly or indirectly, including but not limited to personal investment accounts and bank accounts, the law firm known as the Law Offices of Eastman, McCartney, Dallman, LLP, and/or any other entity, such as a trust, partnership, corporation or LLC, until further Order of this Court.

**IT IS SO ORDERED.**

DATED: January 29, 2020

_____
JOHN A. HOUSTON
United States District Judge