UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendant. | Case No.: 11cv638-JAH (KSC)<br><br>**ORDER RESETTING HEARING** |
| SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Counter-Plaintiff,<br><br>v.<br><br>DR. GREENS, INC., a California Corporation,<br><br>Counter-Defendant. | |

//
//
//
//
//

1

On the Court's own motion, the hearing scheduled for April 2, 2020, at 2:00 p.m., is **VACATED** and reset for **Thursday, May 14, 2020, at 10:00 a.m.** The hearing shall be a telephonic hearing, unless otherwise ordered by the Court. The Court will initiate the call.

**IT IS SO ORDERED.**

DATED: March 26, 2020

_____
JOHN A. HOUSTON
United States District Judge