UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC, an Ohio limited liability company<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.:  11cv638-JAH (KSC)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO MODIFY THE BRIEFING SCHEDULE AND CONTINUE THE HEARING DATE (Doc. No. 395)** |

Respondent Gary L. Eastman has applied *ex parte* for a continuance of the briefing and hearing schedule issued by the Court in connection with the Amended Order to Show Cause entered on May 12, 2020. *See* Doc. Nos. 394, 395. Based upon the papers submitted in support of the application, and the absence of any objection thereto, IT IS HEREBY ORDERED:

1. The *ex parte* application is **GRANTED**;

2. Plaintiff/Counterclaim-Defendants Dr. Greens and Mathew Green shall respond to the additional allegation no later than **May 26, 2020, at 4:00 p.m.**

3. Attorney Gary Eastman shall respond to the additional allegation no later than

**May 26, 2020, at 4:00 p.m.**

4. Defendant/Counterclaimant Spectrum Laboratories may reply by **June 1, 2020, at 4:00 p.m.**

5. A telephonic hearing will be held on **June 9, 2020, at 10:00 a.m.**, to determine whether or to what extent discovery should be ordered and/or set an evidentiary hearing date.

6. Chambers' staff will contact the parties prior to the hearing date with further instructions relating to the telephone conference.

**IT IS SO ORDERED.**

DATED:   May 14, 2020

_____
JOHN A. HOUSTON
United States District Judge