UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC, an Ohio limited liability company<br><br>Defendant.<br><br>AND RELATED CROSS ACTION | Case No.:  11cv638-JAH (KSC)<br><br>**ORDER CONCERNING FINANCIAL TRANSACTIONS** |

Based upon the record in this case and for Good Cause appearing, this Court, *sua sponte*, Orders as follows:

That Mr. Green and Dr. Greens, and any other entity, including any corporation, LLC, trust or partnership to which Mr. Green or Dr. Greens owns, controls or has an interest, in whole or in part, shall not transfer, assign, liquidate, dissipate or otherwise encumber any assets, real or personal, including by way of a UCC assignment unless further ordered by this Court, excepting that disbursements, by way of cash, check, money order or electronic payments of any kind, necessary to pay the normal, customary and

reasonable business expenses or expenses may be made. The Court may require an accounting of said disbursements.

That all payments disbursed toward personal living expenses shall be filed, under seal, with this Court every fourteen (14) days for a determination by the Court of reasonableness, if necessary.

That Mr. Green and/or Dr. Greens, and any other entity, including any corporation, LLC, trust or partnership to which Mr. Green or Dr. Greens owns, controls or has an interest, shall not open any new checking accounts or incur new credit charges or open additional lines of credit without the approval of this Court.

That any transfers, liquidations, disbursements, encumbrances, assignments, UCC or otherwise, of assets valued at over $25,000, undertaken by Mr. Green and/or Dr. Greens, and any other entity, including any corporation, LLC, trust or partnership to which Mr. Green or Dr. Greens owns and/or controls, in whole or in part, occurring from February 26, 2019, up to the date of this order, shall be itemized and filed, under seal, with this Court no later than **September 11, 2020.**

**IT IS SO ORDERED.**

DATED:   August 14, 2020

_____
JOHN A. HOUSTON
United States District Judge