UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California Corporation<br><br>                               Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC, an Ohio limited liability company<br><br>                               Defendant. | Case No.:  11cv638-JAH (KSC)<br><br>**ORDER VACATING HEARING** |
| AND RELATED CROSS ACTION | |

Pending before the Court is Spectrum Laboratories, LLC's ("Spectrum") Motion for Sanctions against Matthew Green. *See* Doc. No. 423. The Court deems the motion suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for September 25, 2020, at 11:30 a.m. is **VACATED**.  The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED:     September 23, 2020

JOHN A. HOUSTON
United States District Judge

1