UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>Defendant. | Case No.: 11cv0638 JAH (KSC)<br><br>**ORDER GRANTING SPECTRUM LABORATORIES, LLC'S MOTION FOR ENTRY OF FINAL JUDGMENT ON SEPARATE DOCUMENT [Doc. No. 363]** |

Spectrum Laboratories, LLC ("Spectrum") moved for Entry of Final Judgment on Separate Document. *See* Doc. No. 363. Dr. Greens, Inc. and Matthew Green filed a non-opposition to the issuance of the Proposed Order. *See* Doc. No. 365.

Based on the foregoing, **IT IS HEREBY ORDERED:**

1. Spectrum's request for enhanced damages in the amount of $2,595,519 is **GRANTED**;

2. Spectrum's request for attorneys' fees under 35 U.S.C. § 285 is **GRANTED** in the amount of $890,614.38; and

    3. Spectrum's request for prejudgment interest in the amount of $318,283 is **GRANTED**.

The Clerk of Court shall amend the judgment [Doc. No. 341] accordingly.

**IT IS SO ORDERED.**

DATED:   November 24, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE