

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation<br><br>**Plaintiff,**<br>V.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC, an Ohio limited liability company<br><br>**Defendant.** | Civil Action No.  11-cv-00638-JAH-KSC<br><br>**AMENDED**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Spectrum's request for enhanced damages in the amount of $2,595,519 is GRANTED;

2. Spectrum's request for attorneys' fees under 35 U.S.C. § 285 is GRANTED in the amount of $890,614.38; and

3. Spectrum's request for prejudgment interest in the amount of $318,283 is GRANTED.

**Date:**     11/25/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Olsen

J. Olsen, Deputy