J. CHRISTOPHER JACZKO (CSB #149317)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (619) 906-5748
Facsimile: (619) 744-5418
chris.jaczko@procopio.com

DAVID B. CUPAR (admitted *Pro Hac Vice*)
MATTHEW J. CAVANAGH (admitted *Pro Hac Vice*)
McDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5730
Facsimile: (216) 348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Attorneys for Defendant and Counterclaimant Spectrum Laboratories, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. GREENS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM LABORATORIES, LLC, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION | Case No. 11cv0638 JAH (KSC) <br><br> **SPECTRUM LABORATORIES, LLC'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES UNDER 28 U.S.C. § 1927.** <br><br> Hearing Date: June 9, 2021 <br> Time: 10:30 A.M. <br> Courtroom: 13B <br><br> Judge: Hon. John A. Houston <br> Mag. Judge: Hon. Karen Crawford <br> Filed: March 29, 2011 <br> Trial: held February 13, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on June 9, 2021, at 10:30 A.M., or as soon thereafter as counsel may be heard by the above-captioned Court located at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California, 92101, in Courtroom 13B before the Honorable John A. Houston, Counterclaim-Plaintiff Spectrum Laboratories, LLC ("Spectrum") will and hereby does move the Court for attorneys' fees, costs, and expenses under 28 U.S.C. § 1927 and the Court's inherent power in the amount of **$1,321,941.59**.

This is a proper remedy because of the damage done by Mr. Eastman's vexatious and unreasonable conduct from the beginning of the case until present. The Court had previously examined the same conduct and awarded fees to Spectrum against Matthew Green and Dr. Greens, Inc. (collectively, "Greens") (ECF # 357.) The Court should levy those costs, fees, and expenses against Greens' attorney Gary Eastman for the same conducted outlined in the order awarding Spectrum fees and, for additional reasons unique to Eastman, including that he selfishly started this 10-year ball rolling (to benefit himself financially) when he advised his clients to sue Spectrum for a declaration of non-infringement when neither Eastman nor his clients knew whether they infringed, he never advised his clients to preserve evidence (and sat motionless as they changed suppliers and got rid of all the old formula evidence), and, perhaps most egregiously, having over-lawyered the case to Spectrum's and his client's detriment, he sought to finish off his client's business and deprive Spectrum of any opportunity to collect its judgment by perfecting a security interest and transferring all of his client's assets to himself (in contravention of this Court's order that no assets be moved). (*Id*.) Because Eastman used vexatious and unreasonable methods to file, prosecute, and multiply these proceedings, the Court should order Eastman to compensate Spectrum for all of its fees under § 1927.

Spectrum's Motion is based on this Notice of Motion, on the accompanying Memorandum of Points and Authorities, exhibits, and declarations filed concurrently

herewith in support, on the file of this action, and on such other and further documentary and oral evidence or argument as the Court may consider at the time of the hearing on this Motion.

Dated:  April 2, 2021

Respectfully submitted,

McDONALD HOPKINS LLC

By:  /s/ *David B. Cupar*
　　　David B. Cupar

*Attorneys for Defendant and Counterclaimant Spectrum Laboratories, LLC*

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on this Friday, April 2, 2021, with a copy of these documents via the Court's CM/ECF system.

This document is being separately served upon Matthew Green at drgreenmatty@hotmail.com.

Dated: April 2, 2021         By:   /s/ *David B. Cupar*
                                          David B. Cupar

*Attorneys for Defendant and Counterclaimant Spectrum Laboratories, LLC*