UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GREENS, INC., a California corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC, an Ohio limited liability company,<br><br>         Defendant. | Case No.:  11cv638-JAH (KSC)<br><br>**ORDER GRANTING JOINT APPLICATION [Doc. No. 461]** |
| AND RELATED CROSS ACTION | |

  Based upon the stipulation of the Parties, Doc. No. 461, and having reviewed, *in camera*, the settlement between the Parties, and good cause appearing,

  IT IS HEREBY ORDERED that the Parties' joint application to discharge the orders to show cause and dismiss the contempt proceedings is GRANTED.

  IT IS FURTHER ORDERED that:

1. The Original OSC [Doc. No. 367] and the Amended OSC [Doc. No. 394] are hereby discharged with prejudice, including as to Mr. Eastman and the Green Parties; and

///

///

2. The Contempt Proceedings are dismissed with prejudice and the Parties shall each bear their own attorneys' fees and costs incurred in connection with the Contempt Proceedings.

**IT IS SO ORDERED.**

DATED:   June 1, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE