Miles D. Grant, Esq.      (SBN  89766)
Alexander J. Kessler, Esq.   (SBN 278240)
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036

Attorneys for Judgment Creditor Spectrum Laboratories, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Greens, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Spectrum Laboratories, LLC, <br><br> Defendants. | CASE NO. 11-cv-00638-JAH-KSC <br><br> **APPLICATION FOR ORDER PERMITTING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> [No Hearing Required] |

Pursuant to the provisions of F.R.Civ.P. 4(c), Judgment Creditor Spectrum Laboratories, LLC hereby requests that any agent of ADVANCED ATTORNEY SERVICES, a registered California process server, who is at least 18 years of age, of suitable discretion, and not a party to this action, be authorized and appointed to serve any Writ of Execution issued by this Court, and all accompanying papers required to effectuate any execution levy under California Code of Civil Procedure sections 699.510 *et seq.*  The U.S. Marshal shall remain as the Levying Officer.

Dated: October 26, 2021          GRANT & KESSLER, APC

                    By: /s/ Miles D. Grant
                    Miles D. Grant
                    Attorney for Judgment Creditor